# Exhibits

| Exhibit | Description |
|---|---|
| 1 | Social history of Dr. Masahide Kanayama |
| 2 | Declaration of Expert Witness Dr. Eric Feldman |
| 3 | Curriculum Vitae  and Patient Testimonials – Dr. Masahide Kanayama |
| 4 | Video Exhibit Showing No Permanent Damage to Structures |
| 5 | Photo Exhibits of Alleged Defacement |
| 6 | Persecution of Koreans in Japan |
| 7 | Article describing persecution of "hafu" |
| 8 | Extradition Complaint |
| 9 | Government Memorandum in support of extradition |
| 10 | Defense Opposition Memorandum |
| 11 | Government reply |
| 12 | Defense Sur-Reply |
| 13 | Transcript of Extradition hearing |
| 14 | District Court Order |
| 15 | Japanese Government Extradition Request |
| 16 | Narita Police Investigative Reports 2015-2016 |
| 17 | Declaration of Takeasu |
| 18 | Timeline of Stains appearing and disappearing. |
| 19 | Japanese Police Photos of Narita San |
| 20 | Japanese Police Photos of Katori |
| 21 | Japanese Police Victim Reports, Repair Estimates |
| 22 | Hashimoto Facial Recognition Report |
| 23 | Japanese Police Reports IMM |
| 24 | Japanese Supplemental Reports 2017 |
| 25 | Expert Opinion Takaesu |
| 26 | Declaration of Hisao |
| 27 | Declaration of Dudley |
| 28 | Declaration of Schoenbach |
| 29 | Opinion Michizuki |
| 30 | Benjamin Bavarian Facial Recognition Report |
| 31 | Translation of Anointment |
| 32 | Map of Tollway near Narita and Katori |
| 33 | Visitors to Narita Temple and Katori Shrine |
| 34 | Japanese Penal Code 260 and 38 |

# Exhibit 1

**JOHN BROWN & ASSOCIATES**
COURT CONSULTANTS

3302 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90007
TELEPHONE (213) 628-9218
FAX (213) 628-9718
JBLA@SBCGLOBAL.NET

April 17, 2023

United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

     **Re:  Masahide Kanayama**
           **Writ of Habeas Corpus**

Your Honor

    This office has been asked by Masahide Kanayama's attorney, David Dudley, to compile a report assessing the personal history and characteristics of Dr. Masahide Kanayama; his professional accomplishments, and to analyze and report on other contextual factors that are relevant to the Court's consideration. The information which follows is based on a series of interviews with Dr. Kanayama and his associates, as well as a review of hundreds of patient testimonials, case file documents, and other relevant materials.

*Introduction and Overview*

    Masahide Kanayama, M.D., age 59, a legal permanent resident of the United States with a highly respected surgical practice in New York, is the subject of an extradition request by the Government of Japan pursuant to the Treaty on Extradition Between the United States and Japan dated Mar. 26, 1980, 18 U.S.T. 892.  Dr. Kanayama has no criminal history in the US, Japan, or any other jurisdiction. Dr. Kanayama is charged by Japanese authorities with two counts of damaging religious and historical shrines, in violation of Article 260 of the Japanese Criminal Code, for allegedly "pouring" an oily liquid on two shrines in Japan. According to prosecution materials, the operators of the shrines do not

Re:   Masahide Kanayama
April 17, 2023
Page  2


appear to have noted note any "defacement" at the time and only became aware of
the matter when approached by police at a later date. Prosecution materials also
confirm that no repairs were carried out nor were any costs incurred by the shrine
operators. Nevertheless the Japanese government charges that Dr. Kanayama is
responsible for $21,300 in damages based on estimates received for repair to
damages which they allege were a result of Dr. Kanayama's actions.

    For extradition to apply, the alleged crimes must rise to the level of a felony
in the United States.    In its filing, the US Attorney states "these crimes
correspond to violations of various United States statutes, including, for example,
New York Penal Law section 145.10 (criminal mischief in the second degree) and
section 145.05 (criminal mischief in the third degree), both felony crimes." (Page
1, lines 15-18.) The elements of the crime in both cases would require that the
prosecution establish specific criminal intent and present evidence of damage in
excess of $250.    Even if Dr. Kanayama did this, he had no criminal intent and in
fact his intent as a practicing Christian was to "anoint" and thereby sanctify, purify,
and protect the structure by placing a small amount of vegetable based oil on his
fingertips and touching the structure.

    Dr. Kanayama is a surgeon with an impeccable record who pioneered
innovative surgical techniques to neutralize and reverse the effects of advanced
stage endometriosis, a disease in which tissue that normally lines the inside of the
uterus-the endometrium—grows outside the uterus, causing pain, scar tissue,
adhesions, and leading to infertility and other complications. Dr. Kanayama's level
of expertise in treating endometriosis is unparalleled; he is one of the world's
leading experts. In this report and its attachments the Court will find ample
evidence of Dr. Kanayama's stature and his unique societal contribution as a leader
in the fight against this disease.

    Dr. Kanayama is also a committed Christian and the founder and director of
International Marketplace Ministry ("IMM"), a respected non-profit organization
he established in Japan in 2013. IMM encourages Christians to establish a personal
relationship with God and, through their personal "walk and fellowship with the
Lord," to "be awakened by The Lord to discover your personal calling."

Re:   Masahide Kanayama
April 17, 2023
Page  3


*Family Background*

Masahide Kanayama was born on September 8, 1962.   His father was Chogen Kanayama and his mother was Toyo Kanayama. Chogen Kanayama was born in Korea in 1930, when Korea was part of Japan, then moved to Japan as a boy. He was an inventor who held the Japanese patent for the electric blanket, which he invented during World War II, as well as patents for other inventions, particularly medical devices. He owned Diamond Electric Company, a small manufacturer of electric blankets and a device used by gynecologists to automatically clean instruments.

