0010

# EXHIBIT B

To the Social History Report

**Greenwich Ear Nose & Throat**
**Head & Neck Surgery**
*49 Lake Avenue, Suite 103*
*Greenwich, CT 06830*
*Phone: (203) 869-2030*
*Fax: (203) 869-9262*

**Stamford Ear, Nose & Throat**
**Head & Neck Surgery**
*125 Strawberry Hill Avenue, Suite 103*
*Stamford, CT 06902*
*Phone: (203) 348-7797*
*Fax: (203) 964-3140*

To Whom It May Concern,

I am writing this letter on behalf of Dr. Kanayama. A brief history, my daughter has been afflicted with this dreadful condition and has been suffering daily for months. We had seen numerous Gynecologists and other so called specialists for a diagnosis of this condition. She was living with severe pain and we decided to seek a surgical remedy. We thought we had gone to a surgeon with experience and who would be able to remedy this condition, however, she was unable to do much. Post Op she had told me this was way beyond her area of expertise and we should seek out another surgeon with more experience treating endometriosis. Through much research we came upon Dr. Kanayama.

This time I did my homework. We read numerous scholarly articles written by Dr. Kanayama and I became more confident that we had finally found the right person! My wife and daughter arranged a consultation with Dr. Kanayama and came away feeling very well educated and optimistic that he could offer hope of living a normal life pain free and most importantly being able to become pregnant in the future. Dr. Kanayama offers women a chance to live a normal pain free life through his many years of research and dedication to this condition that effects thousands of women all across the globe.

Unfortunately, this is a condition that appears to be on the back burner and is not recognized by the medical community. We need more dedicated physicians like Dr. Kanayama who deserves many accolades for the valuable work he does in treating endometriosis.

Sincerely,

Dr. Perry H. Lerner

**GREENWICH ANESTHESIOLOGY ASSOCIATES, P.C.**
P. O. BOX 772
GREENWICH, CONN. 06836
TELEPHONE (203) 863-3364
FAX (203) 863-3391

8/30/17

To Whom it may concern,

I am writing this letter in support of Dr. Masahide Kanayama. I have known Masahide for over 19 years and we have been working together since then. Over the years, Masahide has developed a specialized practice focusing on the diagnosis and treatment of endometriosis. As an anesthesiologist myself, he has taught me many of the finer points in treating endometriosis.

Masahide's patients literally come from all over the world; Europe, Asia, South America and Australia. The reason for his success and popularity in the endometriosis world is because he takes the time to educate his patients. He also takes the time to skillfully excise the endometriosis instead of just cauterizing it or placing the patient on hormone therapy like most other gynecologic surgeons I work with often do.

On a personal level, I have trusted Masahide with my own daughter who, at the age of 19, already had stage 3 endometriosis. Needless to say, even my daughter sings his praises. "Dr. K is great!", she told me as we were driving home from her surgery!

In conclusion, I see Dr. Kanayama as one of the pre-eminent endometriosis surgeons in the United States. There is no one else I would send a friend or loved one, and coming from an anesthesiologist, that speaks volumes.

Should you have any questions, please feel free to contact me.

Respectfully,

Alfonso Tagliavia MD
President
Greenwich Anesthesiology Associates P.C.

# EXHIBIT C

To the Social History Report

For Exhibit C "Testimonals", please refer to the main exhibits for Dr. Kanyama's Petition and Memorandum of Law, Exhibit 4.

# EXHIBIT D

To the Social History Report

**Dr. Masahide Kanayama on Website Visitors by Geographic Location**



0072

# EXHIBIT E

To the Social HIstory Report



**NEWSMAX ARTICLE**
**giving Dr. Kanayama's New York Endometriosis Center a ranking of #1 in the"Top Ten Treatment Centers of Endometriosis:**


## "1. The New York Endometriosis Center, which is one of the leading endometriosis treatment and gynecologic surger centers in the world with offices in New York and Greenwich."

http://www.newsmax.com/t/newsmax/article/388052

**JAPANESE NEWSPAPER ARTICLE**
**Profiling Dr.Kanayama as one of the world's leading endometriosis specialists**





# 企業概況ニュース

UJP NEWS　人と人を結ぶビジネス情報紙　for Japanese Executives

September 1, 2017 Vol. 220

おかげさまで32周年

9月から試験放送開始予定　illl careers!!

www.ujp.jp
最新デジタル版ダウンロード
www.ujpdb.com

さくら RADIO



もうやめよう
あのメール
あのファイル
どこいった

kintone
www.kintone.com.jp

## 海外在留邦人の実態

# 海外に住む日本人の総数 約50年間で最多記録を更新

外務省が実施した「** 海外在留邦人実態調査」で2016年10月1日時点において、海外に在留した邦人総数は133万8,477人、前年に比べて2万1,399人（約1.6%）増加した。同統計が始まった1968年（昭和43年）以降、過去最多の人数を更新した。

