## AFFIRMATION OF TOSHIMITSU TAKAESU

I, **TOSHIMITSU TAKAESU**, being duly sworn depose and say:

1.    I am an attorney duly licensed to practice law in Japan. My Japan Federation of Bar Association number is 15423. I am also admitted to practice law as a Foreign Law Consultant in the State of Washington. My Washington State Bar Association number is 23544. I have been a practicing attorney for more than 50 years.

2.    I received my law degree from the Chuo University School of Law in 1957. I also earned an LLM degree from the Tulane University School of Law 1968. For more than 20 years, from 1958-1978, I was a prosecutor in Okinawa and served as the Chief Liaison Prosecutor in the Naha Public Prosecutor's Office. Since 1978, when I left government service, I have maintained a law practice focusing on criminal defense.

3.    I affirm under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following statements are true to the best of my understanding and belief. The statements made herein are of my own personal knowledge unless otherwise indicated.

4.    I make this affirmation regarding the request for extradition filed in the United States District Court for the Southern District of New York in which the Japanese government is seeking the extradition of Dr. Masahide Kanayama. Since June 5, 2015, I have been Dr. Kanayama's attorney representing him in Japan regarding the facts that give rise to Japan's request for Dr. Kanayama's

extradition. I submit this affirmation to further amplify my prior declaration to this honorable Court and to re-affirm the truth of all that I said in my declaration. I also write to refute certain new allegations made by the representatives of the government of Japan in response to my declaration.

5.   As part of my representation of Dr. Kanayama, I visited the Shinshoji Temple and Katori Shrine on July 11, 2017. I also had several telephone conversations following my July 11th meeting. On July 11, 2017, I met with Mr. Yoichi Kiyosu (General Affairs Manager of the Sinshoji Temple) and Mr. Isamu Terauchi (Property Manager of the Sinshoji Temple). My purpose in meeting with these men was to view the location of the alleged incident and to discuss a possible civil settlement involving the claim of damage to the site.

6.   Specifically, since I represent Dr. Kanayama in Japan only, I met with these gentlemen as part of the normal process in Japan of representing a suspect under investigation by Japanese authorities, particularly where the conduct attributed to the client involved a financial loss. Consistent with my ethical responsibilities as an attorney I met with these men to try to resolve a case between the parties without court intervention.

7.   *At no time did I ever admit or acknowledge in any way to anyone (either those at the Temple or the Shrine) that Dr. Kanayama was involved in these incidents.* As an attorney who practices criminal law in Japan for more than five decades I know better than to do that; more importantly, I would *never* admit that Dr. Kanayama perpetrated this offense because I have no knowledge whatsoever that he did such a thing. To the contrary, I stated

specifically that Dr. Kanayama had <u>not</u> committed alleged offense. My purpose was to try to resolve what appeared to me to be a solvable problem on behalf of a client who was looking to remove himself from the legal morass in which he now finds himself. My offer of settlement was declined.

8.  Subsequently, I asked the Temple officials to take me to the gate so that I could see for myself the claimed damage to the three pillars located on the east side of the gate. I was told by one of the gentlemen (I do not recall which one said it but both of them were together and within hearing of each other) that there was no longer any stain – that the stain had disappeared naturally over time. I looked at the spot where they showed me where the stains had been – in particular, on the middle of the three columns on the right-hand side, as one would enter the Shrine from the street – and I could observe that there was no stain. It was the same place where the Japanese police had made a photograph of them pointing to a small (4 cm) mark on the middle pole of the gate into the Shinshoji Temple.

9.  The gentlemen from the Temple also showed me the first and third columns of the gate where the damage was alleged to have occurred and I could see, as with the middle column, that there was no stain. I later returned with a professional photographer, Koji Uchida of Azabu Co., who took photographs of the three columns described above.

10. I have since reviewed Mr. Uchida's photographs and they depict exactly what I saw: that none of the three columns have on them any oily-substance stain or other similar damage. It is my understanding that these photographs, along

with others, have been submitted to the court in New York as evidence that the columns at the gate of the Shinshoji Temple have not been damaged.

