1



*So-mon* (Main Gate)

2



Pole on the east side in the center of *So-mon* (Main Gate), the first one from the south

3



Pole on the east side in the center of *So-mon* (Main Gate), the second one from the south

4



Pole on the east side in the center of *So-mon*, the third one from the south

5



Front of *Benzaiten-do* (Goddess Saraswati Hall)

6



Front door of *Benzaiten-do*

7



Front of *Daishi-do* (Hall for the Great Teacher)

8



Door rail, front doors and front porch of *Daishi-do*

9



*Nio-mon* (God Vajrapani Gate)

10



Fence in front of the Statue of *Naraen Kongo* (Guardian of Buddha) at *Nio-mon*

11



Same as the above (Enlargement)

12



Central pole on the northeast side of *Nio-mon*

13



Same as the above (Enlargement)

14



Central pole on the northwest side of *Nio-mon*

15



Outer pole on the northwest side of *Nio-mon*

16



Same as the above (Enlargement)

17



*Korin-kaku* (Aureole House)

18



Same as the above

19



Pole on the north side in front of the inner entrance of *Korin-kaku* (south side)

20



Pole on the north side in front of the inner entrance of *Korin-kaku* (southeast corner)

21



Pole to the north of the lower threshold of the inner entrance of *Korin-kaku*

22



Middle threshold of the inner entrance of *Korin-kaku*

23



South side of the outer pole on the southeast side of *Korin-kaku*

24



North side of the outer pole on the southeast side of *Korin-kaku*

25



Pole in front of the entrance lobby of *Korin-kaku*

26



Pole to the south of the threshold of the great entrance of *Korin-kaku*

27



Pole to the north of the threshold of the great entrance of *Korin-kaku*

28



Pole to the north of the Reception Counter for *O-goma* (Ritual Burning of Wood Sticks) at *Korin-kaku*

29



Outer pole on the northeast side of *Korin-kaku*

30



*Shaka-do* (Shakyamuni Hall)

# Exhibit 20

Date: April 22, 2015

To: Superintendent Hideki CHAYA
    Judicial Police Officer
    Chief of Narita Police Station

From: Sergeant Takashi MIDORIKAWA (Signature and Seal)
      Judicial Police Officer
      Narita Police Station

Re: Investigation report on the photographs taken pertaining to the case of vandalizing historic sites

Regarding the captioned case that occurred in Narita-san Shinsho-ji Temple and Katori Jingu Shrine on March 25, 2015, I hereby report the result of photographing to clarify the damages in the premises of Narita-san Shinsho-ji Temple.

I.    Date of photographing
      April 22, 2015

II.   Place of photographing
      In the premises of *Dai-honzan* (Sectarian Headquarters), Narita-san Shinsho-ji Temple
      Location: 1 Narita, Narita City, Chiba Prefecture

III.  Photographing officers
      A.   Officer in charge
           The a/m officer
      B.   Photographer
           Police Officer Soma HATAKEYAMA, Judicial Police Officer, Narita Police Station

IV.   Reason for photographing
      Investigators were working hard to clarify the extensive damages that were found in the large premises of the shrine.
      In the course of investigation, investigators interviewed persons concerned, conducted on-the-spot investigation, and analyzed security camera footage. Then, I photographed the affected sites that have been identified as of April 22, 2015.

V.    Photographing the affected sites
      A.   *So-mon* (Main Gate)

1

     (See Photo #1 and "1" on Crime Scene Layout)

 1. Pole on the east side in the center of *So-mon* (Main Gate), the first one from the south

     (See Photo #2 and ① on Crime Scene Layout)

 2. Pole on the east side in the center of *So-mon* (Main Gate), the second one from the south

     (See Photo #3 and ② on Crime Scene Layout)

 3. Pole on the east side in the center of *So-mon*, the third one from the south

     (See Photo #4 and ③ on Crime Scene Layout)

B. Front of *Benzaiten-do* (Goddess Saraswati Hall)

     (See Photo #5 and "2" on Crime Scene Layout)

 1. Front door of *Benzaiten-do*

     (See Photo #6 and ④ on Crime Scene Layout)

C. Front of *Daishi-do* (Hall for the Great Teacher)

     (See Photo #7 and "3" on Crime Scene Layout)

 1. Door rail, front doors and front porch of *Daishi-do*

     (See Photo #8 and ⑤⑥⑦ on Crime Scene Layout)

