| | | |
|---|---|---|
| | northwest corner of the *Honden* or Main Hall | |
| ⑭ | Wooden double sliding door at the center of the wooden black-colored *Tamagaki* Fence on the north side of the *Honden* or Main Hall | 30-31 |
| ⑮ | Wooden black-colored *Tamagaki* Fence at the northeast corner of the *Honden* or Main Hall | 32-33 |
| ⑯ | Pole on the north side of the gateway on the east side of the Hall of Worship | 34-35 |
| ⑰ | Pole on the south side in the center of the gateway on the east side of the Hall of Worship | 36-37 |
| ⑱ | Pole on the south side of the gateway on the east side of the Hall of Worship | 38 |
| ⑲ | Prop at the southeast corner of the raised passage on the south side of the Hall of Worship | 39-40 |
| Ⓘ | ***Shinsenden* or Hall of Divine Food Offerings** | 41 |
| ⑳ | Vermilion-colored wooden double door | 42 |
| Ⓙ | **Sosa Jinja Sub-shrine** | 43-45 |
| ㉑ | Pole on the north side | 46 |
| ㉒ | Front door | 47 |
| Ⓚ | **Sakura Otoji Jinja Sub-shrine** | 48-49 |
| ㉓ | Front poles and door | 50-52 |
| Ⓛ | **Kashima Jingu Affiliated Shrine** | 53 |
| ㉔ | Area near the central shelf in the front | 54-55 |
| Ⓜ | **Storehouse Built of Logs** | 56 |
| ㉕ | The lower part of the door and the floor in front of the door | 57-58 |
| Ⓝ | **Hall of Prayer** | 59 |
| ㉖ | Vermilion-colored stairs in the front | 60-62 |
| Ⓞ | **Suwa Jinja Sub-shrine** | 63 |
| ㉗ | Area in front of the door | 64-65 |



Layout of Katori Jingu Shrine
香取神宮 現場見取図

Sakura Otoji Jinja Sub-shrine
櫻大刀自神社

Kashima Jingu Affiliated Shrine
鹿島神宮

Sosa Jinja Sub-shrine
匝瑳神社

Storehouse Built of Logs
校倉

本殿
Honden or
Main Hall

禊殿

Hall of Worship
拝殿

神礼授与所
Amulet Reception Counter

Shinsenden or Hall
of Divine Food Offerings

Hall of Prayer
祈祷殿

Amulet-issuing Office
札所

Romon or Tower Gate
楼門

Suwa Jinja Sub-shrine
諏訪神社

Legend
凡例
Ⓐ~Ⓞ  被害箇所施設名称
          Damaged Facility
①~㉗  被害箇所
          Damaged Portion

# Exhibit 21

Form 6 (Article 61, Rule of Criminal Investigation)                                    1/2

Victim's Report

April 13, 2015

To: Chief of Narita Police Station

Reporter's Name: ~~Yoichi~~ KYOSU
(Seal)
Address: 205 Azuma-cho, Narita City
Phone Number: 0476-22-2111

I hereby report that damage has been done                as follows:

| | |
|---|---|
| Victim's Name, Occupation, Address and Age | Shodai KISHIDA, DOB: November 8, 1954, 60 years old<br><br>Temple Staff (Chief Temple Manager, Narita-san Shinsho-ji Temple)<br>Address: 5-32-9 Tamatsukuri, Narita City, Chiba Prefecture |
| Date and Time of Damage | Sometime between 3 p.m. on March 25, 2015, and 8 a.m. on April 9, 2015 |
| Location of Damage | In the premises of Narita-san Shinsho-ji Temple<br>Location: 1 Narita, Narita City, Chiba Prefecture |
| Description of Damage | As Director of the General Affairs Division at Narita-san Shinsho-ji Temple, I report the damage where the oily liquid has been sprayed over 15 structures, including *Dai Hondo* (Great Main Hall) in the premises of Narita-san Shinsho-ji Temple.<br>    We found the damage on the morning of April 9, when we went to check the structures in our premises because other temples and shrines were reported to have been sprayed with oily liquid. |

Seal of Narita Police Station
Chiba Prefectural Police
No. Kei 486
April 13, 2015

Form 6                                                                          2/2

| | Item | Quantity | Current Value | Victim's Name | Shodai KISHIDA |
|---|---|---|---|---|---|
| | | | | Description | Owner |
| Damaged/ Stolen items | | | (Seal) KYOSU | | |
| Culprit's name or alias, address and descriptions, including facial/ physical features and clothes | I do not know. | | | | |
| Items left behind at the crime scene and any other relevant information | I am Yoichi KYOSU (DOB: September 20, 1956), Director of the General Affairs Division of Narita-san Shinsho-ji Temple.   I will submit the quotation for the damage at a later date.   Three of the damaged structures are designated as important cultural properties: *Nio-mon* (Gate), *Shaka-do* (Hall), and *Komyo-do* (Hall). | | | | |

*I have filled in the form as above on behalf of the reporter at his request.

Police Officer Ryo ADACHI (Seal)

Judicial Police Officer, Narita Police Station

Recipient of Report:   Branch: Investigation   Name: Ryo ADACHI

Note:

1. When the reporter is not the victim, describe the relationship between the reporter and the victim and the reason why the reporter files the report in the column for "Items left behind at the crime scene and any other relevant information".

2. When a police officer fills in this form on behalf of the reporter at his/her request, state in the asterisked column, "I have filled in the form as above on behalf of the reporter at his/her request." and write down the officer's name, title and division or police station and affix the officer's seal.

*9*

Form 6 (Article 61, Code of Criminal Investigation)                                    1/2

Victim's Report

April 10, 2015

To: Chief of Katori Police Station

Reporter's Name: Kazuhiro SAGAWA (Seal)

Address: 26-9 Minamigaoka, Inashiki City, Ibaraki Prefecture

Phone Number: 029-893-0002

090-3510-4758

I hereby report the damage to our structures as follows:

| Victim's Name, Occupation, Address and Date of Birth (Age) | Shoji TAKAHASHI, Chief Priest of Katori Jingu Shrine<br>I-3169 Sawara, Katrori City, Chiba Prefecture<br>January 5, 1928 (87 years old) |
| --- | --- |
| Date and Time of Damage | Between around 5 p.m. on March 25, 2015 and 5 a.m. on March 26, 2015 |
| Location of Damage | In the premises of Katori Jingu Shrine<br>Location: 1697 Katori, Katori City, Chiba Prefecture |
| Descriptions of Damage | At about 5 a.m. on March 26, 2015, when a shrine staff member opened the front door of the Hall of Worship to clean the area, he noticed oil-like liquid sprayed over the offertory box and stairs in front of the hall.<br>We initially thought some worship visitors sprinkled *sake* or salt for a religious ritual. After a while, however, the stains didn't go away. We couldn't wipe them off with cloth, and a sweetish smell hung in the air.<br>It was also found that the oil-like liquid was sprayed over other structures, including the pillars of *Romon* or Tower Gate, which is a nationally designated important cultural property, the stairs of the Hall of Prayer, which were designated by Chiba Prefecture as tangible cultural property, the front door and floor of the Storehouse Built of Logs, which were designated by Katori City as tangible cultural property, and other sites in *Yashiro* or shrine structures. |

