UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Masahide Kanayama,

                Petitioner,

-against-

Scott Kowal, Chief of U.S. Pre-Trial Services, et al.,

                Respondent.



23-CV-3469 (CM)

ORDER TO ANSWER, 28 U.S.C. § 2241

McMahon, J.:

A petition for writ of habeas corpus having been filed on April 27, 2023, this Court hereby ORDERS that:

The Clerk of Court shall notify the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

Within thirty days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the motion. Petitioner shall have thirty days from the date on which Respondent is served with answer to file a response. Absent further order, the motion will be considered fully submitted as of that date.

Dated: May 15, 2023
         New York, New York

                                        COLLEEN MCMAHON
                                        United States District Judge