UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Masahide Kanayama,

          Plaintiff(s),

   -against-

Scott Kowal, et al.,

          Defendant(s),
-------------------------------------------------------X

23 Civ. 3469 (CM) (JW)

AMENDED
CALENDAR NOTICE

Please take notice that the above captioned matter has been **re-scheduled** for a:

| | | |
|---|---|---|
| ___Pre-trial conference | ___Status conference | ___Oral argument |
| ___Settlement conference | ___Plea Hearing | (Bankruptcy Appeal) |
| _X_ Rule (16) conference | ___Final pre-trial conference | ___ Fairness Hearing |
| ___Telephone conference | ___Jury Selection and Trial | ___ OTSC Hearing |
| ___Non-Jury Trial | ___Inquest | |

**on Thursday, October 5, 2023 at 11:45 A.M. before the Honorable Colleen McMahon, United States District Judge.** Parties should dial in at 1(888)363-4749, access code (9054506) to join the conference

Any scheduling difficulties must be brought to the attention of the Court in writing and filed on the Court's ECF (Electronic Case Filing) system.

Dated: September 13, 2023
       New York, New York

So Ordered

*/s/ Colleen McMahon*

Colleen McMahon, U.S.D.J