UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

Masahide Kanayama,

                Plaintiff(s),

      -against-

Scott Kowal, et al.,
        Defendant(s),
------------------------------------------------------X

23 Civ. 3469 (CM) (JW)

**SECOND AMENDED**
CALENDAR NOTICE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/3/2023
```

Please take notice that the above captioned matter has been **re-scheduled** for a:

| | | |
|---|---|---|
| ___ Pre-trial conference | ___ Status conference | ___ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | (Bankruptcy Appeal) |
| _X_ Rule (16) conference | ___ Final pre-trial conference | ___ Fairness Hearing |
| ___ Telephone conference | ___ Jury Selection and Trial | ___ OTSC Hearing |
| ___ Non-Jury Trial | ___ Inquest | |

**to Thursday, November 2, 2023 at 10:45 A.M. before the Honorable Colleen McMahon, United States District Judge** in Courtroom 24A, U. S. District Court, 500 Pearl Street, New York, New York 10007.

    Any scheduling difficulties must be brought to the attention of the Court in writing and filed on ECF.

Dated: October 3, 2023
       New York, New York

                            So Ordered

                            Colleen McMahon, U.S.D.J.