**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MASAHIDE KANAYAMA,

                         Petitioner,           23 **CIVIL** 3469 (CM)

           -against-                                **JUDGMENT**

SCOTT KOWAL, Chief of U.S. PreTrial
Services SDNY, and DOES 1-10,
                         Respondent.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision & Order dated April 11, 2024, Kanayama's petition is denied. To the extent that Kanayama has a right to appeal this Court's denial of his petition, the Court declines to issue a certificate of appealability because there has been no "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); see United States v. Perez, 129 F.3d 255, 260 (2d Cir. 1997). Further, the Court finds, pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from an order denying Kanayama's motion would not be taken in good faith. See Feliz v. United States, No. 01-cv-5544, 2002 WL 1964347, at *7 (S.D.N.Y. Aug. 22, 2002).

**DATED:** New York, New York
             April 12, 2024

                                                                      **RUBY J. KRAJICK**

                                                                      **Clerk of Court**

                             **BY:**

                                                                      **Deputy Clerk**