

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 4, 2025

**By CM/ECF**

Hon. Cathleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Masahide Kanayama v. Kowal et al.*, Docket No. 23-cv-3469

Dear Judge McMahon:

I am the Assistant United States Attorney responsible for this matter. On January 27, 2025, the United States Court of Appeals for the Second Circuit issued an order directing the Government to inform Kanayama, this Court, and the Court of Appeals whether extradition is scheduled or likely imminent. *See Kanayama v. Kowal*, Dkt. No. 24-1340 (2d Cir.) (Doc. No. 58).

In response to the Second Circuit's Order, I am writing to inform this Court that extradition is not scheduled and is not imminent. Yesterday evening the Government filed a letter representing the same to the Court of Appeals and Kanayama.

Respectfully submitted,

DANIELLE R. SASSOON
United States Attorney

By: /s/ Tara M. La Morte
Tara M. La Morte
Assistant United States Attorney
(212) 637-1041