S.D.N.Y. – N.Y.C.
23-cv-3469
McMahon, J.
17-cr-misc-1
Ramos, J.

# United States Court of Appeals

FOR THE

SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of March, two thousand twenty-five.

Before:     Dennis Jacobs,
            Denny Chin,
            Sarah A. L. Merriam,
                *Circuit Judge*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/6/2025_____

_____

Masahide Kanayama,

                *Petitioner-Appellant*,                    24-1340

        v.

Scott Kowal, Chief of U.S. Pre-Trial Services SDNY, et al.,

                *Respondents-Appellees*.

_____

Appellant moves for a stay of extradition pending appeal.   Upon due consideration, it is hereby ORDERED that the motion is DENIED.   *See Nken v. Holder*, 556 U.S. 418, 434–35 (2009).

                FOR THE COURT:
                Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 03/06/2025