Masahide's mother, Toyo, traced her lineage to Korean royalty. Her branch of the family converted to Christianity and lived in Kyoto, Toyo grew up as part of the one percent of the Japanese population who was Christian. Toyo's mother was famous missionary and charity work, and Toyo continued the tradition. She was active in humanitarian work for the homeless; for lepers; and for others in need. During Masahide's childhood she frequently traveled to different parts of Japan in times of need to provide aid. She also studied under the famous Japanese Christian pastor Reiji Oyama, the founder of "KGK", the Christian Student Association of Japan.   Pastor Oyama was also a famous radio evangelist in Japan and founder of the Tokyo Graduate School of Theology. He remained a close advisor to Toyo and friend of the family, and gave the eulogy at Toyo's funeral in 2007.


*Early Childhood, Schooling and a Christian Upbringing*

Soon after birth, Masahide was sent to live with relatives in Uraway City while his parents worked to stabilize their manufacturing business in Tokyo, which was struggling. He stayed there until he was six. During this time he saw his parents once a month.

In Tokyo, Masahide grew up in family circumstances which he describes as "middle class…not wealthy, somewhat modest." They lived in small house. The

Re:   Masahide Kanayama
April 17, 2023
Page  4

factory producing the devices invented by his father was adjacent to the family
home, and employed five workers, plus his parents.

Masahide describes his father as "disciplinarian type" who was very
"righteous" and had firm, clear notions of what was right, and what was wrong. He
did not easily show affection. Masahide recalls his father taking the children on
outings to the beach and mountains. He was also an animal lover who adopted as
many as ten dogs and a dozen cats, as well as a baby bear. He considers the most
distinctive aspect of his father's character to be that "his thinking is different form
most people." He also describes his father as very healthy, never drinking alcohol,
and always insisting that the family eat healthy food and live a healthy lifestyle. He
also stated that his father "did not force his way – he believed in freedom, and that
I need to shape my life by myself."   Masahide had great respect for his father,
whom he viewed as a dreamer and "a genius, always ahead of the ages."

Masahide recalls his mother as a "caring, loving, wonderful mother" who
respected her husband, and nurtured and cared for her children with diligence and
compassion.   Aside from Masahide, the children included Rika, a daughter who
was six years older, and a, Narihidea, a son, four years younger than Masahhide.

He attended Kindergarten in Urawa City then, after completing
Kindergarten, he returned to live with his parents in Tokyo. From age six to
twelve, he attended Shirakawa Elementary School in Tokyo. He excelled
academically, immersed in a rigorous routine that included regular classes from
8:00 AM to 3:00 PM, following by special evening study classes at Keio Kai
Preparatory School from 5:00 PM to 9:00 PM designed to ensure he made good
grades and prepare him for the entrance exams that would determine which high
school he could attend. He recalls there being no time for sports or recreational
activities – only study, which he embraced. He graduated from Shirakawa ranked
Number 1 out of 200 graduates.   His favorite subjects were math and science; he
also enjoyed history, geography, and social science. He never felt pushed by his
parents; in fact his father was believed that going through "lots of trials to build
character" was more important than schooling. His mother, however, was firm in
her desire to ensure that he had a good education.

Re:   Masahide Kanayama
April 17, 2023
Page  5

As a result of his status as first in his class, and his strong performance on the standardized entrance examination, he was accepted into Komaba Toho, generally recognized the most elite advanced curriculum Junior and Senior High School in Greater Tokyo. He commuted one hour per day by subway, and unlike in elementary school, still found time for extracurricular activities that included soccer and competitive table tennis. He maintained exemplary grades and by the time he graduated had completed not only high school course, but had completed many college level courses in chemistry and physics.

*Christian Upbringing and Personal Religious Awakening*

Approximately one million Japanese, representing one percent of the population, are Christian. The religion reached Japan in the mid-16[th] Century via Roman Catholic Missionaries, then was banned in 1587. Those who continued to practice Christianity, called "kakure kirishitans" meaning "hidden Christians", were persecuted if exposed, even crucified.   Christianity was not officially allowed again until after Japan reopened to world trade in 1853.Christians were again oppressed during World War II, when the Emperor was considered a living god, then the religion re-emerged after the war, when it was spread by missionaries and American soldiers.

Masahide was born into a family in which his mother was a devout Christian, and his father was generally noncommittal and not actively involved in religion. Masahide's mother took the children to attend a Baptist Church located across the street from his home. Later they transferred to a missionary church, reflecting his mother's missionary, evangelical orientation.   Masahide notes of his mother: "She was very passionate about bringing people to Christ."

During his childhood, Masahide experienced incidents of discrimination and persecution due to his status as a minority Christian. On three separate occasions he was taunted and beaten by classmates. The school did not intervene or support him. He also experienced discrimination due to his father having been born in Korea.

Re:   Masahide Kanayama
April 17, 2023
Page  6

Until he was seventeen, Masahide attended the Baptist church as what he describes as a "social ritual." He did not experience any personal religious experience during this period. He recalls: "I was not a dedicated Christian – it was more like a cultural and family duty, mostly to make my mother happy." He realized that his mother considered him her favorite child, and that she had been praying for him, and even during his early childhood, she believed that there was a calling from God for him to eventually become a doctor.