** 在外公館に提出されている「在留届」を基礎資料として算出。

### 3年間の在外公館別在留邦人数推移

| 在外公館 | 2016 (前年比) | 2015 (前年比) | 2014 (前年比) |
|---|---|---|---|
| 1　在ロサンゼルス総領事館（アリゾナ州、カリフォルニア州のロサンゼルス、オレンジ、サンディエゴ、インペリアル、リバーサイド、サンバーナディノ、ベンチュラ、サンタバーバラ及びサンルイスオビスポの各郡） | 93,642 (-1.5%) | 95,052 (-1.1%) | 96,135 (-1.5%) |
| 2　在ニューヨーク総領事館（コネティカット州フェアフィールド郡、ニューヨーク州、ニュージャージー州、ペンシルベニア州、デラウェア州、ウエストバージニア州、プエルトリコ、バージン諸島） | 83,313 (-3.1%) | 86,045 (-4.0%) | 89,620 (-4.1%) |
| 3　在サンフランシスコ総領事館（ネバダ州、カリフォルニア州（在ロサンゼルス総領事館の管轄区域を除く）） | 44,864 (+0.6%) | 44,616 (+2.7%) | 43,450 (+3.5%) |
| 4　在シカゴ総領事館（インディアナ州、イリノイ州、ウィスコンシン州、ミネソタ州、オハイオ州、ミズーリ州、ノースダコタ州、サウスダコタ州、ネブラスカ州、カンザス州） | 33,502 (+0.5%) | 33,320 (-0.1%) | 33,362 (+3.3%) |
| 5　在デトロイト総領事館（ミシガン州、オハイオ州） | 27,064 (+3.6%) | 26,132 (+1.5%) | 25,735 (+0.5%) |
| 6　在アトランタ総領事館（ノースカロライナ州、サウスカロライナ州、ジョージア州、アラバマ州） | 27,064 (+3.6%) | 20,242 (-26.1%) | 27,381 (+12.8%) |
| 7　在米国大使館（コロンビア特別区（ワシントンDC）、バージニア州、メリーランド州） | 15,357 (+1.9%) | 53,330 (-5.6) | 53,330 (-5.6) |
| 8　在ボストン総領事館（メイン州、ニューハンプシャー州、バーモント州、マサチューセッツ州、ロードアイランド州、コネティカット州（ニューヨーク総領事館の管轄区域を除く）） | 19,124 (-1.3%) | 19,375 (-0.5%) | 19,482 (-2.5%) |
| 9　在シアトル総領事館（ワシントン州、モンタナ州、アイダホ州のアイダホ郡以北の地域） | 14,203 (+6.8%) | 13,297 (+4.2%) | 12,760 (-2.0%) |
| 10　在ナッシュビル総領事館（テネシー州、ミシッピ州、アーカンソー州、ルイジアナ州、ケンタッキー州） | 11,258 (+2.9%) | 10,941 (-4.0%) | 11,397 (+5.6%) |
| 11　在ヒューストン総領事館（テキサス州、オクラホマ州） | 10,371 (+7.6%) | 9,640 (+10.0%) | 8764 (+7.2%) |
| 12　在マイアミ総領事館（フロリダ州） | 10,012 (+3.8%) | 9,647 (+2.8%) | 9,381 (+1.4%) |
| 13　在デンバー総領事館（ワイオミング州、コロラド州、ユタ州、ニューメキシコ州） | 8,569 (+12.8%) | 7,600 (-2.6%) | 7,802 (+3.0%) |
| 14　在ポートランド領事事務所 | 7,100 (+4.9%) | 6,767 (+0.2%) | 6,753 (+1.1%) |

DR MASAHIDE KANAYAMA
DR MASAHIDE KANAYAMA, NEW YORK ENDOMETR
AUTO"5-DIGIT 10022
154 E 55TH ST FL 5
NEW YORK NY
10022-4561

U.S. Japan Publication N.Y., Inc.
147 W 35th Street, Suite 1705,
New York, NY 10001
Tel. (212) 262-8833
Fax. (212) 262-8838
Email: mail@ujp.com

## 米国が全体の3割。その後を次ぐ中国は減少

海外在留邦人の総数216万人、西欧に約29万6,000人。その次が北米の約49万1,000人で、全体の割合を含め、北米が最も大きな割合を占め、全体の約37%。その次が西欧の約29%、その次がアジアの約16万...

...216万人、これら3つの地域が全体の8割を占めており、前年比は、約16%...

国別にみると、米国が約42万...米国が最も多く、全体の約31.7%（13万...後を次ぐ中国が約111...）。中国が約33%（42万...）、オーストラリアが...

...国別にいると、米国が約53万7,000人（7万3,000人）、タイが約7万人...（8,000...）...

...約16.9%（9万2,000人）、カナダが約7万7,174人、英国が約6万7,000人（1万4,000人）、ブラジルが約4.0%（29面に続く）

### 北米・中南米で展開する日本企業のビジネスを支える

# 先進多彩なICTソリューション

1990年の創業以来、多彩なICTソリューションで、1000社以上の在米日系企業のお手伝いをしてきました。今日まで培ってきた高い技術力と想像力で、システムの設計、構築から運用保守まで、トータルのITサポートをご提供いたします。

| システムインテグレーション | ビジネスソリューション | カスタマーサポート | クラウドソリューション |

SYSCOM



www.919usacom
全米で的確な人材提供サービスを提供
Excellent Human Resource Solutions
QUICK USA, inc.

在米日系企業向けERP導入実績No.1!
クラウド型ERPなら
LA：310-532-5000
NY：212-804-7650
CH：847-397-5800
Microsoft Dynamics
CALSOFT SYSTEMS
http://www.calsoft.com/

# EXHIBIT F

To the Social History Report

# Anoint

Dictionaries - Baker's Evangelical Dictionary of Biblical Theology - Anoint

## Anoint [E]

To smear or rub with oil or perfume for either private or religious purposes. The Hebrew term for "anoint, " masah [מָשַׁח], has secular connotations, such as rubbing a shield with oil ( Isa 21:5 ), smearing paint on a house ( Jer 22:14 ), or anointing the body with oil ( Am 6:6 ). The theological meaning of masah [מָשַׁח] is fourfold. First, an individual or object set apart for divine use is said to be "anointed." Solomon was anointed ruler over Israel ( 1 Ch 29:22 ); this anointing made him both responsible for and accountable to the people. Anointed kings sometimes failed in their tasks, and were reminded of their accountability ( 1 Sam 15:17 ; 2 Sam 12:7 ). Second, when people were anointed, God empowered them to accomplish his tasks ( 1 Sam 10:6 ; 16:13 ). Third, no one was allowed to harm God's anointed ( 1 Sam 24:10 ; 26:9 ). Finally, the term mashiyach [מָשִׁיחַ] derived from masah [מָשַׁח], refers to Israel's Messiah who was to come from the house of David ( Psalm 84:9 ; Psalms 89:38 Psalms 89:51 ). In the New Testament, Christ is portrayed as the Messiah. Jesus is the promised deliverer ( John 1:41 ; 4:25 ), anointed with the Holy Spirit and with power ( Ac 10:38 ).