11.    Later that same day I met with Mr. Kazuhiro Sagawa of the Katori Shrine. He is the person responsible for oversight of the Shrine. As with the two gentlemen from the Temple, my offer of a civil settlement was declined. However, I did have a lengthy conversation with Mr. Sagawa and I herewith re-affirm all that I said previously in my declaration submitted to your Honor in Dr. Kanayama's primary submission (*see* paragraphs 11-13, at 4-5).

12.    In short, Mr. Sagawa told me that the Shrine had suffered no damage or loss and that all of the stains initially observed on the steps, posts and offering box in front of the Shrine had disappeared naturally. They can no longer be seen because they no longer exist. Specifically, as I stated previously stated, Mr. Sagawa told me that the Shrine did no cleaning or repairs following the discovery of the stains and that they had no intention of doing so in the future. Mr. Sagawa also told me, and I re-affirm here, that the Shrine had suffered no financial loss or a loss of use or earnings as a consequence of the incident.

Duly affirmed this 31st day of December 2017
Narita, Japan


_____
Toshimitsu Takaesu, Esq.

4

# Exhibit 18

**Kanayama Stain Timeline**

| Date | Description | Source |
|---|---|---|
| 25-Mar-15 | Man splashes oil onto areas at two shrines--the Narita-san Shinjoji. Temple, and the Katori Jingu Shrine. | Gov't Memo Page 3 |
| 25-Apr-15 | Japane Police investigation report completed | Gov't Reply Page 21 Ex 5 |
| 1-Jul-15 | Attorney Takaesu visits shrine and observes no stains visible. | Def Sur Reply Page 8 |
| 11-Jul-17 | Atty Toshimitsu Takaesu and Koji Uchida visit both sites and note stains have completely disappeared. Photos taken | Opposition brief, page 5-6 |
| 24-Oct-17 | Japanese police measures stain on Somon damage and says while less tan previously, still visible. | Gov't Reply Memo Page 5, Supp Ex 7. |
| 31-Oct-17 | Japanese poice followup report filed this date claims stains still visible at both sites, but no photographs | Gov't Reply Page 21, Supp Ex 9 |
| 18-Dec-17 | Defense Attorneys visit both sites; photo and video show stains have disappeared entirely. | Def Sur Reply Page _ |
| 23-Dec-17 | Attorneys Takashi Mochizuki and Takahiro Suzuki visit both sites, no stains, take photos | Def Sur Reply Page _ |
| 30-Dec-17 | Attorney Lawrence Shoenbach visits both sites; no stains; video shows no stains. | Def Sur Reply Page _ |

# Exhibit 19

12

Date: April 22, 2015

To: Superintendent Hideki CHAYA
    Judicial Police Officer
    Chief of Narita Police Station

                    From: Sergeant Takashi MIDORIKAWA (Signature and Seal)
                            Judicial Police Officer
                            Narita Police Station

Re: Investigation report on the photographs taken pertaining to the case of vandalizing historic sites

    Regarding the captioned case that occurred in Narita-san Shinsho-ji Temple and Katori Jingu Shrine on March 25, 2015, I hereby report the result of photographing to clarify the damages in the premises of Narita-san Shinsho-ji Temple.

I.    Date of photographing
    April 22, 2015

II.    Place of photographing
    In the premises of *Dai-honzan* (Sectarian Headquarters), Narita-san Shinsho-ji Temple
    Location: 1 Narita, Narita City, Chiba Prefecture

III.    Photographing officers
    A.    Officer in charge
        The a/m officer
    B.    Photographer
        Police Officer Soma HATAKEYAMA, Judicial Police Officer, Narita Police Station

IV.  Reason for photographing
    Investigators were working hard to clarify the extensive damages that were found in the large premises of the shrine.

    In the course of investigation, investigators interviewed persons concerned, conducted on-the-spot investigation, and analyzed security camera footage. Then, I photographed the affected sites that have been identified as of April 22, 2015.