D. *Nio-mon* (God Vajrapani Gate)

     (See Photo #9 and "4" on Crime Scene Layout)

 1. Fence in front of the Statue of *Naraen Kongo* (Guardian of Buddha) at *Nio-mon*

     (See Photo #10 and ⑧ on Crime Scene Layout)

 2. Same as the above (Enlargement)

     (See Photo #11 and ⑧ on Crime Scene Layout)

 3. Central pole on the northeast side of *Nio-mon*

     (See Photo #12 and ⑨ on Crime Scene Layout)

 4. Same as the above (Enlargement)

     (See Photo #13 and ⑨ on Crime Scene Layout)

 5. Central pole on the northwest side of *Nio-mon*

     (See Photo #14 and ⑩ on Crime Scene Layout)

 6. Outer pole on the northwest side of *Nio-mon*

     (See Photo #15 and ⑪ on Crime Scene Layout)

 7. Same as the above (Enlargement)

     (See Photo #16 and ⑪ on Crime Scene Layout)

E. *Korin-kaku* (Aureole House)

     (See Photo #17 and "5" on Crime Scene Layout)

 1. Same as the above

     (See Photo #18 and "5" on Crime Scene Layout)

2. Pole on the north side in front of the inner entrance of *Korin-kaku* (south side)

    (See Photo #19 and ⑫ on Crime Scene Layout)

3. Pole on the north side in front of the inner entrance of *Korin-kaku* (southeast corner)

    (See Photo #20 and ⑬ on Crime Scene Layout)

4. Pole to the north of the lower threshold of the inner entrance of *Korin-kaku*

    (See Photo #21 and ⑭ on Crime Scene Layout)

5. Middle threshold of the inner entrance of *Korin-kaku*

    (See Photo #22 and ⑮ on Crime Scene Layout)

6. South side of the outer pole on the southeast side of *Korin-kaku*

    (See Photo #23 and ⑯ on Crime Scene Layout)

7. North side of the outer pole on the southeast side of *Korin-kaku*

    (See Photo "24 and ⑰ on Crime Scene Layout)

8. Pole in front of the entrance lobby of *Korin-kaku*

    (See Photo #25 and ⑱ on Crime Scene Layout)

9. Pole to the south of the threshold of the great entrance of *Korin-kaku*

    (See Photo #26 and ⑲ on Crime Scene Layout)

10. Pole to the north of the threshold of the great entrance of *Korin-kaku*

    (See Photo #27 and ⑳ on Crime Scene Layout)

11. Pole to the north of the Reception Counter for *O-goma* (Ritual Burning of Wood Sticks) at *Korin-kaku*

    (See Photo #28 and ㉑ on Crime Scene Layout)

12. Outer pole on the northeast side of *Korin-kaku*

    (See Photo #29 and ㉒ on Crime Scene Layout)

F. *Shaka-do* (Shakyamuni Hall)

    (See Photo #30 and **"6"** on Crime Scene Layout)

1. Front doors of *Shaka-do*

    (See Photo #31 and **"6"** on Crime Scene Layout)

2. West side of the front doors of *Shaka-do*

    (See Photo #32 and ㉓ on Crime Scene Layout)

3. East side of the front doors of *Shaka-do*

    (See Photo #33 and ㉔ on Crime Scene Layout)

4. West-side folding door panels (carved with the Twenty-four Filial Exemplars) of *Shaka-do*

    (See Photo #34 and ㉕ on Crime Scene Layout)

5. Same as the above (Left door panels enlarged)

    (See Photo #35 and ㉕ on Crime Scene Layout)

6. Same as the above (Right door panels enlarged)

(See Photo #36 and ㉕ on Crime Scene Layout)

7.   Pole to the left of the west-side folding door panels (carved with the Twenty-four Filial Exemplars) of *Shaka-do*

(See Photo #37 and ㉖ on Crime Scene Layout)

8.   Pole to the right of the west-side folding door panels (carved with the Twenty-four Filial Exemplars) of *Shaka-do*

(See Photo #38 and ㉗ on Crime Scene Layout)

9.   Pole on the northwest side of *Shaka-do*

(See Photo #39 and ㉘ on Crime Scene Layout)

10.  Same as the above (Enlargement)

(See Photo #40 and ㉘ on Crime Scene Layout)