Seal of Katori Police Station

Chiba Prefectural Police

No.219    April 10, 2015

Form 6 (Article 61, Code of Criminal Investigation)                                                   1/2

Victim's Report

April 10, 2015

To: Chief of Katori Police Station

Reporter's Name: Kazuhiro SAGAWA (Seal)
Address: 26-9 Minamigaoka, Inashiki City, Ibaraki Prefecture
Phone Number: 029-893-0002
090-3510-4758

I hereby report the damage to our structures as follows:

| | |
|---|---|
| Victim's Name, Occupation, Address and Date of Birth (Age) | Shoji TAKAHASHI, Chief Priest of Katori Jingu Shrine I-3169 Sawara, Katori City, Chiba Prefecture January 5, 1928 (87 years old) |
| Date and Time of Damage | Between around 5 p.m. on March 25, 2015 and 5 a.m. on March 26, 2015 |
| Location of Damage | In the premises of Katori Jingu Shrine Location: 1697 Katori, Katori City, Chiba Prefecture |
| Descriptions of Damage | At about 5 a.m. on March 26, 2015, when a shrine staff member opened the front door of the Hall of Worship to clean the area, he noticed oil-like liquid sprayed over the offertory box and stairs in front of the hall. We initially thought some worship visitors sprinkled *sake* or salt for a religious ritual. After a while, however, the stains didn't go away. We couldn't wipe them off with cloth, and a sweetish smell hung in the air. It was also found that the oil-like liquid was sprayed over other structures, including the pillars of *Romon* or Tower Gate, which is a nationally designated important cultural property, the stairs of the Hall of Prayer, which were designated by Chiba Prefecture as tangible cultural property, the front door and floor of the Storehouse Built of Logs, which were designated by Katori City as tangible cultural property, and other sites in *Yashiro* or shrine structures. |

Seal of Katori Police Station
Chiba Prefectural Police
No.219   April 10, 2015

*9.*

Form 6 (Article 61, Code of Criminal Investigation)                                      1/2

Victim's Report

April 10, 2015

To: Chief of Katori Police Station

Reporter's Name: Kazuhiro SAGAWA (Seal)
Address: 26-9 Minamigaoka, Inashiki City, Ibaraki Prefecture
Phone Number: 029-893-0002
090-3510-4758

I hereby report the damage to our structures as follows:

| Victim's Name, Occupation, Address and Date of Birth (Age) | Shoji TAKAHASHI, Chief Priest of Katori Jingu Shrine<br>I-3169 Sawara, Katori City, Chiba Prefecture<br>January 5, 1928 (87 years old) |
| --- | --- |
| Date and Time of Damage | Between around 5 p.m. on March 25, 2015 and 5 a.m. on March 26, 2015 |
| Location of Damage | In the premises of Katori Jingu Shrine<br>Location: 1697 Katori, Katori City, Chiba Prefecture |
| Descriptions of Damage | At about 5 a.m. on March 26, 2015, when a shrine staff member opened the front door of the Hall of Worship to clean the area, he noticed oil-like liquid sprayed over the offertory box and stairs in front of the hall.<br><br>We initially thought some worship visitors sprinkled *sake* or salt for a religious ritual. After a while, however, the stains didn't go away. We couldn't wipe them off with cloth, and a sweetish smell hung in the air.<br><br>It was also found that the oil-like liquid was sprayed over other structures, including the pillars of *Romon* or Tower Gate, which is a nationally designated important cultural property, the stairs of the Hall of Prayer, which were designated by Chiba Prefecture as tangible cultural property, the front door and floor of the Storehouse Built of Logs, which were designated by Katori City as tangible cultural property, and other sites in *Yashiro* or shrine structures. |

Seal of Katori Police Station
Chiba Prefectural Police
No.219    April 10, 2015

Form 6                                                                          2/2

| | Items | Quantity | Current Value | Descriptions | Owner |
|---|---|---|---|---|---|
| | | | | Victim's Name | Shoji TAKAHASHI |
| Damaged/ Stolen Items | | | (Seal) SAGAWA | | |
| Culprit's name or alias, address and descriptions, including facial/ physical features and clothes | The security cameras installed in the premises filmed a longish-haired plump man, age unknown, wearing a whitish shirt, a dark jacket with hood, and jeans-like pants, who sprayed something over *Tamagaki* or Fence, etc., at about 5 p.m. on March 25, 2015. | | | | |
| Items left behind at the crime scene and any other relevant information | 1. I am *Gon-Negi* or Assistant Priest of Katori Jingu Shrine. The Chief Priest of the shrine has authorized me to file a victim's report with police. 2. We didn't file a report immediately because we initially thought some worship visitors sprayed some kind of liquid for a religious ritual. But now we file this report because we got to know the other day that shrines and temples in other prefectures also suffered similar damages. | | | | |

*I have filled in the form as above on behalf of the reporter at his request.

Inspector Hisao TAKAHASHI (Seal)
Judicial Police Officer, Katori Police Station

Recipient of Report: Branch: Investigation   Name: Hisao TAKAHASHI

Notes

1.  When the reporter is not the victim, describe the relationship between the reporter and the victim and the reason why the reporter files the report in the column for "Items left behind at the crime scene and any other relevant information".

2.  When a police officer fills in this form on behalf of the reporter at his/her request, state in the asterisked column, "I have filled in the form as above on behalf of the reporter at his/her request." and write down the officer's name, title and division or police station and affix the officer's seal. .

01

Date: July 24, 2015

To: Superintendent Hideki CHAYA
    Judicial Police Officer
    Chief of Narita Police Station

                From: Sergeant Koji ZAITSU
                     Judicial Police Officer
                     Katori Police Station
                     (Dispatched to Narita Police Station for support)

Re: Investigation report on the calculated total damage pertaining to the case of vandalizing historic sites across Japan

    Regarding the captioned case that occurred in Narita-san Shinsho-ji Temple and Katori Jingu Shrine on March 25, 2015, I hereby report the calculated total damage to the affected temple and shrine.