When Masahide was seventeen, he experienced a wholly unexpected and transformative personal religious awakening. The awakening occurred when his mother took him to an evangelical missionary church for the first time. He describes this experience as follows:

> My mother took me to the Korean missionary church. There were only a few people in the church. It was my first time there. It happened as soon as I entered the church. Jesus appeared to me in person. He spoke to me. He called my name. He was tall, wearing a white cap, with a shining face. I knew he was and he said 'I have been waiting for you. Welcome to my kingdom, I have much work for you to do in the future.' I almost fell on the ground. I was totally speechless. Before I met him, I didn't understand Christianity at all. It was all culture. But as soon as I met him, it was so real, so tangible, and he called me by my name, and he had a plan for my future. Then I was willed with the holy spirit, the holy spirit filled me. It was profound. I felt that my whole life was given direction by this experience. The Lord guided me. He let me know to go to University, to study medicine in America. He said: "I will show my healing power through your hands."

Re:   Masahide Kanayama
April 17, 2023
Page  7

<u>*Higher Education and a Call to Medicine*</u>

Acting in accordance with the direction his newfound faith had produced, Masahide learned English, graduated, and enrolled in Crieighton University in Omaha Nebraska in 1981, where he studied chemistry and participated in an interdisciplinary honors program in literature, history, and humanities. He graduated magna cum laude from Creighton in 1984, then went to The Medical College of Wisconsin in Milwaukee, where he spent six years, receiving his MD in 1991. During this time he also obtained a research fellowship involving collaboration with National Cancer Institute in Tokyo and Johns Hopkins, under which he published papers on groundbreaking research in HIV and the Human Papilloma virus.

After receiving his MD, Masahide under took his residency in obstetrics-gynecology at the Mayo Clinic, where he received Teacher of the Year Award for two years running.   After graduating from the Mayo Clinic in 1995, he joined a group practice in Minneapolis.   Then in 1996 he received a call from a physician recruiter in New York from Mount Sinai hospital, looking for a Japanese – speaking ob-gyn specialist. He accepted the position, joining the faculty staff at Mount Sinai for three years.

In describing the process by which he navigated the various decisions that he was presented with, Dr. Kanayama places his development as a physician within what he viewed as the larger, more important spiritual development that was a daily part of his life after his awakening at age seventeen:

> My studies and then entry into medicine was the
> beginning of my Christian role. I prayed. Sometimes I
> prayed all night. At Mayo Clinic He guided me to learn
> very difficult and specialized gynecological surgery.
> When the recruiter from New York called for a Japanese
> speaking gynecologist, I prayed, and the Holy Spirit was
> talking to me, and I knew I have to take it, Then after
> three years, I was guided, this was the time to establish
> my own practice, and to begin my specialization in

Re:   Masahide Kanayama
April 17, 2023
Page  8

endometriosis.

In 1999, Dr. Kanayama established his own practice in Manhattan, and in 2001 changed the name of the practice to New York Endometriosis Center.   He has continued that practice to the present day

_Breakthrough Surgical Approach To Endometriosis_

While he was at the Mayo Clinic, Dr. Kanayama underwent advanced laparoscopic surgery and gynecologic oncology training under three of the world's top specialists – Dr. Karl Podratz, Dr. Raymond Lee, and Dr. Maurice Webb. Then later, at Mt. Sinai, Dr. Kanayama found that there was a high incidence of endometriosis in his Japanese patients – a much misunderstood condition which causes pain and is associated with infertility. The Mayo Clinic describes endometriosis as follows:

> Endometriosis is an often painful disorder in which tissue that normally lines the inside of your uterus—the endometrium—grows outside your uterus. Endometrisis most commonly involves your ovaries, fallopian tubes, and the tissue lining your pelvis. Rarely, endometrial tissue may spread beyond pelvic organs. With endometriosis, displaced endometrial tissue continues to act as it normally would—it thickens, breaks down, and bleeds with each menstrual cycle. Becausde this displaced tissue has no way to exit your body, it becomes trapped….surrounding tissue can become irritated, eventually developing scar tissue and adhesions….

Dr. Kanayama in interviews for this report recalls his initial involvement with endometriosis as follows:

> In the beginning, I was not thinking about endometriosis, but every day I was seeing Japanese patients. Almost every patient I saw seemed to have it. That was the

Re:   Masahide Kanayama
April 17, 2023
Page  9

> beginning of my specialization . . . doctors didn't know
> how to deal with this disease. Many are using laser, just
> cauterizing, burning, and it comes back quickly. The
> nodule reaches much deeper inside. So from praying, the
> Holy Spirit gave me the idea of how to attack this
> disease. I give credit to God, it wasn't really coming
> from my brain. I made a new technique, using
> laparascopy, no laser, just scissors. Technically it is very
> challenging, cannot easily be taught. You have to have a
> certain type of skill. I believe God guided me to have this
> skill. My practice became like a healing ministry – it is
> God's commission to me to heal these patients, he gave
> me the area of endometriosis and I use it to help and
> touch as many people as possible and change their life.

Describing in more detail his unique approach, Dr. Kanayama stated:

> The major issue in the US and globally is that 95% of
> endometriosis surgeons use the Da Vinci robot. For
> surgery done this way, the surgeon is not touching your
> body -- he is watching a 3d video—yet many if not most
> of the clues can only be felt, not seen. So it's really the
> machine that is operating. The problem is the surgeon
> can't feel anything.    There is no tactile sense or haptic
> sense. No pressure, feeling, texture, and the depth —
> these are all things you can only feel by touching.
> After Da Vinci came — endometriosis surgery quality
> became really bad.    Haptic means you can feel the
> texture of the endometriosis tissue and adenomyosis.
> The Da Vinci robot cuts the wrong way, uses a burning
> scissors. I use cold cut. I feel every every texture of endo
> tissues by haptic skill. I only remove the injured tissue.
> .