Louis Goldberg

See also Jesus Christ, Name and Titles of; Messiah

Bibliography. H. L. Ellison, The Centrality of the Messianic Idea for the Old Testament; V. P. Hamilton, TWOT, 1:1255-56; J. B. Payne, Theology of the Older Testament.

Baker's Evangelical Dictionary of Biblical Theology. Edited by Walter A. Elwell.

Copyright © 1996 by Walter A. Elwell. Published by Baker Books, a division of

Baker Book House Company, Grand Rapids, Michigan USA.

All rights reserved. Used by permission.

For usage information, please read the Baker Book House Copyright Statement.

[E] indicates this entry was also found in Easton's Bible Dictionary

---

**Bibliography Information**

Elwell, Walter A. "Entry for 'Anoint'". "Evangelical Dictionary of Theology". . 1997.

Dictionaries - Easton's Bible Dictionary - Anoint

## Anoint [B]

The practice of anointing with perfumed oil was common among the Hebrews.

- The act of anointing was significant of consecration to a holy or sacred use; hence the anointing of the high priest ( Exodus 29:29 ; Leviticus 4:3 ) and of the sacred vessels ( Exodus 30:26 ). The high priest and the king are thus called "the anointed" ( Leviticus 4:3 Leviticus 4:5 Leviticus 4:16 ; 6:20 ; Psalms 132:10 ). Anointing a king was equivalent to crowning him ( 1 Samuel 16:13 ; 2 Sam 2:4 , etc.). Prophets were also anointed ( 1 Kings 19:16 ; 1 Chronicles 16:22 ; Psalms 105:15 ). The expression, "anoint the shield" ( Isaiah 21:5 ), refers to the custom of rubbing oil on the leather of the shield so as to make it supple and fit for use in war.

- Anointing was also an act of hospitality ( Luke 7:38 Luke 7:46 ). It was the custom of the Jews in like manner to anoint themselves with oil, as a means of refreshing or invigorating their bodies ( Deuteronomy 28:40 ; Ruth 3:3 ; 2 Sam 14:2 ; Psalms

104:15 , etc.). This custom is continued among the Arabians to the present day.

- Oil was used also for medicinal purposes. It was applied to the sick, and also to wounds ( Psalms 109:18 ; Isaiah 1:6 ; Mark 6:13 ; James 5:14 ).

- The bodies of the dead were sometimes anointed ( Mark 14:8 ; Luke 23:56 ).

- The promised Deliverer is twice called the "Anointed" or Messiah ( Psalms 2:2 ; Daniel 9:25 Daniel 9:26 ), because he was anointed with the Holy Ghost ( Isaiah 61:1 ), figuratively styled the "oil of gladness" ( Psalms 45:7 ; Hebrews 1:9 ). Jesus of Nazareth is this anointed One ( John 1:41 ; Acts 9:22 ; Acts 17:2 Acts 17:3 ; Acts 18:5 Acts 18:28 ), the Messiah of the Old Testament.

These dictionary topics are from

M.G. Easton M.A., D.D., Illustrated Bible Dictionary, Third Edition,

published by Thomas Nelson, 1897. Public Domain, copy freely.

---

[B] indicates this entry was also found in Baker's Evangelical Dictionary

---

**Bibliography Information**

Easton, Matthew George. "Entry for Anoint". "Easton's Bible Dictionary". .

Dictionaries - King James Dictionary - Anoint

# Anoint

> To rub in; rub on.
>
> Because thou sayest, I am rich, and increased with goods, and have need of nothing; and knowest not that thou art wretched, and miserable, and poor, and blind, and naked: I counsel thee to buy of me gold tried in the fire, that thou mayest be rich; and white raiment, that thou mayest be clothed, and that the shame of thy nakedness do not appear; and **ANOINT** thine eyes with eyesalve, that thou mayest see. ( Revelation 3:17-18 )

Source: A King James Dictionary. (Used with permission. Copyright © Philip P. Kapusta)

---

**Bibliography Information**

"Entry for 'Anoint'". A King James Dictionary.

Copyright © 2017, Bible Study Tools. All rights reserved. Article Images Copyright © 2017 JupiterImages Corporation.

0079



# (https://god.net/) ☰

## The Anointing of the Holy Spirit

⌂ (HTTPS://GOD.NET) › GOD (HTTPS://GOD.NET/GOD/) › ARCHIVES (HTTPS://GOD.NET/GOD/ARTICLES/) › THE ANOINTING OF THE HOLY SPIRIT

# The Anointing of the Holy Spirit

You have the anointing of God flowing through you when God's heart touches another person's heart through your heart. The anointing of God is the Holy Spirit. He flows as a river of love, from the throne of grace, through the hearts of believers, bringing life to all that receive His touch.

God anoints people that love Him more than they love their own lives, and that love others as themselves. As we open our hearts to love others God's anointing flows through us. When we close our hearts to others and grieve the Holy Spirit the flow stops.

(1 John 3:17 NKJV) But whoever has this world's goods, and sees his brother in need, and shuts up his heart from him, how does the love of God abide in him?

(Proverbs 4:23 NKJV) Keep your heart with all diligence, For out of it spring the issues of life.

The anointing of the Holy Spirit is given through people to demonstrate God's love and power. Christ means the "Anointed One". Because Christ is in us the same anointing that He had on earth we also have.