V.    Photographing the affected sites
    A.    *So-mon* (Main Gate)

(See Photo #1 and "1" on Crime Scene Layout)

1. Pole on the east side in the center of *So-mon* (Main Gate), the first one from the south

    (See Photo #2 and ① on Crime Scene Layout)

2. Pole on the east side in the center of *So-mon* (Main Gate), the second one from the south

    (See Photo #3 and ② on Crime Scene Layout)

3. Pole on the east side in the center of *So-mon*, the third one from the south

    (See Photo #4 and ③ on Crime Scene Layout)

B. Front of *Benzaiten-do* (Goddess Saraswati Hall)

    (See Photo #5 and "2" on Crime Scene Layout)

1. Front door of *Benzaiten-do*

    (See Photo #6 and ④ on Crime Scene Layout)

C. Front of *Daishi-do* (Hall for the Great Teacher)

    (See Photo #7 and "3" on Crime Scene Layout)

1. Door rail, front doors and front porch of *Daishi-do*

    (See Photo #8 and ⑤⑥⑦ on Crime Scene Layout)

D. *Nio-mon* (God Vajrapani Gate)

    (See Photo #9 and "4" on Crime Scene Layout)

1. Fence in front of the Statue of *Naraen Kongo* (Guardian of Buddha) at *Nio-mon*

    (See Photo #10 and ⑧ on Crime Scene Layout)

2. Same as the above (Enlargement)

    (See Photo #11 and ⑧ on Crime Scene Layout)

3. Central pole on the northeast side of *Nio-mon*

    (See Photo #12 and ⑨ on Crime Scene Layout)

4. Same as the above (Enlargement)

    (See Photo #13 and ⑨ on Crime Scene Layout)

5. Central pole on the northwest side of *Nio-mon*

    (See Photo #14 and ⑩ on Crime Scene Layout)

6. Outer pole on the northwest side of *Nio-mon*

    (See Photo #15 and ⑪ on Crime Scene Layout)

7. Same as the above (Enlargement)

    (See Photo #16 and ⑪ on Crime Scene Layout)

E. *Korin-kaku* (Aureole House)

    (See Photo #17 and "5" on Crime Scene Layout)

1. Same as the above

    (See Photo #18 and "5" on Crime Scene Layout)

2

2. Pole on the north side in front of the inner entrance of *Korin-kaku* (south side)

   (See Photo #19 and ⑫ on Crime Scene Layout)

3. Pole on the north side in front of the inner entrance of *Korin-kaku* (southeast corner)

   (See Photo #20 and ⑬ on Crime Scene Layout)

4. Pole to the north of the lower threshold of the inner entrance of *Korin-kaku*

   (See Photo #21 and ⑭ on Crime Scene Layout)

5. Middle threshold of the inner entrance of *Korin-kaku*

   (See Photo #22 and ⑮ on Crime Scene Layout)

6. South side of the outer pole on the southeast side of *Korin-kaku*

   (See Photo #23 and ⑯ on Crime Scene Layout)

7. North side of the outer pole on the southeast side of *Korin-kaku*

   (See Photo "24 and ⑰ on Crime Scene Layout)

8. Pole in front of the entrance lobby of *Korin-kaku*

   (See Photo #25 and ⑱ on Crime Scene Layout)

9. Pole to the south of the threshold of the great entrance of *Korin-kaku*

   (See Photo #26 and ⑲ on Crime Scene Layout)

10. Pole to the north of the threshold of the great entrance of *Korin-kaku*

    (See Photo #27 and ⑳ on Crime Scene Layout)

11. Pole to the north of the Reception Counter for *O-goma* (Ritual Burning of Wood Sticks) at *Korin-kaku*

    (See Photo #28 and ㉑ on Crime Scene Layout)

12. Outer pole on the northeast side of *Korin-kaku*

    (See Photo #29 and ㉒ on Crime Scene Layout)

F.  *Shaka-do* (Shakyamuni Hall)

    (See Photo #30 and **"6"** on Crime Scene Layout)