11.  Pole on the north side of *Shaka-do*

(See Photo #41 and ㉙ on Crime Scene Layout)

12.  Same as the above (Enlargement)

(See Photo #42 and ㉙ on Crime Scene Layout)

13.  Pole to the right of the north-side folding door panels (carved with the Twenty-four Filial Exemplars) of *Shaka-do*

(See Photo #43 and ㉚ on Crime Scene Layout)

14.  Same as the above (Enlargement)

(See Photo #44 and ㉚ on Crime Scene Layout)

15.  One of the right panels of the north-side folding doors (carved with the Twenty-four Filial Exemplars) of *Shaka-do*

(See Photo #45 and ㉛ on Crime Scene Layout)

16.  Same as the above (Enlargement)

(See Photo #46 and ㉛ on Crime Scene Layout)

17.  One of the left panels of the north-side folding doors of *Shaka-do*

(See Photo #47 and ㉛ on Crime Scene Layout)

18.  Same as the above (Enlargement)

(See Photo #48 and ㉛ on Crime Scene Layout)

19.  Pole on the northeast side of *Shaka-do*

(See Photo #49 and ㉜ on Crime Scene Layout)

20.  Same as the above (Enlargement)

(See Photo #50 and ㉜ on Crime Scene Layout)

21.  Pole right to the east-side doors of *Shaka-do*

(See Photo #51 and ㉝ on Crime Scene Layout)

22.  Same as the above (Enlargement)

(See Photo #52 and ㉝ on Crime Scene Layout)

23.  Pole left to the east-side doors of *Shaka-do*

(See Photo #53 and ㉝ on Crime Scene Layout)

24. Same as the above (Enlargement)

(See Photo #54 and ㉝ on Crime Scene Layout)

25. Pole on the southeast side of *Shaka-do*

(See Photo #55 and ㉞ on Crime Scene Layout)

26. Same as the above (Enlargement)

(See Photo #56 and ㉞ on Crime Scene Layout)

G. *Kaizan-do* (Open Mountain Hall)

(See Photo #57 and **"7"** on Crime Scene Layout)

1. Pole on the south side in front of *Kaizan-do*

(See Photo #58 and ㉟ on Crime Scene Layout)

2. Same as the above (Enlargement)

(See Photo #59 and ㉟ on Crime Scene Layout)

3. Pole on the north side in front of *Kaizan-do*

(See Photo #60 and ㊱ on Crime Scene Layout)

4. Same as the above (Enlargement)

(See Photo #61 and ㊱ on Crime Scene Layout)

H. *Sanja* (Triple Shrine)

(See Photo #62 and **"8"** on Crime Scene Layout)

1. Front of the front doors

(See Photo #63 and ㊲ on Crime Scene Layout)

2. Same as the above (Enlargement)

(See Photo #64 and ㊲ on Crime Scene Layout)

I. *Komyo-do* (Enlightenment Hall)

(See Photo #65 and **"9"** on Crime Scene Layout)

1. Outer pole on the southwest side of *Komyo-do*

(See Photo #66 and ㊳ on Crime Scene Layout)

2. Same as the above (Enlargement)

(See Photo #67 and ㊳ on Crime Scene Layout)

3. Pole on the southwest side of *Komyo-do*

(See Photo #68 and ㊴ on Crime Scene Layout)

4. Same as the above (Enlargement)

(See Photo #69 and ㊴ on Crime Scene Layout)

5. Pole on the northwest side of *Komyo-do*

(See Photo #70 and ㊵ on Crime Scene Layout)

6. Same as the above (Enlargement)

(See Photo #71 and ㊵ on Crime Scene Layout)

7. Doors on the north side of *Komyo-do*

(See Photo #72 and ㊶ on Crime Scene Layout)

    8.  Same as the above (Enlargement)

       (See Photo #73 and ㊶ on Crime Scene Layout) .