1. Total amount of damage
  120,500 JPY (excluding consumption tax)

2. How the amount was worked out
 (1) In the incidents, historic sites across Japan, including important cultural properties, have been defaced with an oily liquid. Specifically, such defacing incidents have been confirmed at the locations below in Narita-san Shinsho-ji Temple:
      Three poles of *So-mon* (Main Gate)
        a. Pole on the east side in the center, the first one from south
        b. Pole on the east side in the center, the second one from south
        c. Pole on the east side in the center, the third one from south
 (2) I got the quotation for restoration of the damaged locations prepared by a repair shop from Director Yoichi KYOSU of General Affairs Division at Narita-san Shinsho-ji Temple (Location: 1 Narita, Narita City, Chiba Prefecture) on July 23, 2015. Based on the quotation, I worked out the damage to the affected locations.

3. Repair shop (which prepared the quotation)
  Kongo Gumi Co., Ltd.
  (Location: TCG Building, 4-8-2 Shiba, Minato-ku, Tokyo)

4. Calculation of the damage amount

(1) Breakdown of the amount in the quotation regarding cleaning work (removing oil stains) for *So-mon* (Main Gate) of Narita-san Shinsho-ji Temple

    A. Oil stain removal from *So-mon* poles or partial stain removal from three poles

        Quantity: Three

        Unit price: 30,000 JPY

        Amount: 90,000 JPY

    B. Cost of chemicals

        Quantity: One package

        Unit price: 20,000 JPY

        Amount: 20,000 JPY

    C. Other expenses

        Quantity: One package

        Unit price: 10,500 JPY

        Amount: 10,500 JPY

    D. Subtotal

        Amount: 120,500 JPY

    E. Consumption Tax

        Amount: 9,600 JPY

        *Calculated from 120,000 JPY, the amount subtracting 500 JPY from the subtotal of 120,500 JPY by rounding down fractions

    F. Total amount

        Amount: 129,600 JPY

(2) Actual damage amount in total

    120,500 JPY

    *Amount with fractions included and consumption tax excluded from the total amount of the quotation

5. Reference information

(1) Restoration methods

    Cleansing the defaced spots with chemicals

(2) Limitations of restoration work

    Restoration work will be done to remove oily liquid stains soaked into the columns, the damaged spots in this case, and to restore its appearance back to its original condition. However, it is impossible even for specialized contractors to remove the liquid completely because the liquid is soaked into the damaged spots made of plain wood.

    Chemicals used in our restoration work may make the defaced spots more conspicuous.

(3) Attachment

A copy of the quotation obtained by me from Director of General Affairs Division of Narita-san Shinsho-ji Temple named Yoichi KYOSU

# Quotation

Kongo Gumi Co., Ltd. (Seal)

Tokyo Head Office: TCG Building, 4-8-2 Shiba, Minato-ku, Tokyo 108-0014

Phone: 03-3455-3211

Fax: 03-3455-3212

Kanto Regional Branch Office: 1-41-7 Suneori-cho, Tsurugashima City, Saitama 350-2211

Osaka Head Office: 1-14-29 Shitennoji, Tennoji-ku, Osaka City 543-0051

4

# Quotation

To: Narita-san Shinsho-ji Temple

Total Amount: 129,600 JPY

Construction Cost: 120,000 JPY        Consumption Tax: 9,600 JPY

For cleaning work (removing oil stains) for *So-mon* (Main Gate) of Narita-san Shisho-ji Temple

We are pleased to offer a quotation as per the attachment.

Date: July 21, 2015

Kongo Gumi Co., Ltd. (Seal)

Tokyo Head Office: TCG Building, 4-8-2 Shiba, Minato-ku, Tokyo 108-0014

Phone: 03-3455-3211

Fax: 03-3455-3212

Kanto Regional Branch Office: 1-41-7 Suneori-cho, Tsurugashima City, Saitama 350-2211

Osaka Head Office: 1-14-29 Shitennoji, Tennoji-ku, Osaka City 543-0051

| No. | Description | Shape and size | Quantity | Unit | Unit price | Amount | Remarks |
|---|---|---|---|---|---|---|---|
| | Cleaning work (Removing oil stains) for So-mon (Main Gate) of Narita-san Shisho-ji Temple | | | | | | |
| | Removing oily liquid from poles of So-mon (Main Gate) | Partial stain removal from three poles | 3.00 | Pole | 30,000 | 90,000 | |
| | Cost of chemicals | | 1.00 | Package | 20,000 | 20,000 | |
| | Other expenses | | 1.00 | Package | 10,500 | 10,500 | |
| | *Due to aged deterioration, the structures have sunburn as a | | | | | | |
| | whole, and partial stain removal may make the restored spots | | | | | | |
| | conspicuous. It is also impossible to remove the oil stains | | | | | | |
| | completely. | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | Subtotal | | | | | 120,500 | |
| | Fractions rounded down | | | | | -500 | |
| | Subtotal after subtracting fractions | | | | | 120,000 | |
| | Consumption tax | | | | | 9,600 | |
| | Total | | | | | 129,600 | |

Kongo Gumi Co., Ltd.

6

Date: July 4, 2015

To: Superintendent Hideki CHAYA

    Judicial Police Officer

    Chief of Narita Police Station

                From: Sergeant Koji ZAITSU

                      Judicial Police Officer

                      Katori Police Station

                      (Dispatched to Narita Police Station for support)

Re: Investigation report on the calculated total damage pertaining to the case of vandalizing historic sites across Japan

    Regarding the captioned case that occurred in Narita-san Shinsho-ji Temple and Katori Jingu Shrine on March 25, 2015, I hereby report the calculated total damage to the affected temple and shrine.

1. Total amount of damage

    2,423, 248 JPY (excluding consumption tax)

2. How the amount was worked out

    (1) In the incidents, historic sites across Japan, including important cultural properties, have been defaced with an oily liquid. Specifically, such defacing incidents have been confirmed at the locations below in Katori Jingu Shrine:

        A black pole located in the west front of the worship hall and a black pole located

1

in the east front of the worship hall; and

Black stairs and a black offertory box located in front of the worship hall

(2) I got the quotation for restoration of the damaged locations prepared by a repair shop from the Shinto priest named Kazuhiro SAGAWA at Katori Jingu Shrine (Location: 1697 Kaori, Katori City, Chiba Prefecture, Japan) on July 4, 2015. Based on the quotation, I worked out the damage to the affected locations.

3. Repair shop (which prepared the quotation)

Konishi Decorative Arts & Crafts Co., Ltd.