An indication of the unique success of Dr. Kanayama's laparoscopic surgical
technique is that with standard laser treatment, 99% of Stage IV patients (the most

Re:   Masahide Kanayama
April 17, 2023
Page  10

advanced stage) have a recurrence that requires further treatment within five years.
Dr. Kanayama's Stage IV patients have a five year recurrence rate of 18%. In the
30 years of his practice, he has treated more than 7,000 patients and is regarded as
one of the world's premiere surgical specialists treating endometriosis.

Dr. Kanayama's work is widely recognized in the medical field. He is a
frequent guest speaker at various medical gatherings, and he has been awarded the
"Compassionate Doctor Lifetime Achievement Award" for the last seven years by
for the past seven years by Vitals Consumer Services, LLC, an online health care
resource that offers reviews of physicians and helps patients find appropriate care.
He is Board Certified by the American Board of Ob-Gyn; he is a clinical assistant
professor in the Department of Ob-Gyn and Reproductive Sciences at Mount Sinai
School of Medicine; and he is a visiting scientist and investigator in the
Department of Cancer Immunology and Gynecologic Pathology at The Johns
Hopkins University School of Medicine.

Dr. Kanayama's medical licenses include:
- National Board of Medical Examiner Certification
- State of Minnesota Medical License
- State of New York Medical License
- State of Connecticut Medical License

His professional affiliations include:
- American Association of Gynecologic Laparoscopists
- American College of Obstetricians and Gynecologists
- Society of Laparoscopic Surgeons
- International Society of Gynecologic Endoscopists
- Eureopean Society of Human Reproduction and Embryology
- American Medical Association
- Minnesota Ob-Gyn Association, Minnesota Medical Society
- Mayo Alumni Association
- Doctors Mayo Society
- Japanese Medical Society (USA Chapter, New York section)

Re:   Masahide Kanayama
April 17, 2023
Page  11


Dr. Kanayama is the recipient of numerous awards, a sampling of which are appended, along with his Curriculum Vitae, as Exhibit A.

*Physician Recommendations*

Dr. Kanayama's stature as an endometriosis surgeon is addressed by fellow physician Dr. Alfonso Tagliavia in a letter to the court:

> I have known Masahide for over 19 years . . .Over the years, Masahide has developed a specialized practice focusing on the diagnosis and treatment of endometriosis. . .   Masahide's patients literally come from all over the world; Europe, Asia, South America and Australia. The reason for his success and popularity in the endometriosis world is because he takes the time to educate his patients. He also takes the time to skillfully excise the endometriosis instead of just cauterizing it or placing the patient on hormone therapy like most other gynecologic surgeons I work with often do. On a personal level, I have trusted Masahide with my own daughter who, at the age of 19, already had stage 3 endometriosis. . . I see Dr. Kanayama as one of the pre-eminent endometriosis surgeons in the United States. There is no one else I would send a friend or loved one.

Another physician, Dr. Perry Lerner, writes of his personal experience with Dr. Kanayama, and also addresses the fact that endometriosis, though widespread, receives inadequate attention from the medical community, and that there exists a shortage of physicians who specialize in effective treatment of this widespread disease:

> [M]y daughter has been afflicted with this dreadful condition and has been suffering daily for months. We had seen numerous Gynecologists and other so called

Re:   Masahide Kanayama
April 17, 2023
Page  12

    specialists. . . She was living with severe pain and we
decided to seek a surgical remedy. We thought we hd
gone to a surgeon with experience . . . Post Op she had
told me this was way beyond her area of expertise. After
much research we came to Dr. Kanayama. . . . My wife
and daughter arranged a consultation with Dr.
Kanayama and came away feeling very well educated
and optimistic that he could offer hope of living a
normal life pain free and most importantly being able to
become pregnant in the future. . . Unfortunately this is a
condition that appears to be on the back burner and is
not recognized by the medical community. We need
more dedicated physicians like Dr. Kanayama who
deserves many accolades fo the valuable work he does
in treating endometriosis.

    Please refer to Exhibit B, for the complete letters from fellow physicians.

*Patient Testimonials*

    Dr. Kanayama is the recipient of well over 1000 patient testimonials.    His
Instagram site (https://www.instagram.com/newyorkendometriosis) has over
86,000 followers, and significantly, this is up from 14,000, which was the number
of followers he had in 2016—a growth that illustrates his ongoing contribution in
his field.    The Court is urged to consider both the volume of patient testimonials,
and the glowing nature of the comments.    A full presentation of these testimonials
is appended to Dr. Kanayama's Petition and Memorandum of Law as Exhibit 4.
Meanwhile, following are a few samples of the testimonials.

    Patient Jennifer Tinsen, a medical doctor herself, writes:

    After many years of unsuccessful fertility treatments
including IVF, and over a year of abnormal bleeding and
severe pain, I was left on my own to figure out what was
wrong with me. My physicians told me it was "normal,"

Re:   Masahide Kanayama
April 17, 2023
Page  13

caused by "stress" and "in my head."… Dr Kanayama
found that many of my internal organs were displaced
and confirmed my suspicion of endometriosis,,, 1 month
after my surgery date we conceived our first child
naturally….Dr. Kanayama gave me my life back. I can
honestly say that Dr Kanayama is an amazing, caring,
knowledgeable, meticulous physician and surgeon. He's
truly ONE OF A KIND! I would never use another
physician and would recommend any friend or family
member to him.

Another patient, Jolene, writes in her testimonial:
I had my surgery on Friday and have to say its been
nothing short of miraculous! Every positive thing that
has been said about Dr. K is true. The staff at the
hospital told me that women come from all over the
world to see him and now I know why. It is almost
difficult to figure out what to do with yourself when the
areas that you've had chronic pain for years are just pain
free! The pain is GONE!