0080

(Luke 4:18-19 NKJV) "The Spirit of the LORD is upon Me, Because He has anointed Me To preach the Gospel to the poor; He has sent Me to heal the brokenhearted, To proclaim liberty to the captives And recovery of sight to the blind, To set at liberty those who are oppressed; {19} To proclaim the acceptable year of the LORD."

1. The anointing is given to preach the Gospel to the poor
   2. The anointing is given to heal and restore people
   3. The anointing is given to proclaim freedom to the captives
   4. The anointing is given to open blind eyes
   5. The anointing is given to set people free
   6. The anointing flows in God's timing and proclaims God's timing
2. <u>The anointing is given to preach the Gospel to the poor, to bring the revelation of God's love to those who are seeking.</u>

God's anointing flows to those who are hungry for a touch from His Holy Spirit. The anointing has less to do with the person that it flows through than it does with the person who receives it, and the One who sent it, God Almighty.

(Luke 6:19-20 NKJV) And the whole multitude sought to touch Him, for power went out from Him and healed them all. {20} Then He lifted up His eyes toward His disciples, and said: "Blessed are you poor, For yours is the kingdom of God.

(Matthew 5:3 NKJV) "Blessed are the poor in spirit, For theirs is the kingdom of heaven. *The term poor here is the Greek word, ptochos which carries the implication of being a beggar, in this case a spiritual beggar hungry for the Spirit of God.*

- The anointing can be stifled if the people refuse to receive it from the person that God is sending it through. Things such as pride, envy, bitterness, and unforgiveness against an anointed person can prevent the receiver from accepting it. The anointed person must go to people that can receive it.

(Matthew 13:57-58 NKJV) So they were offended at Him. But Jesus said to them, "A prophet is not without honor except in his own country and in his own house." {58} Now He did not do many mighty works there because of their unbelief.

0081

(Matthew 10:13-14 NKJV) "If the household is worthy, let your peace come upon it. But if it is not worthy, let your peace return to you. {14} "And whoever will not receive you nor hear your words, when you depart from that house or city, shake off the dust from your feet.

  2. <u>The anointing is given to heal and restore people</u>

(Acts 10:36-38 NKJV) "The word which God sent to the children of Israel, preaching peace through Jesus Christ; He is Lord of all; {37} "that word you know, which was proclaimed throughout all Judea, and began from Galilee after the baptism which John preached: {38} "how God anointed Jesus of Nazareth with the Holy Spirit and with power, who went about doing good and healing all who were oppressed by the devil, for God was with Him.

  3. <u>The anointing is given to proclaim freedom to the captives</u>

(2 Timothy 2:24-26 NKJV) And a servant of the Lord must not quarrel but be gentle to all, able to teach, patient, {25} in humility correcting those who are in opposition, if God perhaps will grant them repentance, so that they may know the truth, {26} and that they may come to their senses and escape the snare of the devil, having been taken captive by him to do his will.

  4. <u>The anointing is given to open blind eyes</u>

(2 Corinthians 4:3-4 NKJV) But even if our Gospel is veiled, it is veiled to those who are perishing, {4} whose minds the god of this age has blinded, who do not believe, lest the light of the Gospel of the glory of Christ, who is the image of God, should shine on them.

(Revelation 3:18 NKJV) "I counsel you to buy from Me gold refined in the fire, that you may be rich; and white garments, that you may be clothed, that the shame of your nakedness may not be revealed; and anoint your eyes with eye salve, that you may see.

  5. <u>The anointing is given to set people free</u>

(Isaiah 10:27 NKJV) It shall come to pass in that day That his burden will be taken away from your shoulder, And his yoke from your neck, And the yoke will be destroyed because of the anointing oil.

(John 8:36 NKJV) "Therefore if the Son makes you free, you shall be free indeed.

  6. <u>The anointing flows in God's timing, and also proclaims God's timing</u>

(Ephesians 2:10 NKJV) For we are His workmanship, created in Christ Jesus for good works, which God prepared beforehand that we should walk in them. As we walk in the anointing of God we go where God wills, do what God wills, and say what God wills.

(John 8:28-29 NKJV) Then Jesus said to them, "When you lift up the Son of Man, then you will know that I am He, and that I do nothing of Myself; but as My Father taught Me, I speak these things. {29} "And He who sent Me is with Me. The Father has not left Me alone, for I always do those things that please Him."

- The anointing of the Holy Spirit is a gift from God

(John 4:10 NKJV) Jesus answered and said to her, "If you knew the gift of God, and who it is who says to you, 'Give Me a drink,' you would have asked Him, and He would have given you living water."

(John 4:13-14 NKJV) Jesus answered and said to her, "Whoever drinks of this water will thirst again, {14} "but whoever drinks of the water that I shall give him will never thirst. But the water that I shall give him will become in him a fountain of water springing up into everlasting life."

(John 7:37-39 NKJV) On the last day, that great day of the feast, Jesus stood and cried out, saying, "If anyone thirsts, let him come to Me and drink. {38} "He who believes in Me, as the Scripture has said, out of his heart will flow rivers of living water." {39} But this He spoke concerning the Spirit, whom those believing in Him would receive; for the Holy Spirit was not yet given, because Jesus was not yet glorified.

(2 Corinthians 1:20-22 NKJV) For all the promises of God in Him are Yes, and in Him Amen, to the glory of God through us. {21} Now He who establishes us with you in Christ and has anointed us is God, {22} who also has sealed us and given us the Spirit in our hearts as a guarantee.

- The anointing gives wisdom

(1 John 2:20 NKJV) But you have an anointing from the Holy One, and you know all things.

(1 John 2:27 NKJV) But the anointing which you have received from Him abides in you, and you do not need that anyone teach you; but as the same anointing teaches you concerning all things, and is true, and is not a lie, and just as it has taught you, you will abide in Him.