1. Front doors of *Shaka-do*

   (See Photo #31 and **"6"** on Crime Scene Layout)

2. West side of the front doors of *Shaka-do*

   (See Photo #32 and ㉓ on Crime Scene Layout)

3. East side of the front doors of *Shaka-do*

   (See Photo #33 and ㉔ on Crime Scene Layout)

4. West-side folding door panels (carved with the Twenty-four Filial Exemplars) of *Shaka-do*

   (See Photo #34 and ㉕ on Crime Scene Layout)

5. Same as the above (Left door panels enlarged)

   (See Photo #35 and ㉕ on Crime Scene Layout)

6. Same as the above (Right door panels enlarged)

3

(See Photo #36 and ㉕ on Crime Scene Layout)

7.  Pole to the left of the west-side folding door panels (carved with the Twenty-four Filial Exemplars) of *Shaka-do*

(See Photo #37 and ㉖ on Crime Scene Layout)

8.  Pole to the right of the west-side folding door panels (carved with the Twenty-four Filial Exemplars) of *Shaka-do*

(See Photo #38 and ㉗ on Crime Scene Layout)

9.  Pole on the northwest side of *Shaka-do*

(See Photo #39 and ㉘ on Crime Scene Layout)

10. Same as the above (Enlargement)

(See Photo #40 and ㉘ on Crime Scene Layout)

11. Pole on the north side of *Shaka-do*

(See Photo #41 and ㉙ on Crime Scene Layout)

12. Same as the above (Enlargement)

(See Photo #42 and ㉙ on Crime Scene Layout)

13. Pole to the right of the north-side folding door panels (carved with the Twenty-four Filial Exemplars) of *Shaka-do*

(See Photo #43 and ㉚ on Crime Scene Layout)

14. Same as the above (Enlargement)

(See Photo #44 and ㉚ on Crime Scene Layout)

15. One of the right panels of the north-side folding doors (carved with the Twenty-four Filial Exemplars) of *Shaka-do*

(See Photo #45 and ㉛ on Crime Scene Layout)

16. Same as the above (Enlargement)

(See Photo #46 and ㉛ on Crime Scene Layout)

17. One of the left panels of the north-side folding doors of *Shaka-do*

(See Photo #47 and ㉛ on Crime Scene Layout)

18. Same as the above (Enlargement)

(See Photo #48 and ㉛ on Crime Scene Layout)

19. Pole on the northeast side of *Shaka-do*

(See Photo #49 and ㉜ on Crime Scene Layout)

20. Same as the above (Enlargement)

(See Photo #50 and ㉜ on Crime Scene Layout)

21. Pole right to the east-side doors of *Shaka-do*

(See Photo #51 and ㉝ on Crime Scene Layout)

22. Same as the above (Enlargement)

(See Photo #52 and ㉝ on Crime Scene Layout)

23. Pole left to the east-side doors of *Shaka-do*

4

(See Photo #53 and ㉝ on Crime Scene Layout)

24. Same as the above (Enlargement)

(See Photo #54 and ㉝ on Crime Scene Layout)

25. Pole on the southeast side of *Shaka-do*

(See Photo #55 and ㉞ on Crime Scene Layout)

26. Same as the above (Enlargement)

(See Photo #56 and ㉞ on Crime Scene Layout)

G. *Kaizan-do* (Open Mountain Hall)

(See Photo #57 and **"7"** on Crime Scene Layout)

1. Pole on the south side in front of *Kaizan-do*

(See Photo #58 and ㉟ on Crime Scene Layout)

2. Same as the above (Enlargement)

(See Photo #59 and ㉟ on Crime Scene Layout)

3. Pole on the north side in front of *Kaizan-do*

(See Photo #60 and ㊱ on Crime Scene Layout)

4. Same as the above (Enlargement)

(See Photo #61 and ㊱ on Crime Scene Layout)

H. *Sanja* (Triple Shrine)

(See Photo #62 and **"8"** on Crime Scene Layout)

1. Front of the front doors

(See Photo #63 and ㊲ on Crime Scene Layout)