    9.  Pole on the northeast side of *Komyo-do*

       (See Photo #74 and ㊷ on Crime Scene Layout)

    10. Same as the above (Enlargement)

       (See Photo #75 and ㊷ on Crime Scene Layout)

    11. Pole on the southeast side of *Komyo-do*

       (See Photo #76 and ㊸ on Crime Scene Layout)

    12. Same as the above (Enlargement)

       (See Photo #77 and ㊸ on Crime Scene Layout)

    13. Upper part of the pole on the east side in front of *Komyo-do*

       (See Photo #78 and ㊹ on Crime Scene Layout)

    14. Lower part of the pole on the east side in front of *Komyo-do*

       (See Photo #79 and ㊺ on Crime Scene Layout)

J.  *Oku-no-in* (Inner Shrine)

       (See Photo #80 and **"10"** on Crime Scene Layout)

    1.  Entrance doors of *Oku-no-in*

       (See Photo #81 and ㊻ on Crime Scene Layout)

    2.  Doors on the southeast side of *Oku-no-in*

       (See Photo #82 and ㊼ on Crime Scene Layout)

    3.  Same as the above (Enlargement)

       (See Photo #83 and ㊼ on Crime Scene Layout)

K.  Bronze Statue of *Kobo Daishi* (Great Teacher *Kobo*)

       (See Photo #84 and **"11"** and ㊽ on Crime Scene Layout)

    1.  Same as the above (Enlargement)

       (See Photo #85 and **"11"** and ㊽ on Crime Scene Layout)

L.  *Issai-kyo-do* (All Sutras Repository)

       (See Photo #86 and **"12"** on Crime Scene Layout)

    1.  Same as the above (Enlargement)

       (See Photo #87 and **"12"** on Crime Scene Layout)

    2.  Pole on the right side of the front doors of *Issai-kyo-do*

       (See Photo #88 and ㊾ on Crime Scene Layout)

    3.  Same as the above (Enlargement)

       (See Photo #89 and ㊾ on Crime Scene Layout)

    4.  Pole on the left side of the front doors of *Issai-kyo-do*

       (See Photo #90 and ㊿ on Crime Scene Layout)

    5.  Same as the above (Enlargement)

(See Photo #91 and ⑤⓪ on Crime Scene Layout)

6. Doors on the south side of *Issai-kyo-do*

(See Photo #92 and �busy① on Crime Scene Layout)

7. Same as the above (Enlargement)

(See Photo #93 and ⑤① on Crime Scene Layout)

M. *Hon-do* (Great Main Hall)

(See Photo #94 and **"13"** on Crime Scene Layout)

1. Pole on the southeast side of *Hon-do*

(See Photo #95 and ⑤② on Crime Scene Layout)

2. Same as the above (Enlargement)

(See Photo #96 and ⑤② on Crime Scene Layout)

3. Pole on the southwest side of *Hon-do*

(See Photo #97 and ⑤③ on Crime Scene Layout)

4. Same as the above (Enlargement)

(See Photo #98 and ⑤③ on Crime Scene Layout)

5. Pole on the west side of *Hon-do*

(See Photo #99 and ⑤④ on Crime Scene Layout)

6. Same as the above (Enlargement)

(See Photo #100 and ⑤④ on Crime Scene Layout)

7. Pole on the northwest side of *Hon-do*

(See Photo #101 and ⑤⑤ on Crime Scene Layout)

8. Same as the above (Enlargement)

(See Photo #102 and ⑤⑤ on Crime Scene Layout)

9. Lantern on the right side of *Ura-butsu* (Buddha Altar Behind) of *Hon-do*

(See Photo #103 and ⑤⑥ on Crime Scene Layout)

10. Same as the above (Enlargement)

(See Photo #104 and ⑤⑥ on Crime Scene Layout)

11. Pole on the northeast side of *Hon-do*

(See Photo #105 and ⑤⑦ on Crime Scene Layout)

12. Same as the above (Enlargement)

(See Photo #106 and ⑤⑦ on Crime Scene Layout)

13. Pole on the east side of *Hon-do*, the second one from the north

(See Photo #107 and ⑤⑧ on Crime Scene Layout)

14. Same as the above (Enlargement)

(See Photo #108 and ⑤⑧ on Crime Scene Layout)

15. Pole on the east side of *Hon-do*, the third one from the north

(See Photo #109 and ⑤⑨ on Crime Scene Layout)

16. Same as the above (Enlargement)

(See Photo #110 and ㊾ on Crime Scene Layout)

17. Pole on the east side of *Hon-do*, the fourth one from the north

(See Photo #111 and ㊿ on Crime Scene Layout)

18. Same as the above (Enlargement)

(See Photo #112 and ㊿ on Crime Scene Layout)

N. *Koware Fudo-do* (Breakable Fire-God Hall)

(See Photo #113 and **"14"** on Crime Scene Layout)