(Location: 3rd floor of Mita MK Building, 4-4-5 Shiba, Minato-ku, Tokyo)

4. Calculation of the damage amount

(1) Breakdown of the amount in the quotation (excluding consumption tax)

A. A black pole located in the west front of the worship hall and a black pole located in the east front of the worship hall

Restoration method: Overcoating of lacquer

Area: 7.00 square meters

Unit price: 64,000 JPY

Amount: 448,000 JPY                    *See Photos No.1 & No.2 below.

B. Black stairs located in front of the worship hall

Restoration method: Overcoating of lacquer

Area: 15.90 square meters

Unit price: 64,000 JPY

Amount: 1,017,600 JPY                    *See Photo No.3 below.

2

C. A black offertory box

   Restoration method: Overcoating of lacquer

   Area: 4.50 square meters

   Unit price: 64,000 JPY

   Amount: 288,000 JPY                          *See Photo No.4 below.

D. Expenses for mounting/dismounting parts for overcoating

   Amount: 180,000 JPY

E. Expenses for scaffolding and curing

   Amount: 90,000 JPY

F. Expenses for material transportation

   Amount: 30,000 JPY

G. Other expenses including labor cost

   Amount: 369,648 JPY (worked out by multiplying 2,053,600 JPY (Total of A. – F.

   above) by 0.18)

H. Fractions rounded down

   Subtracted amount: 248 JPY (rounded down to the nearest thousand)

(2) Breakdown of the damage amount (excluding consumption tax)

   Damage amount to the affected locations: 1,753,600 JPY (Total of A. – C.

   above)

   Work expenses and labor cost: 669,648 JPY (Total of D. – G. above)

   Total: 2,423,248 JPY (excluding the fractions rounded down (H. above))


5. Reference information

   (1) Restoration methods

    1. Overcoating of lacquer over the damaged parts

    2. Mounting/dismounting parts for overcoating the offertory box (Parts themselves will

       not be replaced.)

(2) Period of the restoration work

    Approximately one week (The period may be extended depending on the weather

    conditions.)

(3) Attachment

    A copy of the quotation obtained by me from Shinto priest of Katori Jingu Shrine named

    Kazuhiro SAGAWA; and

    4 photos of the affected locations shown by Shinto priest of Katori Jingu Shrine named

    Kazuhiro SAGAWA (taken by Police Officer Shiho KUDO on June 27, 2015)

4

Quotation

Date: June 24, 2015

To: Priest Shoji TAKAHASHI, Katori Jingu Shrine

Prepared by: Konishi Decorative Arts & Crafts Co., Ltd. (Seal)

Location: Mita MK Building 3F, 4-4-5 Shiba, Minato-ku, Tokyo, 108-0014

Phone number: 03-5765-1481

Fax number: 03-3455-9250

Please see our quotation as follows.

Hoping that we may have the opportunity of serving you.

Location: 1697 Katori, Katori City, Chiba Prefecture, Japan

Validity of quotation: Three months from the date of submission of the quotation

Quotation prepared by: SAITO

Locations to be restored: Locations defaced with an oily liquid around the worship hall of

Katori Jingu Shrine

# Total amount: 2,423,000 JPY

(including work and material expenses, but excluding consumption tax)

| Description | Work needed | Area/Work | Unit price | Amount | Remarks |
|---|---|---|---|---|---|
| 2 poles | Overcoating of lacquer | 7.00 m² | 64,000 JPY | 448,000 JPY | |
| Wooden stairs | Overcoating of lacquer | 15.90 m² | 64,000 JPY | 1,017,600 JPY | |
| An offertory box | Overcoating of lacquer | 4.50 m² | 64,000 JPY | 288,000 JPY | |
| Mounting/dismounting parts for overcoating | Parts themselves will not be replaced. | Package | | 180,000 JPY | |
| Expenses for scaffolding and curing | | Package | | 90,000 JPY | |
| Expenses for material transportation | | Package | | 30,000 JPY | |
| Subtotal | | | | 2,053,600 JPY | |
| Other expenses | | | | 369,648 JPY | |
| Subtotal | | | | 2,423,248 JPY | |
| Fractions rounded down | | | | -248 JPY | |
| Total cost | | | | 2,423,000 JPY | |

Photo No.1

The Shinto priest of Katori Jungu Shrine named Kazuhiro SAGAWA showing the black pole located in the west front of the worship hall



Photo No. 2

The Shinto priest of Katori Jingu Shrine named Kazuhiro SAGAWA showing the black pole located in the east front of the worship hall



Photo No. 3

The Shinto priest of Katori Jungu Shrine named Kazuhiro SAGAWA showing the black stairs located in front of the worship hall



Photo No. 4

The Shinto priest of Katori Jungu Shrine named Kazuhiro SAGAWA showing the offertory box located in front of the worship hall



8

17

# Exhibit 22

# Expert Opinion

Table of Contents

Chapter I    Introduction   ——————————  Page 1

Chapter II    Tested images   ——————————  Page 1

Chapter III   Explanation   ——————————  Page 4

Chapter IV   Conclusion   ——————————  Page 6



## Chapter I Introduction

As per the written request for identification dated April 21, 2015 (Reference No.: Narita Kan No. 111), Superintendent Hideki CHAYA, Judicial Police Officer, Chief of Narita Police Station, requested Professor Masatsugu HASHIMOTO, Department of Forensic Odontology and Anthropology, Tokyo Dental College, to examine the following matters regarding the case of vandalizing historic sites involving an unidentified suspect.

Professor HASHIMOTO, who accepted the request, conducted necessary examinations using the electromagnetic recording media and photos he had received in his office and wrote his findings in this Expert Opinion.

### Requested Matters

1. Materials to be examined

Material 1: One DVD-R disc

One disc labeled "Naritasan Shinshoji Temple, from 15:00 to 17:00 on March 25, 2015, Hard Disk Drive 1" containing the footage captured on March 25, 2015 by security cameras installed at Naritasan Shinshoji Temple located at 1 Narita, Narita City, Chiba Prefecture

The target is a person who appeared from the center-right side and disappeared towards the left bottom, captured by the camera covering the north side of *Korin-kaku* Hall from 16:03:10 on March 25, 2015 to 16:03:31 on March 25, 2015 (time shown on each image).