Patient July Lopez writes:

Around 4 years ago I stared having pain in my lower
abdomen and lower back. The days were passing and the
pain was getting worse. …. gynecology did not find
anything wrong. The pain I felt would not allow me to
sit comfortably or sleep….I went to emergency room
where they preformed an ultrasound and some blood test
they found nothing an assumed that it was an infection.
The pain would come and go for the next 3 … new
doctors said that the pain was normal and it was caused
by my menstrual cycle.

When I saw Dr Kanayama he was able to immediately

Re:   Masahide Kanayama
April 17, 2023
Page  14

> run some test and give me a diagnosis. He explained in
> detail the condition of my uterus, ovaries and
> endometriosis. My uterus had sifted over time because
> of the chocolate cyst that has been growing in my right
> ovary and endometriosis growing in my reproductive
> organs. He mentioned that surgery would be the best
> way to diagnose and treat endometriosis….The surgery
> was performed at Greenwich hospital Connecticut….On
> my post op visit with the Dr he informed me that I had
> endometriosis (stage 4) growing on my pelvis, bladder,
> intestines fallopian tubes and that I had a polyps in
> uterus also the cysts was growing over my ovary. For
> this to have grown so large the Dr said that I might have
> had this affecting me for the last 10 years. A month has
> gone by and I feel a million times better THANK YOU
> Dr Kanayama God bless you.

Patient Fran Vandewater writes that she was forty-four and had been
suffering from endometriosis since she was seventeen when she found Dr.
Kanamyama. Her endometriosis had traveled all the way to her stomach lining and
her gynecologist had told her it was not surgically correctible, but could only be
managed with medications. She sought out Dr. Kanayama after reading about him
on the internet, and after surgery she wrote:

> Earlier I inquired as to whether or not Dr. Kanayama
> could really help. Well, now I know for certain... Dr.
> Kanayama has cured my Stage 3 of 4
> endometriosis…..While speaking with Dr. Kanayama at
> my first post-operative appointment, I told him that I
> now refer to him as "Dr. God." He graciously smiled and
> said, "I am not God, I am one of God's instruments…."
> There is no need to suffer any longer ladies. Dr.
> Kanayama can give you high-quality care that you so
> deserve. Dr. Kanayama's expertise in laparoscopic
> endometrial surgery has contributed immeasurably to

Re:   Masahide Kanayama
April 17, 2023
Page  15


     the wellness of my health today.

*Spiritual Ministry Through International Marketplace Ministries (IMM)*

     In 2013 Dr. Kanayama created International Marketplace Ministries (IMM), a Christian not-for-profit enterprise. The core principle of IMM is that individual Christians have the ability to experience, as Dr. Kanayama has, "a walk and fellowship with the Lord" without needing to rely on a pastor, church, or other mediating entity. Dr. Kanayama describes his motivation in creating IMM as follows:

> I had no plan or desire to do IMM – I was so busy as a doctor. But in prayer the Lord asked me to create it. I'm not a pastor, I've never been to bible college or seminary. This means I am not beholden to anyone. I am a businessman. My business is medicine, as a doctor. That's "marketplace." I started by just showing regular people how to pray, how to develop a personal relationship with God. That is the idea – personal relationship with God, not through a pastor or anyone. Not through me. Through that relationship, you learn that God has a wonderful plan, a higher plan for you to achieve.   Outside of church, through your daily work, your family, your friends, you will contribute to your community and a society and as a Christian.

     Dr. Kanayama recognized from the outset that his encouragement of Christians to engage in and develop a personal relationship with God would meet resistance from the established Christian church in Japan.

     He explains:

> I knew it would be very difficult for Japanese pastors. They see IMM as giving the people more control, they see church pastors losing control. I cannot help it, it is not

Re:  Masahide Kanayama
April 17, 2023
Page  16

> my idea, but the Holy Spirit gave it to me. IMM
> encourages people to have a personal prayer relationship
> with God and people start to discover their own callings
> from God in marketplace.

Beyond acting as a catalyst in the spiritual awakening of its members, IMM actively engages in charity work and charitable giving, and in all respects acts as a responsible participant in the global non-profit community.

### *Key Background Contextual Factors*

In addition to Dr. Kanayama's personal history and accomplishments, the Court is respectfully asked to consider the following background contextual factors which are essential to an evaluation of Dr. Kanayama's position as the target of extradition proceedings initiated by the Japanese government:

### *The Christian Minority in Japan Has Suffered Historical Persecution*

In Japan, there is a long history of persecution and discrimination against Christians, who are a one percent minority in the country.   After first being brought to Japan in 1547, Christianity was subsequently banded for hundreds of years from 1583 until 1853, forcing Christians to go underground as *Kakure Kirishitan,* or "hidden Christians." Officially sanctioned animus towards Christians was substantial as recently as World War II when state sponsored Shintoism elevated the Emperor to the status of a God and insisted that the Japanese were a divine race, the *Yamato*; with all other races and cultures considered inferior.   In present day Japan, the government is strongly influenced by Nippon Kaigi, (Japan Conference), a conservative Shinto cult-like organization whose adherents include Prime Minister Abe and many of his cabinet members, and who are widely regarded to be pursuing a policy to gut Japan's post-war pacifist constitution, end sexual equality, get rid of foreigners, void pesky "human rights" laws, and return Japan to its Imperial Glory. (See Exhibit D)

Re:   Masahide Kanayama
April 17, 2023
Page  17

### IMM is Seen as a Threat by Traditional Christian Denominations

IMM, with its emphasis on members seeking and finding a personal relationship with god in the "marketplace" (meaning within their ordinary secular existence, rather than only in Church or a place of traditional worship) is perceived with hostility by traditional Christian denominations because it largely eliminates the role of pastor as the mediator and enabler. IMM teaches that an individual has the power himself or herself to engage in a direct relationship with God, without mediation by anyone. IMM is thus the antithesis of a "cult" because it empowers the individual and de-emphasizes organized leadership – a position which antagonizes many Japanese pastors. This rivalry and antipathy toward IMM by organized Christian religions in Japan is relevant to any consideration of the case because it is apparent that the government only became aware of the alleged defacement years some three years after the YouTube videos posted, apparently when rival Christian practitioners who disapprove of IMM report ed them toauthorities, thus initiating the investigation into alleged defacement by "pouring oil" and ultimately spurring the extradition case now under review.