(Isaiah 11:2 NKJV) The Spirit of the LORD shall rest upon Him, The Spirit of wisdom and understanding, The Spirit of counsel and might, The Spirit of knowledge and of the fear of the LORD.

(Daniel 12:3 NKJV) Those who are wise shall shine Like the brightness of the firmament, And those who turn many to righteousness Like the stars forever and ever.

(Proverbs 11:30 NKJV) The fruit of the righteous is a tree of life, And he who wins souls is wise.

(Psalms 90:12 NKJV) So teach us to number our days, That we may gain a heart of wisdom.

- The anointing is the river of life that flows from the throne through your heart and penetrates other people's hearts

(Psalms 36:7-9 NKJV) How precious is Your lovingkindness, O God! Therefore the children of men put their trust under the shadow of Your wings. {8} They are abundantly satisfied with the fullness of Your house, And You give them drink from the river of Your pleasures. {9} For with You is the fountain of life; In Your light we see light.

(Psalms 46:4 NKJV) There is a river whose streams shall make glad the city of God, The holy place of the tabernacle of the Most High.

(Revelation 21:6 NKJV) And He said to me, "It is done! I am the Alpha and the Omega, the Beginning and the End. I will give of the fountain of the water of life freely to him who thirsts.

(Revelation 22:1-2 NKJV) And he showed me a pure river of water of life, clear as crystal, proceeding from the throne of God and of the Lamb. {2} In the middle of its street, and on either side of the river, was the tree of life, which bore twelve fruits, each tree yielding its fruit every month. The leaves of the tree were for the healing of the nations.

(Revelation 22:17 NKJV) And the Spirit and the bride say, "Come!" And let him who hears say, "Come!" And let him who thirsts come. Whoever desires, let him take the water of life freely.

- As we continue in the river of God's anointing it intensifies until we are carried by it.

(Ezekiel 47:1-10 NKJV) Then he brought me back to the door of the temple; and there was water, flowing from under the threshold of the temple toward the east, for the front of the temple faced east; the water was flowing from under the right side of the temple, south of the altar. {2} He

0084

brought me out by way of the north gate, and led me around on the outside to the outer gateway that faces east; and there was water, running out on the right side. {3} And when the man went out to the east with the line in his hand, he measured one thousand cubits, and he brought me through the waters; the water came up to my ankles. {4} Again he measured one thousand and brought me through the waters; the water came up to my knees. Again he measured one thousand and brought me through; the water came up to my waist. {5} Again he measured one thousand, and it was a river that I could not cross; for the water was too deep, water in which one must swim, a river that could not be crossed. {6} He said to me, "Son of man, have you seen this?" Then he brought me and returned me to the bank of the river. {7} When I returned, there, along the bank of the river, were very many trees on one side and the other. {8} Then he said to me: "This water flows toward the eastern region, goes down into the valley, and enters the sea. When it reaches the sea, its waters are healed. {9} "And it shall be that every living thing that moves, wherever the rivers go, will live. There will be a very great multitude of fish, because these waters go there; for they will be healed, and everything will live wherever the river goes. {10} "It shall be that fishermen will stand by it from En Gedi to En Eglaim; they will be places for spreading their nets. Their fish will be of the same kinds as the fish of the Great Sea, exceedingly many. *Wherever the river goes it brings life. The fish in the above passage represent lost souls; the sea represents the sea of humanity, peoples and nations that need the Gospel message to come through God's anointed people.*

- **The anointing is given to intercede for people**

(Isaiah 59:16-21 NKJV) He saw that there was no man, And wondered that there was no intercessor; Therefore His own arm brought salvation for Him; And His own righteousness, it sustained Him. {17} For He put on righteousness as a breastplate, And a helmet of salvation on His head; He put on the garments of vengeance for clothing, And was clad with zeal as a cloak. {18} According to their deeds, accordingly He will repay, Fury to His adversaries, Recompense to His enemies; The coastlands He will fully repay. {19} So shall they fear The name of the LORD from the west, And His glory from the rising of the sun; When the enemy comes in like a flood, The Spirit of the LORD will lift up a standard against him. {20} "The Redeemer will come to Zion, And to those who turn from transgression in Jacob," Says the LORD. {21} "As for Me," says the LORD, "this is My covenant with them: My Spirit who is upon you, and My words which I have put in your mouth, shall not depart from your mouth, nor from the mouth of your descendants, nor from the mouth of your descendants' descendants," says the LORD, "from this time and forevermore." (Isaiah 60:1-2 NKJV) Arise, shine; For your light has come! And the glory of the LORD is risen upon you. {2} For behold, the darkness shall cover the earth, And deep darkness the people; But the LORD will arise over you, And His glory will be seen upon you.

- The free flowing anointing of God's love brings joy to God and that joy is felt by the person He flows through. Love is the joy we get from God when we put His benefit and the benefit of another person before our own.

(Psalms 45:3-7 NKJV) Gird Your sword upon Your thigh, O Mighty One, With Your glory and Your majesty. {4} And in Your majesty ride prosperously because of truth, humility, and righteousness; And Your right hand shall teach You awesome things. {5} Your arrows are sharp in the heart of the King's enemies; The peoples fall under You. {6} Your throne, O God, is forever and ever; A scepter of righteousness is the scepter of Your kingdom. {7} You love righteousness and hate wickedness; Therefore God, Your God, has anointed You With the oil of gladness more than Your companions.