2. Same as the above (Enlargement)

(See Photo #64 and ㊲ on Crime Scene Layout)

I. *Komyo-do* (Enlightenment Hall)

(See Photo #65 and **"9"** on Crime Scene Layout)

1. Outer pole on the southwest side of *Komyo-do*

(See Photo #66 and ㊳ on Crime Scene Layout)

2. Same as the above (Enlargement)

(See Photo #67 and ㊳ on Crime Scene Layout)

3. Pole on the southwest side of *Komyo-do*

(See Photo #68 and ㊴ on Crime Scene Layout)

4. Same as the above (Enlargement)

(See Photo #69 and ㊴ on Crime Scene Layout)

5. Pole on the northwest side of *Komyo-do*

(See Photo #70 and ㊵ on Crime Scene Layout)

6. Same as the above (Enlargement)

(See Photo #71 and ㊵ on Crime Scene Layout)

7. Doors on the north side of *Komyo-do*

(See Photo #72 and ㊶ on Crime Scene Layout)

8.  Same as the above (Enlargement)

(See Photo #73 and ㊶ on Crime Scene Layout) .

9.  Pole on the northeast side of *Komyo-do*

(See Photo #74 and ㊷ on Crime Scene Layout)

10. Same as the above (Enlargement)

(See Photo #75 and ㊷ on Crime Scene Layout)

11. Pole on the southeast side of *Komyo-do*

(See Photo #76 and ㊸ on Crime Scene Layout)

12. Same as the above (Enlargement)

(See Photo #77 and ㊸ on Crime Scene Layout)

13. Upper part of the pole on the east side in front of *Komyo-do*

(See Photo #78 and ㊹ on Crime Scene Layout)

14. Lower part of the pole on the east side in front of *Komyo-do*

(See Photo #79 and ㊺ on Crime Scene Layout)

J.  *Oku-no-in* (Inner Shrine)

(See Photo #80 and **"10"** on Crime Scene Layout)

1.  Entrance doors of *Oku-no-in*

(See Photo #81 and ㊻ on Crime Scene Layout)

2.  Doors on the southeast side of *Oku-no-in*

(See Photo #82 and ㊼ on Crime Scene Layout)

3.  Same as the above (Enlargement)

(See Photo #83 and ㊼ on Crime Scene Layout)

K.  Bronze Statue of *Kobo Daishi* (Great Teacher *Kobo*)

(See Photo #84 and **"11"** and ㊽ on Crime Scene Layout)

1.  Same as the above (Enlargement)

(See Photo #85 and **"11"** and ㊽ on Crime Scene Layout)

L.  *Issai-kyo-do* (All Sutras Repository)

(See Photo #86 and **"12"** on Crime Scene Layout)

1.  Same as the above (Enlargement)

(See Photo #87 and **"12"** on Crime Scene Layout)

2.  Pole on the right side of the front doors of *Issai-kyo-do*

(See Photo #88 and ㊾ on Crime Scene Layout)

3.  Same as the above (Enlargement)

(See Photo #89 and ㊾ on Crime Scene Layout)

4.  Pole on the left side of the front doors of *Issai-kyo-do*

(See Photo #90 and ㊿ on Crime Scene Layout)

5.  Same as the above (Enlargement)

(See Photo #91 and ⑤⑩ on Crime Scene Layout)

    6. Doors on the south side of *Issai-kyo-do*

        (See Photo #92 and ⑤① on Crime Scene Layout)

    7. Same as the above (Enlargement)

        (See Photo #93 and ⑤① on Crime Scene Layout)

M. *Hon-do* (Great Main Hall)

        (See Photo #94 and **"13"** on Crime Scene Layout)

    1. Pole on the southeast side of *Hon-do*

        (See Photo #95 and ⑤② on Crime Scene Layout)

    2. Same as the above (Enlargement)

        (See Photo #96 and ⑤② on Crime Scene Layout)

    3. Pole on the southwest side of *Hon-do*

        (See Photo #97 and ⑤③ on Crime Scene Layout)