1. Top of the candle stand

(See Photo #114 and ㊱ on Crime Scene Layout)

O. *Shuho Dojo* (Esoteric Training Hall)

(See Photo #115 and **"15"** on Crime Scene Layout)

1. Same as the above

(See Photo #116 and **"15"** on Crime Scene Layout)

2. Pole on the left side of the front entrance

(See Photo #117 and ㊽ on Crime Scene Layout)

3. Same as the above (Enlargement)

(See Photo #118 and ㊽ on Crime Scene Layout)

4. Pole on the right side of the front entrance

(See Photo #119 and ㊼ on Crime Scene Layout)

5. Same as the above (Enlargement)

(See Photo #120 and ㊼ on Crime Scene Layout)

P. *Dai-mon* (Great Gate)

(See Photo #121 and **"16"** on Crime Scene Layout)

1. Pole on the south side of *Dai-mon*

(See Photo #122 and ㊿ on Crime Scene Layout)

2. Same as the above (Enlargement)

(See Photo #123 and ㊿ on Crime Scene Layout)

3. Pole on the north side of *Dai-mon*

(See Photo #124 and ㊿ on Crime Scene Layout)

4. Same as the above (Enlargement)

(See Photo #125 and ㊿ on Crime Scene Layout)


VI. Reference

You will find attached to this report at the end the Crime Scene Layout of Narita-san Shinsho-ji Temple and 125 photographs.

Seal

8

Cross-Reference Table

| Number on Crime Scene Layout | Damaged Portion | Photo No. |
|---|---|---|
| "1" | *So-mon* (Main Gate) | 1 |
| ① | Pole on the east side in the center of *So-mon*, the first one from the south | 2 |
| ② | Pole on the east side in the center of *So-mon*, the second one from the south | 3 |
| ③ | Pole on the east side in the center of *So-mon*, the third one from the south | 4 |
| "2" | *Benzaiten-do* (Goddess Saraswati Hall) | 5 |
| ④ | Front door of *Benzaiten-do* | 6 |
| "3" | *Daishi-do* (Hall for Great Teacher) | 7 |
| ⑤⑥ | Door rail and front doors of *Daishi-do* | 8 |
| ⑦ | Front porch of *Daishi-do* | |
| "4" | *Nio-mon* (God Vajrapani Gate) | 9 |
| ⑧ | Fence in front of the *Naraen Kongo* (Guardian of Buddha) Statue at *Nio-mon* | 10, 11 |
| ⑨ | Central pole on the northeast side of *Nio-mon* | 12, 13 |
| ⑩ | Central pole on the northwest side of *Nio-mon* | 14 |
| ⑪ | Outer pole on the northwest side of *Nio-mon* | 15, 16 |
| "5" | *Korin-kaku* (Aureole House) | 17, 18 |
| ⑫ | Pole on the north side in front of the inner entrance of *Korin-kaku* (south side) | 19 |
| ⑬ | Pole on the north side in front of the inner entrance of *Korin-kaku* (southeast corner) | 20 |
| ⑭ | Pole on the north side at the lower threshold at the inner entrance of *Korin-kaku* | 21 |
| ⑮ | Middle threshold at the inner entrance of *Korin-kaku* | 22 |
| ⑯ | South side of the outer pole on the southeast side of *Korin-kaku* | 23 |
| ⑰ | North side of the outer pole on the southeast side of *Korin-kaku* | 24 |
| ⑱ | Pole in front of the entrance lobby of *Korin-kaku* | 25 |
| ⑲ | Pole to the south of the threshold of the great entrance of *Korin-kaku* | 26 |
| ⑳ | Pole to the north of the threshold of the great entrance of *Korin-kaku* | 27 |

9

㉑    Pole to the north of Reception Counter for *O-goma*    28
      (Ritual Burning of Wood Sticks) at *Korin-kaku*

㉒    Outer pole on the northeast side of *Korin-kaku*    29

**"6"**    ***Shaka-do*** **(Shakyamuni Hall) and its front doors**    30, 31

㉓    West side of the front doors of *Shaka-do*    32

㉔    East side of the front doors of *Shaka-do*    33

㉕    West-side folding door panels (carved with the Twenty-    34-36
      four Filial Exemplars) of *Shaka-do*

㉖    Pole left to the west-side folding door panels (carved    37
      with the Twenty-four Filial Exemplars) of *Shaka-do*