Material 2: One copy of photo attached to the application form for passport

The person on the photo attached to the application form for passport provided by the director of Passport Division, Consular Affairs Bureau, Ministry of Foreign Affairs, in response to the letter of inquiry for investigation purposes dated April 16, 2015 (Reference No.: Narita Kei #1256) prepared by Judicial Police Officer Mio RAIJO, Narita Police Station

Material 3: One DVD-R disc

One disc labeled "Front of the *Honden* or Main Hall of Katori Jingu Shrine No.1, from 15:00 to 18:00 on March 25, 2015" recording the video footage captured on March 25, 2015 by a security camera installed at Katori Jingu Shrine located at 1697 Katori, Katori City, Chiba Prefecture

The target is a person captured by the camera at around 16:51:44 on March 25, 2015 (time shown on each image).

2. Tested points

(1)  Whether or not the person on Material 1 is identical to the person on Material 2



(2)  Whether or not the person on Material 1 is identical to the person on Material 3

(3)  Any other relevant information

Chapter II Tested images

1. Observations on Material 1

Material 1 is a DVD-R disc labeled "Naritasan Shinshoji Temple, from 15:00 to 17:00 on March 25, 2015, Hard_Drive Disk_1" containing the footage captured on March 25, 2015 by security cameras installed at Naritasan Shinshoji Temple located at 1 Narita, Narita City, Chiba Prefecture.

The target is a person who appeared from the center-right side and disappeared towards the left bottom, captured by the camera covering the north side of *Korin-kaku* Hall from 16:03:10 on March 25, 2015 to 16:03:31 on March 25, 2015 (time shown on each image).

The images extracted from the video footage that captured the target during the a/m time frame are numbered 01-20 on Sheets 1 and 2. The date and time of recording are printed below on each image. The target is circled in red on each image.

In the left, right and upper side of each image, I can see a structure which seems to be a part of building and a stone-paved path running downward from the middle. In the bottom right of this stone-paved path, I can see an area surrounded by bar-connecting cones. The area appears to be an off-limits area.

The target appeared on the road in the upper right of the image (01 of Sheet 1), crossed the road and disappeared from the left bottom of the image.

From series of images, I can observe that target's clothing and physical features, including his craniofacial features. I will describe these features later.

2. Observations on Material 2

This is a copy of photo attached to the application form for passport provided by the director of Passport Division, Consular Affairs Bureau, Ministry of Foreign Affairs, in response to the letter of inquiry for investigation purposes dated April 16, 2015 (Reference No.: Narita Kei #1256) prepared by Judicial Police Officer Mio RAIJO, Narita Police Station, and the target is the person on the photo. Sheet 3 shows the photo.

The target is the person on the photo. Among significant features of the person, I can see his hair parting is on the slightly left side from the midline, his hair above both ears is made puffy outwards, the inner end of both eyebrows is wider than the outer end, both eyebrows curve slightly downward to the outer ends, and the bulge between eyebrows is quite prominent and roundish, protruding forward and reaching the nasal root in the midline region. I can also see the outline of the lower facial region. I will describe the features later.

3. Observations on Material 3

This is a DVD-R disc labeled "Front of the *Honden* or Main Hall of Katori Jingu Shrine No.1, from 15:00 to 18:00 on March 25, 2015" containing the footage recorded on March 25, 2015 by a security camera installed at Katori Jingu shrine located at 1697 Katori, Katori City, Chiba Prefecture.

The target is a person captured by the camera at 16:51:44 on March 25, 2015 (time shown on each image).



On the images, I observe a structure which seems to be a *Yashiro* or shrine house in the upper center, and I observe poles on the left and right sides in the front of the shrine house. In front of this shrine house and on the left side of the shrine house, I observe a fence-like enclosure. I presume that the area around the fence and on the right side of the image is stone-paved. In the left side of the image, I observe a stone lantern erected. It seems that the ground in the lower part of the image is covered with pebbles. I observe another structure in the upper right of the image. The images extracted from the video footage that captured the target are numbered 01-40 on Sheets 4, 5, 6 and 7. The date and time of recording are printed below on each image. The target is circled in red on each image.

The target is observed at the structure in the upper right of the images at around 16:51:06 on March 25, 2015 (01 and 02 of Sheet 4). The target next appeared at the front of the structure in the upper right of the image at around 16:51:18 on March 25, 2015 (03 of Sheet 4). From there, the target moved to the front of the *Yashiro* or shrine house, and stood in the front between 16:51:42 on March 25, 2015 (22 of Sheet 6) and 16:51:45 on March 25, 2015 (31 of Sheet 7). Then, he turned counter-clockwise, walked on what seems to be a stone pavement in front of the *Yashiro* or shrine house to the right, and disappeared (40 of Sheet 7). He disappeared at 16:51:52 on March 25, 2015.

From series of movements, I observe the target's clothing and physical features including craniofacial features. I will describe these features later.

4. Observations on the comparison between the target on Material 1 and the target on Material 2

The outcome of comparison made between the target on Material 1 and the target on Material 2 is shown on Sheets 8 and 9.

On Sheet 8, I observe that both targets match or closely resemble with each other in the shape of hair: specifically, hair puffy outwards on both temporal regions (Red arrows 1 and 2) and falling slightly over the right side of the forehead, and hairline on the left side receding up to the head area (Red arrow 3). In both targets, I see a large bulge from the glabella to the forehead, a feature that I presume is indicating high identity (Red arrow 4 and the area circled in red). A red circular arc of the same size and shape placed over the inferior border of the mandible shows that the mandibles in both targets are compatibly identical.

The upper part of Sheet 9 indicates the outcome of comparison by superimposing only facial parts on both images recorded from almost the same direction. Transmittance ratio indicated below each image shows the visibility ratio of the image placed upon the other one, which means that at zero percent of transmittance ratio, you can see only the image below, and at 100 percent, you can see only the image above. Red horizontal lines are drawn at the heights where the eyes, nasal apex, and inferior border of the mandible are presumed to be positioned. From those images superimposed, I can see that the vertical positions of the eyes, nose and mandible of both targets match very closely.

The lower part of Sheet 9 indicates the outcome of comparison of morphologic features of the craniofacial area of both targets.

Regarding the hair, as mentioned earlier, I observe that both targets seem to match or closely resemble with each other in hair puffy outwards on the temporal regions (Red arrows 1 and 6), shape of hair slightly falling over the right side of the forehead (Red arrow 2), hairline receding

3

upward (Red arrow 4), and shape of hair from the receding hairline to the sideburns (Red arrow 5).

Regarding facial features, I observe that both targets seem to match or closely resemble with each other in a significant large bulge in the glabella (Red arrow 3), narrow nasal root below the bulge (Red arrow 7), shape from the nasal apex to ala (Red arrow 8), shape of the inferior border of the mandible. In addition, on any of the comparisons shown on Sheets 8 and 9, I do not observe any unexplainable obvious difference that obliges me to conclude that the two targets are different persons.