### Mistranslation and Misunderstanding of "Anointment"

The case against Dr. Kanayama turns on what the word "anoint" and what actions it signifies. The word has multiple meanings and a full understanding of the Christian and secular use of the word, and its translation and mistranslation into Japanese, is essential to any objective reading of the complaint against Dr. Kanayama.

In Christian practice, "anointing" refers first of all to the sanctifying presence of the Holy Spirit in a person or place. Jesus Christ is, literally, "Jesus, the Anointed One." This "anointing" of the Holy Spirit" refers to the power and protection given by the Holy Spirit itself upon the individual or object on which and within which the Holy Spirit is present. There is no physical aspect to this – it is a wholly spiritual "anointing." (See for example Acts 10:38. "how God anointed Jesus of Nazareth with the Holy Spirit and

Re:   Masahide Kanayama
April 17, 2023
Page  18

power.." or the established concept that Christians have the Spirit who leads to    truth and "anoints" continually with His grace and comfort. "But you have an anointing from the Holy One, and all of you know the truth" (1 John 2:20).

In Christian practice "anoint" is sometimes used to describe a ritual use of oil as a symbol or metaphor for the presence of the Holy Spirit. When this is done the "anointing" is typically accomplished by placing a very small quantity of scented olive oil on the fingertips and dabbing the fingertips on the person or object to be ritually sanctified. The quantity used is no more than a few drops, representing a tiny fraction of a fluid ounce (typically no more than five drops or .02 oz) in any given application. There is nothing in this practice that would rise to the level of defacement of any property; indeed, those who practice such "anointment" typically do so in their own homes and places of business, dabbing oil in miniscule quantities.

There is no native Japanese word for "anoint" and so the concept is conveyed using the words "abura sosogi" using the Japanese characters 油注ぎ) which literally mean "pour oil."    Abura sosogi, then, is used to describe all of the following:    a) the metaphorical anointing, without any use of oil, by the Holy Spirit b) the Christian ritualistic anointing using a small quantity of oil dabbed, smeared, or sprinkled; and c) the secular act of, literally, "pouring oil" as to pour oil into cooking pot. In the Youtube videos that are presented by the prosecution as the primary evidence of Dr. Kanayama "defacing" property, Dr. Kanayama says "abura sosogi" in Japanese to convey the Christian metaphorical and/or ritualistic concept of "anoint" (a or b), whereas in its translations the government consistently mistranslates this as the literal secular translation, and translates using the English words "pour oil" (c). The translation by the prosecution misrepresent the situation by literally referring to a physical act of "pouring oil" when in fact the words themselves as used by Dr. Kanayama refer either to the metaphorical meaning of "anointing" by the Holy Spirit, or to the Christian ritualistic meaning, whereby a few drops are dabbed onto the person or object being anointed. It is obvious to anyone familiar with the Christian usage and practice, that Dr. Kanayama is in no way whatsoever

Re:   Masahide Kanayama
April 17, 2023
Page  19

referring to "pouring oil" in quantity on anything – yet the Japanese
government translations repeatedly refer to it this way.

And understanding of the typical Christian method of ritualistic
anointment, using a few drops of oil on the fingertips, is also relevant to an
understanding of the other key piece of prosecution evidence, the security
video from the two shrines in question.    According to the government, this
video footage depicts a man alleged to be Dr. Kanayama, an allegation
which is disputed by Dr. Kanayama. But even if the person in question is,
Dr. Kanayama, the actions described are inconsistent the claim of  "pouring
oil"  representing thousands of dollars of alleged damage, and are in fact
wholly consistent with the typical Christian ritualistic practice of
"anointment" with a few drops of harmless oil:

> Video footage obtained from the Narita-san Shinsho-ji
> Temple revealed that on March 25, 2015, a man wearing
> a black longsleeved and streaked windbreaker with a
> hood, a grey jacket, a whitish collared shirt, dark‑blue
> jeans, and black shoes, carrying a camera, and with black
> thinning hair, was roaming around the Narita-san
> Shinsho-ji Temple, and between 3:37 p.m. and 4:06 p.m.,
> aroundNio-mon (gate), Komyo-do (hall), Okuno-in
> (inner sanctuary), and Soman (main gate), was ***touching
> poles***. (Rec.Ex. 5; see also id. Bxs. 12, 16 (containing
> still shots)). These were among the locations that were
> the subject of the complaint to the Japanese police. (Rec.
> Ex. 11; see also id. Ex. 12). A review of photographs
> taken of the Soman by a tourist and an employee of the
> shrine at approximately 2:24 p.m. and 4:07 p.m.,
> respectively, showed that the oil defacement occurred
> between 3:30 p.m. and 4:07 p.m. (see Rec. Ex. 6), and
> the videofootage showed the man, now suspect ***touching
> the poles*** on the east side of Soman at around 4:06 p.m
> (see id.)." (Memorandum, Page 2, line 15 through Page
> 3, Line 6.  ***Emphasis added***.)

Re:   Masahide Kanayama
April 17, 2023
Page  20


Thus while the prosecution repeatedly mistranslates "abura sosogi" in the YouTube videos as "pouring oil" – the security video evidence submitted shows no one "pouring oil" but rather shows an individual "touching poles" – an act that is wholly inconsistent with the defacement claimed, and wholly consistent with the benign ritual act of anointment as practiced by Christians worldwide.