(Isaiah 58:6-12 NKJV) "Is this not the fast that I have chosen: To loose the bonds of wickedness, To undo the heavy burdens, To let the oppressed go free, And that you break every yoke? {7} Is it not to share your bread with the hungry, And that you bring to your house the poor who are cast out; When you see the naked, that you cover him, And not hide yourself from your own flesh? {8} Then your light shall break forth like the morning, Your healing shall spring forth speedily, And your righteousness shall go before you; The glory of the LORD shall be your rear guard. {9} Then you shall call, and the LORD will answer; You shall cry, and He will say, 'Here I am.' "If you take away the yoke from your midst, The pointing of the finger, and speaking wickedness, {10} If you extend your soul to the hungry And satisfy the afflicted soul, Then your light shall dawn in the darkness, And your darkness shall be as the noonday. {11} The LORD will guide you continually, And satisfy your soul in drought, And strengthen your bones; You shall be like a watered garden, And like a spring of water, whose waters do not fail. {12} Those from among you Shall build the old waste places; You shall raise up the foundations of many generations; And you shall be called the Repairer of the Breach, The Restorer of Streets to Dwell In.

- Although there is great pleasure and joy in the anointing, because it is the presence of God, we are not to seek the joy, we are to seek God, and the benefit of others, the joy is a natural result of these things. The anointing is not given for the vessel it flows through; it is given for the one it flows to.

(Psalms 16:11 NKJV) You will show me the path of life; In Your presence is fullness of joy; At Your right hand are pleasures forevermore.

(James 4:3 NKJV) You ask and do not receive, because you ask amiss, that you may spend it on your pleasures.

- Everyone in the body of Christ is anointed with the Holy Spirit, and we all need to give from God's anointing to each other, and we all need to be able to receive the anointing that comes through other Christians.

(1 Corinthians 12:4-12 NKJV) There are diversities of gifts, but the same Spirit. {5} There are differences of ministries, but the same Lord. {6} And there are diversities of activities, but it is the same God who works all in all. {7} But the manifestation of the Spirit is given to each one for the profit of all: {8} for to one is given the word of wisdom through the Spirit, to another the word of knowledge through the same Spirit, {9} to another faith by the same Spirit, to another gifts of healings by the same Spirit, {10} to another the working of miracles, to another prophecy, to another discerning of spirits, to another different kinds of tongues, to another the interpretation of tongues. {11} But one and the same Spirit works all these things, distributing to each one individually as He wills. {12} For as the body is one and has many members, but all the members of that one body, being many, are one body, so also is Christ.

(Ephesians 4:11-16 NKJV) And He Himself gave some to be apostles, some prophets, some evangelists, and some pastors and teachers, {12} for the equipping of the saints for the work of ministry, for the edifying of the body of Christ, {13} till we all come to the unity of the faith and of the knowledge of the Son of God, to a perfect man, to the measure of the stature of the fullness of Christ; {14} that we should no longer be children, tossed to and fro and carried about with every wind of doctrine, by the trickery of men, in the cunning craftiness of deceitful plotting, {15} but, speaking the truth in love, may grow up in all things into Him who is the head; Christ; {16} from whom the whole body, joined and knit together by what every joint supplies, according to the effective working by which every part does its share, causes growth of the body for the edifying of itself in love.

- The anointing is sacred, the anointing is the Holy Spirit, and all believers in Christ have the anointing of the Holy Spirit. We must be careful what we say about our brothers and sisters in Christ.

(Matthew 12:31 NKJV) "Therefore I say to you, every sin and blasphemy will be forgiven men, but the blasphemy against the Spirit will not be forgiven men.

(1 Chronicles 16:22-24 NKJV) Saying, "Do not touch My anointed ones, And do My prophets no harm." {23} Sing to the LORD, all the earth; Proclaim the good news of His salvation from day to day. {24} Declare His glory among the nations, His wonders among all peoples.

🔍 Search

# Bible Quote

> "*They answered and said to Him, "Abraham is our father." Jesus said to them, "If you were Abraham's children, you would do the works of Abraham. But now you seek to kill Me, a Man who has told you the truth which I heard from God. Abraham did not do this."    "*
>
> *Source: Holy Bible (John 8:39-40 NKJV)*

# Subscribe

**Subscribe to be informed about new articles and important updates**

**\* indicates required**

**Email Address \***

[                    ]

**First Name**

[                    ]

**Last Name**

[                    ]

[ **Subscribe** ]

# Recent Articles

**Your Ultimate Purpose 3 – The New You (https://god.net/articles/your-ultimate-purpose-3-the-new-you/)**

**Your Ultimate Purpose 2 – Receiving from God (https://god.net/articles/your-ultimate-purpose-2-receiving-from-god/)**

**Your Ultimate Purpose 1 – To be One with God (https://god.net/articles/your-ultimate-purpose-1-to-be-one-with-god/)**



**(https://www.facebook.com/SeekGod.net/107146076**

*The glory of God is the manifestation and revelation of His holy love*

*© Copyright 2017 SEEK GOD MINISTRIES, All Rights Reserved*

"Anointing with Oil – in the Bible and Today" - taken from www.helpforchristians.co.uk
Copyright: John Richards/Renewal Servicing 2002, but waived for users of the above web-site.

# ANOINTING with Oil – in the Bible and Today

**Outline –**

**I. Introduction**

**II. Oil & Anointing in Scripture**
    **1) Oil – its Everyday Uses**
    **2) Oil – for Life!**
    **3) Oil – its Special Uses**
    **4) Anointing the King**
    **5) God's Anointed One**
    **6) God's Anointed People**
    **7) God's Anointing Spirit**
    **8) Anointing the Sick**

**III.  Ministering & Receiving Anointing Today**
    **1) Background**
    **2) The Context**
    **3) Essential meaning**
    **4) The Church**
    **5) The Ministers**
    **6) The Sick**
    **7) The Situations**
    **8) The Forms**
    **9) The Oil**
    **10) The Anointing**
    **11) The Prayers**
    **12) The Outcomes**

**IV.  Conclusion**

0090

"**Anointing with Oil – in the Bible and Today**" - taken from **www.helpforchristians.co.uk**
Copyright: John Richards/Renewal Servicing 2002, but waived for users of the above **web-site**.

## Part I – Introduction

There are two main sorts of 'anointing':
- spiritual anointing with God's Spirit and
- physical anointing with oil.