    4. Same as the above (Enlargement)

        (See Photo #98 and ⑤③ on Crime Scene Layout)

    5. Pole on the west side of *Hon-do*

        (See Photo #99 and ⑤④ on Crime Scene Layout)

    6. Same as the above (Enlargement)

        (See Photo #100 and ⑤④ on Crime Scene Layout)

    7. Pole on the northwest side of *Hon-do*

        (See Photo #101 and ⑤⑤ on Crime Scene Layout)

    8. Same as the above (Enlargement)

        (See Photo #102 and ⑤⑤ on Crime Scene Layout)

    9. Lantern on the right side of *Ura-butsu* (Buddha Altar Behind) of *Hon-do*

        (See Photo #103 and ⑤⑥ on Crime Scene Layout)

    10. Same as the above (Enlargement)

        (See Photo #104 and ⑤⑥ on Crime Scene Layout)

    11. Pole on the northeast side of *Hon-do*

        (See Photo #105 and ⑤⑦ on Crime Scene Layout)

    12. Same as the above (Enlargement)

        (See Photo #106 and ⑤⑦ on Crime Scene Layout)

    13. Pole on the east side of *Hon-do*, the second one from the north

        (See Photo #107 and ⑤⑧ on Crime Scene Layout)

    14. Same as the above (Enlargement)

        (See Photo #108 and ⑤⑧ on Crime Scene Layout)

    15. Pole on the east side of *Hon-do*, the third one from the north

        (See Photo #109 and ⑤⑨ on Crime Scene Layout)

    16. Same as the above (Enlargement)

(See Photo #110 and 59 on Crime Scene Layout)

    17. Pole on the east side of *Hon-do*, the fourth one from the north

        (See Photo #111 and 60 on Crime Scene Layout)

    18. Same as the above (Enlargement)

        (See Photo #112 and 60 on Crime Scene Layout)

N. *Koware Fudo-do* (Breakable Fire-God Hall)

    (See Photo #113 and **"14"** on Crime Scene Layout)

    1. Top of the candle stand

        (See Photo #114 and 61 on Crime Scene Layout)

O. *Shuho Dojo* (Esoteric Training Hall)

    (See Photo #115 and **"15"** on Crime Scene Layout)

    1. Same as the above

        (See Photo #116 and **"15"** on Crime Scene Layout)

    2. Pole on the left side of the front entrance

        (See Photo #117 and 62 on Crime Scene Layout)

    3. Same as the above (Enlargement)

        (See Photo #118 and 62 on Crime Scene Layout)

    4. Pole on the right side of the front entrance

        (See Photo #119 and 63 on Crime Scene Layout)

    5. Same as the above (Enlargement)

        (See Photo #120 and 63 on Crime Scene Layout)

P. *Dai-mon* (Great Gate)

    (See Photo #121 and **"16"** on Crime Scene Layout)

    1. Pole on the south side of *Dai-mon*

        (See Photo #122 and 64 on Crime Scene Layout)

    2. Same as the above (Enlargement)

        (See Photo #123 and 64 on Crime Scene Layout)

    3. Pole on the north side of *Dai-mon*

        (See Photo #124 and 65 on Crime Scene Layout)

    4. Same as the above (Enlargement)

        (See Photo #125 and 65 on Crime Scene Layout)

VI. Reference

You will find attached to this report at the end the Crime Scene Layout of Narita-san Shinsho-ji Temple and 125 photographs.