㉗    Pole right to the west-side folding door panels (carved    38
      with the Twenty-four Filial Exemplars) of *Shaka-do*

㉘    Pole on the northwest side of *Shaka-do*    39, 40

㉙    Pole on the north side of *Shaka-do*    41, 42

㉚    Pole right to the north-side folding door panels (carved    43, 44
      with the Twenty-four Filial Exemplars) of *Shaka-do*

㉛    North-side folding door panels (carved with the    45-48
      Twenty-four Filial Exemplars) of *Shaka-do*

㉜    Pole on the northeast side of *Shaka-do*    49, 50

㉝    Poles on the east side of *Shaka-do*    51-54

㉞    Pole on the southeast side of *Shaka-do*    55, 56

**"7"**    ***Kaizan-do*** **(Open Mountain Hall)**    57

㉟    Pole on the south side in front of *Kaizan-do*    58, 59

㊱    Pole on the north side in front of *Kaizan-do*    60, 61

**"8"**    ***Sanja*** **(Triple Shrine)**    62

㊲    Front of the front doors    63, 64

**"9"**    ***Komyo-do*** **(Enlightenment Hall)**    65

㊳    Outer pole on the southwest side of *Komyo-do*    66, 67

㊴    Pole on the southwest side of *Komyo-do*    68, 69

㊵    Pole on the northwest side of *Komyo-do*    70, 71

㊶    Doors on the north side of *Komyo-do*    72, 73

㊷    Pole on the northeast side of *Komyo-do*    74, 75

㊸    Pole on the southeast side of *Komyo-do*    76, 77

㊹    Upper part of the pole on the east side in front of    78
      *Komyo-do*

㊺    Lower part of the pole on the east side in front of    79
      *Komyo-do*

**"10"**    ***Oku-no-in*** **(Inner Shrine)**    80

| | | |
|---|---|---|
| ㊻ | Entrance doors of *Oku-no-in* | 81 |
| ㊼ | Doors on the southeast side of *Oku-no-in* | 82, 83 |
| "11" ㊽ | Bronze Statue of *Kobo Daishi* (Great Teacher Kobo) | 84, 85 |
| "12" | *Issai-kyo-do* (All Sutras Repository) | 86, 87 |
| ㊾ | Pole right to the front doors of *Issai-kyo-do* | 88, 89 |
| ㊿ | Pole left to the front doors of *Issai-kyo-do* | 90, 91 |
| �51 | Doors on the south side of *Issai-kyo-do* | 92, 93 |
| "13" | *Hon-do* (Great Main Hall) | 94 |
| �52 | Pole on the southeast side of *Hon-do* | 95, 96 |
| �53 | Pole on the southwest side of *Hon-do* | 97, 98 |
| �54 | Pole on the west side of *Hon-do* | 99, 100 |
| �55 | Pole on the northwest side of *Hon-do* | 101,102 |
| �56 | Lantern on the right side of *Ura-butsu* (the Buddha Altar Behind) of *Hon-do* | 103,104 |
| �57 | Pole on the northeast side of *Hon-do* | 105,106 |
| �58 | Pole on the east side of *Hon-do*, the second one from the north | 107,108 |
| �59 | Pole on the east side of *Hon-do*, the third one from the north | 109,110 |
| �60 | Pole on the east side of *Hon-do*, the fourth one from the north | 111,112 |
| "14" | *Koware Fudo-do* (Breakable Fire-God Hall) | 113 |
| �61 | Top of the candle stand | 114 |
| "15" | *Shuho Dojo* (Esoteric Training Hall) | 115,116 |
| �62 | Pole on the left side of the front entrance | 117,118 |
| �63 | Pole on the right side of the front entrance | 119,120 |
| "16" | *Dai-mon* (Great Gate) | 121 |
| �64 | Pole on the south side of *Dai-mon* | 122,123 |
| �65 | Pole on the north side of *Dai-mon* | 124,125 |

（成田山新勝寺現場見取図）

成田山新勝寺現場見取図　Crime Scene Layout of Narita-san Shinsho-ji Temple

総門　*So-mon* (Main Gate)

弁財天堂　*Benzaiten-do* (Goddess Saraswati Hall)

大師堂　*Daishi-do* (Hall for Great Teacher)

仁王門　*Nio-mon* (God Vajrapani Gate)

光輪閣　*Korin-kaku* (Aureole House)