Given the observations above, it seems reasonable to conclude that there is an extremely high possibility for the target on Material 1 and the target on Material 2 to be a same person.

5. Observations on the comparison between the target on Material 1 and the target on Material 3

The outcome of comparison between the target on Material 1 and the target on Material 3 is shown on Sheets 10 and 11.

Regarding the images shown on the top two rows of Sheet 10, I observe that both targets seem to match or closely resemble with each other in the appearance of hairline as a craniofacial feature; specifically hair falling over the right side of the forehead (Red arrow 1), the left side from the midline of the forehead largely exposed along with a straight hairline (Red arrow 2), hairline recessed upward at the parting (Red arrow 3), and hair puffy outward on the left temporal region (Red arrow 4). I also see a relatively significant bulge in the glabella (Red arrow 5).

Regarding the clothing, I observe that both targets are identical without any contradiction in the positions and shapes of parts of different color shades pointed by red arrows 6 - 16. Specifically, both targets wear a blackish-sleeved jacket (Red arrows 8 and 9) with whitish lining (Red arrows 6 and 7 and area circled in red) and a whitish shirt underneath (Red arrow 10). On the left and right sides of the shirt, I see a fabric of grayish shade (Red arrows 11 and 12). Above the grayish fabric on the left, I see a shade same as that of a jumper-like jacket (Red arrow 13). Regarding the pants, I do not see any discrepancy in color tone (Red arrow 14), and on top of that, a whitish circular portion is observed near cuffs (Red arrow 15). The shoes that both targets wear are blackish and identical in color tone (Red arrow 16).

On Sheet 11, comparisons were made on images recorded from different angles, regarding the shape of hair and features of clothing observed on both targets. I observe that both targets seem to match or closely resemble with each other in the shape of hairline; specifically, hair falling over the right side of the forehead (Red arrow 4), the left side from the midline of the forehead largely exposed along with a straight hairline (Red arrow 3), hairline recessed upward at the parting (Red arrow 1), straight hairline bordering the facial skin below the parting (Red arrow 2), and hair puffy outward on the right temporal region (Red arrow 5).

Regarding the clothing, both targets wear a blackish-sleeved jacket (Red arrow 7) with whitish lining (Red arrow 6) and a shirt of whitish color tone underneath (Red arrow 9). The fabrics of grayish color tone are observed on the left and right sides of the shirts (Red arrow 8). Regarding the pants, I do not observe any discrepancy in color tone (Red arrow 10), and on top of that, a whitish circular portion is observed near cuffs (Red arrow 11). The shoes that both targets wear are blackish and identical in color tone (Red arrow 12).

As described above, both targets match or closely resemble with each other in the shape of

hairline bordering the facial skin, a craniofacial feature indicating high identity, they are identical in outfits, including upper and lower clothing and shoes, and they were video-recorded on the same day in the same north-eastern region of Chiba Prefecture. Therefore, I reasonably conclude that there is an extreme high possibility that the target on Material 1 and the target on Material 3 are a same person.

## Chapter III Explanation

1. When identifying persons captured on different images, comparisons are made on the craniofacial and total physical features. The ideal circumstances for comparison of craniofacial features are that the images to be compared were recorded under almost same conditions and in high resolution. However, when security-camera footage is used for comparison analysis, it is difficult to obtain images captured under same conditions, and in many cases, the image definition is low. In such cases, images are sharpened before analysis. Usually, during image sharpening process, images are defined or outlined by adjusting the brightness and contrast without altering features of them. Therefore, I do not believe that sharpening images will discredit the evidence. Image sharpening cannot change angles of images already taken, and when comparing images recorded from different angles, I draw a conclusion by comparing images taken from similar angles or by considering effects of different shooting conditions on images. I applied such methods to this examination.

2. As for the methods of comparing targets, I usually apply Juxtaposition Method, in which I place two targets side by side and compare them regarding the observable portions they have in common, and if they were recorded in very similar conditions, I apply Superimposition Method, in which I lay one of the targets over the other.

Regarding the craniofacial features of the targets, comparisons are normally made with regard to the style, length and texture of hair, the craniofacial outline, the conditions of the forehead and cheeks, and the morphologic features of so-called facial components, including eyebrows, eyes, nose, mouth and ears. If both targets were captured from almost a same direction, I also consider making comparison of the positions of the facial components on the facial area. For the total physical features, the height, built and body proportion are compared, and when the material is video footage, the way of walking may be compared. Non-biological matters such as outfits and personal effects of targets are also compared.

In this examination, I faced a disadvantage that materials for comparison (Material 1 and Material 3) are in low resolution, but each material has comparable features, including morphologic features indicating high identity. By making such comparisons, I found that both targets match or closely resemble with each other, and I did not find any unexplainable distinct difference between them.

3. When comparing different personal images, I make comparison under the hypothesis that they are different persons because if any unexplainable distinct difference exists between them, I can conclude that they are different persons. Distinct difference means the difference that cannot be explained even thinking of differences in date and time and conditions of recording.



However, if such a distinct difference is not observed, I will consider looking for similarities between both targets, in which case if comparison between targets on images in relatively high resolution shows that both targets have same features indicating high identity to each other or share some features rare in population, I will conclude that it is safe to assume the two targets to be a same person or that there is an extremely high possibility for them to be a same person. Even if features indicating high identity are observed on both targets, in case only a few such features are observed or in case images are in low resolution, in my opinion, it is reasonable to say that there is a very high possibility for two targets to be a same person.

On the other hand, even with many identical features observed on both targets, in case such features are relatively common in population, or in case there is no apparent difference that obliges me to conclude that the targets are different persons, or in case I cannot determine whether or not they are same despite the fact that there is no discrepancy in their comparable features, I will conclude that there is a very high possibility for two targets to be a same person or that there is a high possibility for two targets to be a same person. For your information, the expression "there is a high possibility" can be read as having the same meaning as "it is possible".

In this examination, I made the conclusion by applying these standards of judgment.

Chapter IV Conclusion

Based on the outcomes described above, I conclude as follows:

(1) It is reasonable to conclude that there is an extremely high possibility for the target on Material 1 to be a same person as the target on Material 2.

(2) It is reasonable to conclude that there is an extremely high possibility for the target on Material 1 to be a same person as the target on Material 3.

(3) For other relevant information, see the previous chapter.

A total of five days from April 21 to 25, 2015, were spent for this examination.