*Conclusion and Recommendation*

Dr. Masahide Kanayama is a gifted, dedicated physician and responsible, contributing legal resident of the United States of America. He has dedicated his professional life to the study and surgical cure of endometriosis, an extremely widespread yet poorly understood and under-served sector of the medical profession. He is uniquely able to provide a solution to a medical problem that is not readily available from other surgeons. The hundreds of letters from patients expressing joy and appreciation for the life-altering surgery of Dr. Kanayama's unique technique speak eloquently to the positive value he represents in America. His presence in America is a distinct and quantifiable benefit to the United States.

Aside from his professional qualifications and skill, Dr. Kanayama is, by any objective measure, a "good man" in the fullest sense of that expression. In an interview for this report, Dr. Kanayama's longtime assistant Sabrina Kucevic put this in perspective:

> He does not advertise. Everything is word of mouth. I have watched patients find him and fly in from all over the world. He is very humble. He listens. He is there to help you. He doesn't push anyone to have surgery with him. But afterwards they say things like: "You're like a miracle." One even called him "Dr. God." He always replies the same way: "Don't thank me, thank God." This is New York and that kind of humility doesn't exist here. He is humble not just as a physician, but in all aspects of his life. He doesn't even drive a car. He takes the subway, he walks places, he is very simple. It makes no

Re:   Masahide Kanayama
April 17, 2023
Page  21

            sense, because of how successful he is, but he goes
            around like a college student. He doesn't show off. He
            gives people discounts, sometimes he gives free
            treatment. I'm New Yorker, I know good, and I now bad.
            Dr. Kanayama is good, a very good man.

The alleged "crime" for which it is proposed that he be deported went entirely unnoticed by the caretakers of the shrines in question, and by Japanese authorities, for years. No defacement was noted. No repairs were undertaken.

The Court is respectfully urged in its evaluation of the deportation request to consider the strong personal history and admirable, responsible personal characteristics of Dr. Kanayama, his many contributions to the medical profession and his successful treatment of thousands of patients. The Court is also respectfully asked to consider the questionable context of the alleged "crime" which, at worst, was a benign, harmless act of spiritual expression which caused no damage and was undertaken with no criminal intent whatsoever.


Michael Sellers                John Brown

MS/JB:lt

enclosures

# *APPENDIX*

| Exhibit | Description | Page |
|---------|-------------|------|
| A | Dr. Masahide Kanayama Curriculm Vitae and Awards | 001 |
| B | Letters of Support from Physicians | 008 |
| C | Patient Testimonials including Handwritten Letters; Testimonials on Dr. Kanayama's Website, Testimonials on Dr. Kanayama's Instagram Site, and Testimonials on Third Party Rating Sites includine Yelp, WebMD, and Others | 011 |
| D | Website Visitors by Country of Origin | 068 |
| E | News Articles About Dr. Masahide Kanayama | 070 |
| F | Articles and Information About Christian "Anointment" | 074 |
| G | Photographic Examples of Commercially Available Anointing Oil as Typically Sold in Small Bottles from 0.25 oz to 0.34 oz | 107 |
| H | "Abura Sosogi" = "Anointment" Translation | 109 |
| I | Additional Background  on the "Hidden Christians" and "Nippon Kaigi " | 113 |

0003

# EXHIBIT A

To the Social History Report

# Masahide Kanayama, MD
### Curriculum Vitae

**CURRENT POSITION**

Director
>   The New York Endometriosis Center
>   Advanced laparoscopy andendometriosis treatment New
>   York, NY

2.  American board of Ob-Gyn certifiedspecialist
3.  Clinical assistantprofessor
    Department of Ob-Gyn and Reproductive Sciences Mount
    Sinai School of Medicine, New York, NY
4.  Visiting scientist andinvestigator
    Department of Cancer immunology and Gynecologic Pathology The
    Johns Hopkins University School of Medicine
    Baltimore, MO.

Office address: 150 East 55th street, 5th floor, New York, NY 10022 Telephone:

1-212-421-1016,  Fax: 1-212-421-1019

E.  mail: masahide.kanayama@gmail.com

Web site: www.Gynecosurgery.com

Citizenship: Japan, permanent residence holder in the United States

**EXPERIENCES**

1.  1999 to current
    Director, New York Endometriosis Center New
    York, NY
2.  1997-1999
    Mount Sinai School of Medicine, Assistant professor of Obstetrics and Gynecology
    Mount Sinai Medical Associates, Assistant attending
    New York, NY

**EDUCATION, RESEARCH, AND TRAINING**

I.   Residency and postgraduate clinical training
1991-1995    Mayo Graduate School of Medicine
Mayo Clinic
Rochester, Minnesota, USA.


Advanced laparoscopic surgery and gynecologic oncology trainings
Under Dr. Karl Podratz, Dr. Raymond Lee, and Dr. Maurice Webb.

Recognized as the teacher of the year in 1993 and 1994 by Mayo Medical
School.

II.  Medical School
Medical College of Wisconsin, Milwaukee, WI MD
conferred in 1991.

Ill. Research fellowship
1988-1989 the National Cancer Center Research Institute Tokyo,
Japan
Division of molecular genetics, Lab of Masaaki Terada MD.

IV. Undergraduate education
1981-1985 Creighton University College of Arts and Sciences
Omaha, NE, USA
BS degree in chemistry and Honors program "magna
cum laude" graduate, May 1985.

V.  High school education
1978-1981 Komaba Toho High School Tokyo,
Japan
High school diploma, March 1981

VI. Research collaborations (Dr Robert Kurman and Dr TC. Wu's labs)
Department of Gynecologic pathology and cellular immunology, The
Johns Hopkins University School of Medicine, Baltimore, MD.