I shall deal with them together because they often go together, and each throws light on the other.  Both are of increasing interest among Christians today, especially among those who are rediscovering the importance of the Holy Spirit and/or those who want to deepen and enrich their expressions of the Church's Healing Ministry on Biblical principles.

Don't jump ahead to find out what to do, because what Christian anointing means comes first.  In other words the **'What?'** comes before the **'How?'.**  We need first to outline the uses of oil in the Bible and the meaning of anointing.

"Anointing with Oil – in the Bible and Today" - taken from www.helpforchristians.co.uk
Copyright: John Richards/Renewal Servicing 2002, but waived for users of the above web-site.

# Part II - Oil & Anointing in Scripture

## 1) Oil  - Its everyday uses in Scripture

Although society is nowadays very dependent on oil, we don't come across it in a very personal way.

In Bible times it was quite different. Canaan was the **land of olives** and oils flowed richly in the lives of those who lived there. Jesus's parable of the steward has a man who owed a hundred jugs of it! [Luke 16:6] In everyday life it was used for the following five things –

- Washing

 A well known example is Jesus's teaching that we should not let others know when we are fasting. **'But when you fast put oil on your head and wash your face, so that your fasting may be seen not by others…'**

> [Matthew 6:17-18.
> When Jesus was being hosted by Simon the Pharisee, a woman anointed his feet.  He turned to Simon and mentioned three things that he had omitted to do for him – his honoured guest: no water, no kiss, no anointing.  So Luke 7:46 reads **'You did not anoint my head with oil, but she has anointed my feet with ointment.'**
> The context suggests that it was a kind act of refreshment in a sunny climate where skin dried quickly.  Perhaps today's equivalent is the Eau de Cologne impregnated 'hot towel' that airlines use to pamper their First Class passengers!
> See also Psalm 104:15.]

- Medicine

A familiar example comes in Jesus's parable of the Good Samaritan. **'He went to him and bandaged his wounds, having poured oil and wine on them'.** The oil was for softening the wound and wine was used as an antiseptic.

> [Luke 10:34.
> When the Psalmist sings (23:5): **you anoint my head with oil**, its literal basis lies in a shepherd's use of oil for his injured sheep.]

- Cooking

The widow of Zarephath admits to Elijah: **'I have nothing baked, only a handful of meal in a jar, and a little oil in a jug.  I am now gathering a couple of sticks, so that I may go home and prepare it for my son, that we may eat it…'**

> [I Kings 17:12.  See also Ezekiel 16:13.
> The Lord promised that the **jug of oil would not fail** until he sent rain years later (17:14). This prefigured the new life by which God would raise her son. This Old Testament incident compares interestingly with Jesus's miracle at Cana (John 2:1-11), where wine is a symbol of new life.]

0092

- Lighting

Jesus's parable of the wise and foolish bridesmaids is based on oil.
**'When the foolish took their lamps, they took no oil with them; but the wise took flasks of oil…'**
> [Matthew 25:3-4 See also Exodus 25:6]

- Trade

Hosea complains about the tribe of Ephraim –
**'…they make a treaty with Assyria, and oil is carried to Egypt.'**
> [Hosea 12:1. See also 1 Kings 5:10-11]

## 2) Oil in Scripture – for Life!

Oil was valued so much for its positive contribution to life that it became a symbol of the good life, not of sadness, but of gladness! So in Isaiah we read -
The spirit of the Lord God is upon me,
because the Lord has anointed me;
he has sent me…
…to comfort those who mourn in Zion –
to give them a garland instead of ashes,
the oil of gladness instead of mourning,
the mantle of praise instead of a faint spirit.
> [Isaiah 61:1-3 (Verses 1 and 2 were read by Our Lord in the Synagogue, see section e).
> Luke 4:18-19)]

Oil was frequently linked with wine in Scripture, that other symbol of joy and life. **Wine and oil** become synonymous with pleasure.
> [e.g. **Whoever loves pleasure will suffer want;**
> **whoever loves wine and oil will not be rich.** Proverbs 21:17
> Note that in Hebrew poetry the second line is often parallel in thought to the first, so in these two lines, '**pleasure**' and '**wine and oil**' are, in fact, equated**.**]

**The important thing to grasp is that oil is, essentially, not about sickness or death, but about blessing and LIFE!**
The Jews did not anoint mourners: oil was not for funerals, but parties!  It is hardly surprising that something so basic to life joined such things as water, bread and wine, as a rich and ready symbol.

The use of oil is mentioned over 200 times in Scripture, but half of the references concern its special usages.

0093
"Anointing with Oil – in the Bible and Today" - taken from www.helpforchristians.co.uk
Copyright: John Richards/Renewal Servicing 2002, but waived for users of the above web-site.

### 3) Oil in Scripture - its Special Uses

The special use of oil was to indicate that he/she/it was **God's choice**. It indicated primarily that God was consecrating someone or something for his chosen use.

In the Old Testament the Israelites indicated this by anointing with special oil.  The importance of this holy oil was such that it was a criminal offence to compound such oil for a common purpose.

> [See Exodus 30:31-32 [The Lord said] '**This shall be my holy anointing-oil throughout your generations.  It shall not be used in the ordinary anointing of the body…it is holy, and it shall be holy to you.'**]

Objects that were specially anointed were –
*   Items used in worshipping God (**tabernacle and its furnishings**)
    [Exodus 30:22-29, 40:9-11  The first passage shows also how the oil was made.]
*   Items used in fighting for God (**shields**)
    [e.g. 2 Samuel, 1:21, Isaiah 21:5.]

People who were specially anointed were -
*   People chosen by God to speak for him (**Prophets**)
    [I Kings 19:16b]
*   People chosen to lead the worship of God (**Priests**)
    [Exodus 28:40-41]
*   People chosen by God to lead his people (**Kings**)
    [e.g. David in 2 Samuel 2:4, Solomon in 1 Kings 1:34, 39]

The following story comes from II Kings 9 and shows the importance and meaning of anointing.