Seal

Cross-Reference Table

| Number on Crime Scene Layout | Damaged Portion | Photo No. |
|---|---|---|
| "1" | *So-mon* (Main Gate) | 1 |
| ① | Pole on the east side in the center of *So-mon*, the first one from the south | 2 |
| ② | Pole on the east side in the center of *So-mon*, the second one from the south | 3 |
| ③ | Pole on the east side in the center of *So-mon*, the third one from the south | 4 |
| "2" | *Benzaiten-do* (Goddess Saraswati Hall) | 5 |
| ④ | Front door of *Benzaiten-do* | 6 |
| "3" | *Daishi-do* (Hall for Great Teacher) | 7 |
| ⑤⑥ | Door rail and front doors of *Daishi-do* | 8 |
| ⑦ | Front porch of *Daishi-do* | |
| "4" | *Nio-mon* (God Vajrapani Gate) | 9 |
| ⑧ | Fence in front of the *Naraen Kongo* (Guardian of Buddha) Statue at *Nio-mon* | 10, 11 |
| ⑨ | Central pole on the northeast side of *Nio-mon* | 12, 13 |
| ⑩ | Central pole on the northwest side of *Nio-mon* | 14 |
| ⑪ | Outer pole on the northwest side of *Nio-mon* | 15, 16 |
| "5" | *Korin-kaku* (Aureole House) | 17, 18 |
| ⑫ | Pole on the north side in front of the inner entrance of *Korin-kaku* (south side) | 19 |
| ⑬ | Pole on the north side in front of the inner entrance of *Korin-kaku* (southeast corner) | 20 |
| ⑭ | Pole on the north side at the lower threshold at the inner entrance of *Korin-kaku* | 21 |
| ⑮ | Middle threshold at the inner entrance of *Korin-kaku* | 22 |
| ⑯ | South side of the outer pole on the southeast side of *Korin-kaku* | 23 |
| ⑰ | North side of the outer pole on the southeast side of *Korin-kaku* | 24 |
| ⑱ | Pole in front of the entrance lobby of *Korin-kaku* | 25 |
| ⑲ | Pole to the south of the threshold of the great entrance of *Korin-kaku* | 26 |
| ⑳ | Pole to the north of the threshold of the great entrance of *Korin-kaku* | 27 |

9

| | | |
|---|---|---|
| ㉑ | Pole to the north of Reception Counter for *O-goma* (Ritual Burning of Wood Sticks) at *Korin-kaku* | 28 |
| ㉒ | Outer pole on the northeast side of *Korin-kaku* | 29 |
| **"6"** | ***Shaka-do* (Shakyamuni Hall) and its front doors** | 30, 31 |
| ㉓ | West side of the front doors of *Shaka-do* | 32 |
| ㉔ | East side of the front doors of *Shaka-do* | 33 |
| ㉕ | West-side folding door panels (carved with the Twenty-four Filial Exemplars) of *Shaka-do* | 34-36 |
| ㉖ | Pole left to the west-side folding door panels (carved with the Twenty-four Filial Exemplars) of *Shaka-do* | 37 |
| ㉗ | Pole right to the west-side folding door panels (carved with the Twenty-four Filial Exemplars) of *Shaka-do* | 38 |
| ㉘ | Pole on the northwest side of *Shaka-do* | 39, 40 |
| ㉙ | Pole on the north side of *Shaka-do* | 41, 42 |
| ㉚ | Pole right to the north-side folding door panels (carved with the Twenty-four Filial Exemplars) of *Shaka-do* | 43, 44 |
| ㉛ | North-side folding door panels (carved with the Twenty-four Filial Exemplars) of *Shaka-do* | 45-48 |
| ㉜ | Pole on the northeast side of *Shaka-do* | 49, 50 |
| ㉝ | Poles on the east side of *Shaka-do* | 51-54 |
| ㉞ | Pole on the southeast side of *Shaka-do* | 55, 56 |
| **"7"** | ***Kaizan-do* (Open Mountain Hall)** | 57 |
| ㉟ | Pole on the south side in front of *Kaizan-do* | 58, 59 |
| ㊱ | Pole on the north side in front of *Kaizan-do* | 60, 61 |
| **"8"** | ***Sanja* (Triple Shrine)** | 62 |
| ㊲ | Front of the front doors | 63, 64 |
| **"9"** | ***Komyo-do* (Enlightenment Hall)** | 65 |
| ㊳ | Outer pole on the southwest side of *Komyo-do* | 66, 67 |
| ㊴ | Pole on the southwest side of *Komyo-do* | 68, 69 |
| ㊵ | Pole on the northwest side of *Komyo-do* | 70, 71 |
| ㊶ | Doors on the north side of *Komyo-do* | 72, 73 |
| ㊷ | Pole on the northeast side of *Komyo-do* | 74, 75 |
| ㊸ | Pole on the southeast side of *Komyo-do* | 76, 77 |
| ㊹ | Upper part of the pole on the east side in front of *Komyo-do* | 78 |
| ㊺ | Lower part of the pole on the east side in front of *Komyo-do* | 79 |
| **"10"** | ***Oku-no-in* (Inner Shrine)** | 80 |