釈迦堂　*Shaka-do* (Shakyamuni Hall)

開山堂　*Kaizan-do* (Open Mountain Hall)

三社　*Sanja* (Triple Shrine)

光明堂　*Komyo-do* (Enlightenment Hall)

奥之院　*Oku-no-in* (Inner Shrine)

弘法大師銅像　Bronze Statue of *Kobo Daishi* (Great Teacher *Kobo*)

一切経堂　*Issai-kyo-do* (All Sutras Repository)

本堂　*Hon-do* (Great Main Hall)

こわれ不動堂　*Koware Fudo-do* (Breakable Fire-God Hall)

修法道場　*Shuho Dojo* (Esoteric Training Hall)

大門　*Dai-mon* (Great Gate)

1



*So-mon* (Main Gate)

2



Pole on the east side in the center of *So-mon* (Main Gate), the first one from the south

3



Pole on the east side in the center of *So-mon* (Main Gate), the second one from the south

4



Pole on the east side in the center of *So-mon*, the third one from the south

5



Front of *Benzaiten-do* (Goddess Saraswati Hall)

6



Front door of *Benzaiten-do*

7



Front of *Daishi-do* (Hall for the Great Teacher)

8



Door rail, front doors and front porch of *Daishi-do*

9



*Nio-mon* (God Vajrapani Gate)

10



Fence in front of the Statue of *Naraen Kongo* (Guardian of Buddha) at *Nio-mon*

11



Same as the above (Enlargement)

12



Central pole on the northeast side of *Nio-mon*

13



Same as the above (Enlargement)

14



Central pole on the northwest side of *Nio-mon*

15



Outer pole on the northwest side of *Nio-mon*

16



Same as the above (Enlargement)

17



*Korin-kaku* (Aureole House)

18



Same as the above

19



Pole on the north side in front of the inner entrance of *Korin-kaku* (south side)

20



Pole on the north side in front of the inner entrance of *Korin-kaku* (southeast corner)

21



Pole to the north of the lower threshold of the inner entrance of *Korin-kaku*

22



Middle threshold of the inner entrance of *Korin-kaku*

23



South side of the outer pole on the southeast side of *Korin-kaku*

24



North side of the outer pole on the southeast side of *Korin-kaku*

25



Pole in front of the entrance lobby of *Korin-kaku*

26



Pole to the south of the threshold of the great entrance of *Korin-kaku*

27



Pole to the north of the threshold of the great entrance of *Korin-kaku*

28



Pole to the north of the Reception Counter for *O-goma* (Ritual Burning of Wood Sticks) at *Korin-kaku*

29



Outer pole on the northeast side of *Korin-kaku*

30



*Shaka-do* (Shakyamuni Hall)

Cross-Reference Table

| Letter/Number on Layout of Katori Jingu Shrine | | Damaged Portion | Photo No. |
|---|---|---|---|
| Ⓐ | | *Romon* **or Tower Gate** | 1 |
| ① | | Vermilion-colored round pole on the southwest side (first one from the south side) | 2-3 |
| ② | | Vermilion-colored round pole on the west side (second one from the south side) | 2-4 |
| ③ | | Vermilion-colored round pole on the northwest side (third one from the south side) | 5-6 |
| ④ | | Vermilion-colored round pole on the southeast side (first one from the south side) | 7-8 |
| ⑤ | | Vermilion-colored round pole on the east side (second one from the south side) | 7-9 |
| ⑥ | | Vermilion-colored round pole on the northeast side (third one from the south side) | 10-11 |
| ⑦ | | *Komainu* or Guardian Dog Statue on the northwest side | 12-13 |
| ⑧ | | *Komainu* or Guardian Dog Statue on the northeast side | 14-15 |
| Ⓑ-Ⓗ | | **Hall of Worship and** *Tamagaki* **Fence around the** *Honden* **or Main Hall** | 16 |
| ⑨ | | Black-colored square pole on the east side in front of the Hall of Worship | 17-18 |
| ⑩ | | Black-colored stairs and the black-colored offertory box in front of the Hall of Worship | 19-21 |
| ⑪ | | Black-colored square pole on the west side in front of the Hall of Worship | 22-23 |
| ⑫ | | Black-mirror-finished wooden double door on the west side of the Hall of Worship | 24-26 |
| ⑬ | | Wooden black-colored *Tamagaki* Fence at the | 27-29 |