Date: April 25, 2015

Professor Masatsugu HASHIMOTO
Department of Forensic Odontology and Anthropology
Tokyo Dental College





Sheet 1: Images Extracted from Video Footage Recorded on Material 1 (1 of 2)

Sheet 2: Images Extracted from Video Footage Recorded on Material 1 (2 of 2)

Sheet 4: Images Extracted from Video Footage Recorded on Material 3 (1 of 4)

Sheet 7: Images Extracted from Video Footage Recorded on Material 3 (4 of 4)

Sheet 6: Images Extracted from Video Footage Recorded on Material 3 (3 of 4)



et 11: Comparison between Target on Material 1 and Target on Material 3 (2 of 2)                    She

Image of Original Passport Application (Face Photo and Signature)

At 1427 hours on April 16, 2015 (3 of 3)

| Passport Number | TZ0807838 |
|---|---|
| Date of Issue | September 12, 2012 |
| Date of Delivery | September 18, 2012 |

申請書原本イメージ（顔・署名）

2015年 4月 16日 14時27分（ 3 / 3）



Sheet 3: Photo Printed on Material 2



Sheet 8: Comparison between Target on Material 1 and Target in a Photo on Material 2 (1 of 2)

# Exhibit 23

Date: May 19, 2015

To: Superintendent Hideki CHAYA
    Judicial Police Officer
    Chief of Narita Police Station

        From: Police Officer Atomu FUKUDA
           Judicial Police Officer
           Narita Police Station

Re: Analysis report on the lectures presented by the suspect pertaining to the case of vandalizing historic sites

    Regarding the captioned case that occurred in Narita-san Shinsho-ji Temple and Katori Jingu Shrine on March 25, 2015, I hereby report the result of analysis of the videos recording the suspect's lecture presented on November 3, 2012, because I found he made remarks about vandalizing historic sites during the lecture.

I. Footage analyzed
    Video footage titled "Dr. KANAYAMA Vision School (11/03)" of the lecture presented by the suspect on November 3, 2012 that was posted on the homepage of IMM Japan

II. Analyzer
    Police Officer Atomu FUKUDA

III. Our findings
    As a result of checking of the website of IMM Japan, a religious organization established by the suspect KANAYAMA, I found the video on YouTube showing the lectures given by the suspect at so-called "Sacred Assembly" at various locations across Japan.

                                     (See Photos #1-3)

    I viewed the video and found that the suspect said in the lecture that he had vandalized historic sites with oil showing the specific sites on the screen. Therefore, I analyzed the portions of such remarks in the video as follows:

A. Between 01:14:31 and 01:22:41 from the start of the video

    While displaying the images that appear like a mountain and the shrine on the summit on the screen, the suspect said:

        "Jesus commanded me to climb Mount Tateyama.

1

I climbed Mount Tateyama and received the oil for pouring over it.

The purpose of the Holy Spirit was to pour the oil over the roof of the *Hokora* (small shrine) on the mountain and make the mountain belong to Jesus Christ.

When I was praying to the Holy Spirit on September 23, He said to me, 'Today is the day for you to go to Mount Tateyama.' So I went to Toyama and took a bus from there.

The Holy Spirit said, 'Now, climb onto the roof of a *Hokora* or small shrine. Nobody can see you because you are covered by clouds.' So, I poured the oil over the roof from the bottle of oil in the shape of cross and declared Mount Tateyama as a belonging of Jesus Christ eternally."

(See Photos #4 and #5)

B. Between 01:22:47 and 01:29:30 from the start of the video

While displaying the images that appear like a mountain, stone statues and a *Hokora* or small shrine on the screen, the suspect said:

"By the command of the Holy Spirit, I climbed Mount Ishizuchi-yama in the Shikoku region in March.

Mount Tateyama had several *Hokora* (small shrines) leading to the hell. I neutralized them all by pouring oil over them.

(While showing Photo #7 on the screen) All of them are evil spirits. That's what they really are.

In March, I challenged three times but gave up because of blizzards.

The Holy Spirit said to me, 'May 1 is the mountain opening day and *Madowashi* (deluding evil spirits) will appear. So go to the mountain before the opening.' The mountain opening time was 11 a.m. on May 1, and I reached the summit at 10:45 a.m.

The *Hokora* (small shrine) on the summit of the mountain was 50 centimeters high, and evil spirits were clinging to it.

The Holy Spirit told me to make the sign of the cross. So, I poured oil over the shrine in such posture and made a declaration saying, 'Now I declare this Mount Ishizuchi-yama as a belonging of Jesus Christ eternally from today, away from Satan, the devil.'"

(See Photos #6 -8)

C. Between 01:29:33 and 01:29:52 from the start of the video

While displaying an image of snake statues on the screen, the suspect said:

"The Holy Spirit said, 'There are three white snakes in this mountain.'

I found the snakes on the way, so I disabled them by pouring oil over them."

2

(See Photo #9)

D. Between 01:30:20 and 01:32:47 from the start of the video

While displaying an image of town scenery on the screen, the suspect said:

"The Holy Spirit entrusted me with a mission in late August. But I cannot tell you where I go because the mission has not been accomplished yet.

This is the home ground for Japan's Principality. It's a flatland extending over two prefectures and holding a large number of shrines.

There are about 200 shrines, and about a dozen of them are the headquarters of Japan's Principality.

This is one of the towns there."

(See Photo #10)

E. Between 01:32:50 and 01:34:02 from the start of the video

While displaying the image of *Shimenawa* or sacred straw festoon on the screen, the suspect said:

"This is one of such shrines.

Lots of evil spirits are clinging to *Shimenawa* (straw festoon) like bats.

I applied the oil of the Lord to *Shimenawa*."

(See Photo #11)

F. Between 01:34:03 and 01:34:14 from the start of the video

While displaying the image that appears like a shrine or temple building on the screen, the suspect said:

"This is the place where evil spirits get together and make up schemes."

(See Photo #12)

G. Between 1:34:15 and 1:34:33 from the start of the video

While displaying the images that appear like a shrine or temple building and blackish stains on a pole on the screen, the suspect said:

"This is another shrine.

I poured oil in the posture of Jesus Christ."

(See Photos #13-15)

H. Between 1:34:35 and 1:35:58 from the start of the video

While displaying the image of *Hokora* or small shrine probably in the woods on the screen, the suspect said:

"In this area, there are a lot of gates leading to the land of the dead.

I found some, and this is one of them.

In the name of Jesus, I declared them shut down."

(See Photo #16)

3

I.  Between 1:35:59 and 1:36:04 from the start of the video

While displaying the image that appears like a shrine structure called *Yashiro* on the screen, the suspect said:

"Underneath this, there is a pond leading to the hell."