**BOARD CERTIFICATION**

Diplomat, American Board of Obstetrics and Gynecolgy (ABOG)

**MEDICAL LICENSURES**

1. The National Board of Medical Examiner Certification
2. The State of Minnesota medical license
3. The State of New York medical license
4. The State of Connecticut medical license

Professional Affiliations:

1. American Associations of Gynecologic Laparoscopists
2. American college of Obstetricians and Gynecologists
3. Society of Laparoscopic Surgeons
4. International Society  of Gynecologic Endoscopists
5. European Society of Human Reproduction and Embryology, A panel section on endometriosis and endometrium
6. American  Medical Association
7. Minnesota Ob-Gyn association, Minnesota Medical Society
8. Mayo Alumini Association
9. Doctors Mayo Socirety
10. Japanese Medical Society (USA chapter, New York section).

**RESEARCH, PUBLICATIONS, ARTICLES, ABSTRACTS, AND PRESENTATIIONS**

1. "Rat Luteal Angiogenesis: primary characterization."
   J. Rone, MD.Kanayama, AL.Goodman
   Abstract and oral presentation in 1998 Annual International Endocrine Society
   Atlanta, GA, USA.

2. "Detection of a neuron-specific 9.0 kb transcript which shares homology with the antisense GAG genome of HIV-1 from both normal and AIDS individuals." TC.Wu, MD.Kanayama,  R.  Hruben, W. Whitehead,  B. Raj

Am. J. Pathol.  1993, Jan. 142(1);25-31.
Presentation at 1992 US and Canadian Academy of Pathology meeting.

3.  "In situ hybridization of HIV-1 by a riboprobe generated from the GAG gene of HIV- 1"
MD.Kanayama,TC.Wu, W.Whitehead, B.Raj Modern
Pathol. 1992, Jan 5(1);109
Oral presentation at 1993 Annual Minnsota Ob-Gyn Society Meeting

4.  "Virus-associated RNAs (VA-1 and VA-II): an efficient target to detect adenovirus
infection by in situ hybridization."
TC.Wu, MD.Kanayama,R.Hruben, W-C Au, FB.Askins, GM.Hutchins Am. J.
Pathol.  1992. April 140 (4); 991-998

5.  "Detection of adenovirus VA-I and VA-II in adenovirus-associated
meningoencephalitis,enteritis, cystitis, hepatitis, pneumonia by RNA in situ
hybridization."

TC.Wu, W.Chou, MD.Kanayama, W.Fork, R.Hruben, GM.Hutchin Modern
Pathol. 1994, Jan 7 (1); 128
Presentation at 1994 US and Canadian Academy of Pathology Meeting
Montreal Canada

6.  "Localization of Epstein-Barr Virus encoded small RNAs (EBER-1) by in situ reverse
transcription: first successful generation of cDNA in the tissue section." TC.Wu,
Y.Ling,  MD.Kanayama,P.Charache, RJ.Kurman
J. Biomed. Sci.  1995 Feb (2); 249-255.
Oral presentation at 1995 US and Canadian Academy of Pathology Meeting. Berlin,
Germany

7.  "Preventive and Therapeutic Vaccines for Human Papilloma-virus-associated
cervical cancers."
M. Ling, MD.Kanayama, R.Roden, TC.Wu
J. Biomed. Sci,  2001 7(5); 341-356.

8.  "Detection of low copy HPV in basal cells of cervical lesions by a novel in situ
hybridization."
MD.Kanayama, CC.Huang, ML.Kashima, TC.Wu

Presentation in the First International Congress of Human Paillomavirus infections and cervical cancer, Quebec, Canada.

9.  "Cardiac myocytes do not undergo programmed cell death in heart allograft rejection: failure to identify apoptotic cells by in situ end labeling of nuclear DNA fragments." TC.Wu, MD.Kanayama, R.Hruben, GM.Hutchin, RJ.Kurman
    Modern. Pathol. 1994 Jan, 7(1):32.
    Presentation in 1994 US and Canadian Academy of Pathology Meeting
    Monteal, Canada.

10. "Constriction of the umbilical cord by an amniotic band, with fetal compromise illustrated by reverse diastolic flow in the umbilical artery; successful intervention."
    MD. Kanayama, TA.Gaffey, PL.Ogburn, Jr.
    J. Reprod. Med.  1996 Jan. 40(1); 71-73.

11. "Free fatty acids levels in normal pregnancy: prospective studies"
    MD.Kanayama , J. VanWinter, PL. Ogburn, Jr.
    Am. J. Obstet. Gynecol.  1996, June 174(2);375.
    Presentation at the 1996 Annual Society of Perinatal Obstetricians Meeting,
    Kona, Hawaii.

12. "Deficiency of n3 and n6 fatty acids in pregnancy:time courses and effect of antioxidant nutrients."
    KB.Schwarz,  J.Cox, S.Sharma, TH.Risby, PL.Ogburn, J.VanWinter,
    MD.Kanayama,D.Bibs,  RT.Holman.
    J. Nutr. Envir. Med.  1999, (8); 335-344.

13. "Rapid identification of HPV DNA subtypes by application of the reverse dot blot hybridization"
    MD.Kanayama, JT.Chen, GS. Hsue, MJ. Borowitz, RJ.Kurman, TC.Wu Abstract
    presentation  at  2000  InternationalPapillomavirusMeeting San Francisco, CA.

14. "Advanced laparoscopic treatment of DIE (deep infiltrating endometriosis) for chronic pelvic pain and infertility by novel reverse excision technique: primary report. Of 262 cases"
    MD. Kanayama
    Oral and abstract presentation at 2010 EPS international Obstetrics and Gynecology
    Summit, Nanjing, China