### 4) Oil in Scripture – Anointing the King

Elisha sent one of his men with oil to Jehu to pour it on his head and anoint him King. The fellow arrived and extracted Jehu from his military staff meeting. On his return the generals asked Jehu 'Why did that madman come to you?'

Jehu stalled! '**You know the sort and how they babble.**' But they persisted: '**Liar! Come on, tell us!**'

So he said, 'This is what he said to me, "Thus says the Lord, I anoint you king over Israel."'
*   The generals then ignored the one who had done the anointing.
*   Their low opinion of him was no longer relevant.
*   They threw down their garments in homage (as the Palm Sunday crowd did to Jesus).
*   Blew trumpets.
*   Proclaimed Jehu **King.**
    [See 2 Kings 9, esp. vv.1-6 and 11-13]

Since it was **God who had acted** it was not a matter of debate!

0094
"**Anointing with Oil – in the Bible and Today**" - taken from <u>**www.helpforchristians.co.uk**</u>
Copyright: John Richards/Renewal Servicing 2002, but waived for users of the above **web-site**.

When Samuel anointed the first King, Saul, he made it quite clear that the anointing did not come from himself, but from God .
Samuel took a phial of oil and poured it on his head, and kissed him; he said.  'The Lord has anointed you ruler over his people Israel…'
　　　[I Samuel 10:1.]


As this article is first appearing in the Jubilee Year of Queen Elizabeth, it may be interesting to some readers to be reminded that an anointing – based on Biblical practice – forms part of the Coronation Service.
Note that first a hymn was sung for the coming of the Holy Spirit.  This included the words -
Thou the anointing Spirit art,
Who dost Thy sevenfold gifts impart.
Thy blessed unction from above,
[ 'Unction' is a word less used than it was and is simply an alternative to the word 'anointing'.]
Is comfort, life, and fire of love…
Then followed a prayer –
O LORD and heavenly Father, the exhalter of the humble and the strength of thy chosen, who by anointing with Oil didst of old make and consecrate kings, priests and prophets, to teach and govern thy people Israel:  Bless and sanctify thy chosen servant, …
While the choir sang Handel's musical version of 1 Kings 1:39-40 **Zadok the priest and Nathan the prophet anointed Solomon King…**
Elizabeth, with her outer robes removed, knelt, and was anointed:
'Be thy Hands anointed with holy Oil.
Be thy Breast anointed with holy Oil.
Be thy Head anointed with holy Oil: as kings, priests and prophets were anointed…'
'Our Lord Jesus Christ, the Son of God, who by his Father was anointed with the Oil of gladness above his fellows, by his holy Anointing pour down upon your Head and Heart the blessing of the Holy Ghost, and prosper the works of your Hands…'
　　　[Details from Coronation of Her Majesty Queen Elizabeth II, Novello, 1953.]


My Hymn for the Jubilee contains this verse about the Queen:


　　Spirit, at her Coronation, through anointing you outpoured
　　 many holy gifts and graces for her work, at home, abroad.
　　Day by day, inspire, equip her for her service of the Lord.


　　[Full text available in the HYMNS section of the website.]


The close link with the coming of the Holy Spirit was nothing new: in Biblical times it was so.
**So Samuel took the horn of oil, and anointed him in the presence of his brothers; and the spirit of the Lord came mightily upon David from that day forward.**
　　　[I Samuel 16:13.  See also Isaiah 61:1 quoted in the next section]

"**Anointing with Oil – in the Bible and Today**" - taken from www.helpforchristians.co.uk
Copyright: John Richards/Renewal Servicing 2002, but waived for users of the above **web-site**.

The King was seen to have a unique spiritual role for the nation was intended to be God-ruled, not King-ruled.

> [Monarchy is King-ruled; democracy is people-ruled.  Israel was, strictly speaking, a theocracy – that is to say God-ruled.]

As the King was the Anointed One par excellence, he became known simply as **the Anointed.**
So the Psalmist sings:
Great triumphs he gives to his king
and shows steadfast love to his anointed,
to David and to his descendants forever.

> [Psalm 18:50.  Note that the structure of Hebrew verse means that **his king = his anointed.** ]

## 5) God's Anointed One

In the Hebrew Old Testament the word for **Anointed** was **Messiah.**
When, over a century before Christ, the Hebrew Old Testament was translated into Greek (into what would, later, be the language of the New Testament) the word they regularly used to translate the Hebrew word **Messiah** was the Greek word '**Christos'!**

While most Jews still await the coming of the Messiah, Christians believe that he came in the person of Jesus. At the start of his ministry Jesus claimed for himself Isaiah's words
'The Spirit of the Lord is upon me,
because he has anointed me
to bring good news to the poor.
He has sent me to proclaim release to the captives
and recovery of sight to the blind,
to let the oppressed go free,
to proclaim the year of the Lord's favour.'

…Then he began to say to them,
'Today this scripture has been fulfilled in your hearing.'
In other words, Jesus says – I am the Christ/Messiah/Anointed!

> [Luke 4:18-19, 21.]

Simon Peter was the first to recognise who Jesus of Nazareth really was **You are the Messiah/ Christ** (Mark 8:29) Because both titles mean exactly the same – the **Anointed One –** Bible translators have to opt for either **Christ** or **Messiah.**

> [They are pretty equally divided, with more recent translations tending to opt for **Messiah** for this verse. Thus –
> **Christ** comes in the King James Version, Revised Standard Version, New Century Version, New International Version, New American Standard, New King James Version and J.B.Phillips.
> **Messiah** is the choice of New English Bible, New American Bible, Today's English Version, New Revised Standard Version and William Barclay.]