| | | |
|---|---|---|
| ㊻ | Entrance doors of *Oku-no-in* | 81 |
| ㊼ | Doors on the southeast side of *Oku-no-in* | 82, 83 |
| **"11"** ㊽ | **Bronze Statue of *Kobo Daishi* (Great Teacher Kobo)** | 84, 85 |
| **"12"** | ***Issai-kyo-do* (All Sutras Repository)** | 86, 87 |
| ㊾ | Pole right to the front doors of *Issai-kyo-do* | 88, 89 |
| ㊿ | Pole left to the front doors of *Issai-kyo-do* | 90, 91 |
| �51 | Doors on the south side of *Issai-kyo-do* | 92, 93 |
| **"13"** | ***Hon-do* (Great Main Hall)** | 94 |
| �52 | Pole on the southeast side of *Hon-do* | 95, 96 |
| �53 | Pole on the southwest side of *Hon-do* | 97, 98 |
| �54 | Pole on the west side of *Hon-do* | 99, 100 |
| �55 | Pole on the northwest side of *Hon-do* | 101, 102 |
| �56 | Lantern on the right side of *Ura-butsu* (the Buddha Altar Behind) of *Hon-do* | 103, 104 |
| �57 | Pole on the northeast side of *Hon-do* | 105, 106 |
| �58 | Pole on the east side of *Hon-do*, the second one from the north | 107, 108 |
| �59 | Pole on the east side of *Hon-do*, the third one from the north | 109, 110 |
| �60 | Pole on the east side of *Hon-do*, the fourth one from the north | 111, 112 |
| **"14"** | ***Koware Fudo-do* (Breakable Fire-God Hall)** | 113 |
| �61 | Top of the candle stand | 114 |
| **"15"** | ***Shuho Dojo* (Esoteric Training Hall)** | 115, 116 |
| �62 | Pole on the left side of the front entrance | 117, 118 |
| �63 | Pole on the right side of the front entrance | 119, 120 |
| **"16"** | ***Dai-mon* (Great Gate)** | 121 |
| �64 | Pole on the south side of *Dai-mon* | 122, 123 |
| �65 | Pole on the north side of *Dai-mon* | 124, 125 |

〔成田山新勝寺現場見取図〕

成田山新勝寺現場見取図   Crime Scene Layout of Narita-san Shinsho-ji Temple

総門   *So-mon* (Main Gate)

弁財天堂   *Benzaiten-do* (Goddess Saraswati Hall)

大師堂   *Daishi-do* (Hall for Great Teacher)

仁王門   *Nio-mon* (God Vajrapani Gate)

光輪閣   *Korin-kaku* (Aureole House)

釈迦堂   *Shaka-do* (Shakyamuni Hall)

開山堂   *Kaizan-do* (Open Mountain Hall)

三社   *Sanja* (Triple Shrine)

光明堂   *Komyo-do* (Enlightenment Hall)

奥之院   *Oku-no-in* (Inner Shrine)

弘法大師銅像   Bronze Statue of *Kobo Daishi* (Great Teacher *Kobo*)

一切経堂   *Issai-kyo-do* (All Sutras Repository)

本堂   *Hon-do* (Great Main Hall)

こわれ不動堂   *Koware Fudo-do* (Breakable Fire-God Hall)

修法道場   *Shuho Dojo* (Esoteric Training Hall)

大門   *Dai-mon* (Great Gate)

12