(See Photo #17)

J.  Between 1:36:05 and 1:36:09 from the start of the video

While displaying the images that appear like a shrine gate and a shrine or temple building on the screen, the suspect said:

"This is also a shrine, another one."

(See Photos #18 and 19)

K.  Between 01:36:11 and 01:36:15 from the start of the video

While displaying the image of *Shimenawa* or sacred straw festoon on the screen, the suspect said:

"It looks just like an ordinary *Shimenawa*, but evil spirits are clinging to it."

(See Photo #20)

L.  Between 1:36:16 and 1:36:20 from the start of the video

While displaying the image that appears like a fox statue on the screen, the suspect said:

"This is an *Oinari-san* (local guardian deity). A fox."

(See Photo #21)

M.  Between 1:36:21 and 1:36:24 from the start of the video

While displaying the image that appears like a part of shrine or temple building on the screen, the suspect said:

"I marked a cross on this, too."

(See Photo #22)

N.  Between 1:36:25 and 1:36:33 from the start of the video

While displaying the image that appears like a cow statue on the screen, the suspect said:

"This is a cow idol statue.

This is also in the shrine."

(See Photo #23)

O.  Between 1:36:34 and 1:36:44 from the start of the video

While displaying the image of a stone fox statue on the screen, the suspect said:

"See the oil stains on the forehead of the fox statue.

I neutralized it."

though the image is too obscure to confirm the stains.

(See Photo #24)

P. Between 1:37:17 and 1:37:52 from the start of the video

While displaying the images that appear like the entrance and the inside of a cave on an island on the screen, the suspect said:

"In this area, there are three gates leading to the land of the dead.

So far I have found two of them and shut them down. One of them is near the sea, and this is the one.

The entrance of this cave is a gate leading to the land of the dead.

I neutralized the entrance in the shape of cross and shut it down in the name of Jesus Christ."

(See Photo #25-28)

IV. Result of analysis

A. As described above, the suspect made remarks below showing images on the screen in his lecture:

"I neutralized it by ~~pouring oil~~."    *anointing*

"I disabled it by ~~pouring oil~~."

"I poured oil over a *Shimenawa* (straw festoon)."

"I poured oil in the shape of cross."

He even showed images of poles stained with oil.

B. Regarding the shrine and temple shown by the suspect during his lecture, we checked their features such as shapes and colors to identify the name and location of the shrine and temple. Our investigation has revealed that two of the displayed images closely resemble a building called *Yashiro* or *Shinden* of the following two shrines in shape, color, and background scenery:

1. Photo #5 matches a building of Oyama Jinja Shrine located in Nakaniikawa-gun, Toyama Prefecture (See Photo #29).

2. Photo #13 matches a building of Miho Jinja Shrine located in Matsue City, Shimane Prefecture (See Photo #30).

In this way, the suspect confessed in the lecture that he vandalized shrine structures that actually existed.

V. Reference

A. Attached at the end of this report are 29 photos of the paused video images showing details of the lecture presented by the suspect.

5

B. Also attached at the end of this report as Photo #29 and 30 are photos of Oyama Jinja Shrine and Miho Jinja Shrine which I found on the Internet and took photo of. The suspect said in the lecture that he had vandalized these shrines.



Photo #1: IMM Japan's homepage

Photo #2: Webpage titled "Dr. Masahide KANAYAMA's messages (2012)" which appears upon click on "Messages" in IMM Japan's homepage





Photo #3: YouTube-linked webpage titled "Dr. KANAYAMA Vision School (11/03)" which appears upon click on "Messages" in IMM Japan's homepage and scroll in Dr. Masahide KANAYAMA's messages (2012)

Photo #4: The suspect displaying an image on the screen while making remarks about Mount Tateyama



8



Photo #5: The suspect displaying an image on the screen while making remarks about vandalizing a Hokora or small shrine on Mount Tateyama

Photo #6: The suspect displaying an image on the screen while making remarks about Mount Ishizuchi-yama



9



Photo #7: The suspect displaying an image on the screen while making remarks such as "All of them are evil spirits."

Photo #8: The suspect displaying an image on the screen while making remarks about vandalizing a Hokora or small shrine on Mount Ishizuchi-yama





Photo #9: The suspect displaying an image on the screen while making remarks about pouring oil over white snakes and disabling them

Photo #10: The suspect displaying an image on the screen while making remarks such as "The home ground for Japan's Principality. This is one of the towns there."



11



Photo #11: The suspect displaying an image on the screen while making remarks such as "This is one of such shrines." and "Lots of evil spirits are clinging to a Shimenawa (straw festoon) like bats."

Photo #12: The suspect displaying an image on the screen while making remarks such as "This is the place where evil spirits get together and make up schemes."





Photo #13: The suspect displaying an image on the screen while making remarks such as "This is another shrine."

Photo #14: The suspect displaying an image on the screen while making remarks such as "I poured oil in the posture of Jesus Christ." indicating the stained portion with a laser pointer





Photo #15: Same as Photo #14 but the laser pointer is not pointed at the screen

Photo #16: The suspect displaying an image on the screen while making remarks such as "In this area, there are a lot of gates leading to the land of the dead. This is one of them."



14



Photo #17: The suspect displaying an image on the screen while making remarks such as "Underneath this, there is a pond leading to the hell."

Photo #18: The suspect displaying an image on the screen while making remarks such as "This is also a shrine, another one."





Photo #19: Same as Photo #18

Photo #20: The suspect displaying an image on the screen while making remarks such as "It looks just like an ordinary Shimenawa, but evil spirits are clinging to it."



16



Photo #21: The suspect displaying an image on the screen while making remarks such as "This is an Oinarisan (local guardian deity). A fox."

Photo #22: The suspect displaying an image on the screen while making remarks such as "I marked a cross on this, too."





Photo #23: The suspect displaying an image on the screen while making remarks such as "This is an idol cow statue. This is also in the shrine."



Photo #24: The suspect displaying an image on the screen while making remarks such as "See oil stains on the forehead of the fox statue. I neutralized it."





Photo #25: The suspect displaying an image on the screen while making remarks such as "In this area, there are three gates leading to the land of the dead." "So far I have found two of them and shut them down." and "One of them is near this sea."

Photo #26: The suspect displaying an image on the screen while making remarks such as "This is the one."



19



Photo #27: The suspect displaying an image on the screen while making remarks such as "This is the one. The entrance of this cave is a gate leading to the land of the dead."

Photo #28: The suspect displaying an image on the screen while making remarks such as "I neutralized the entrance in the form of the cross and shut it down in the name of Jesus Christ."

